UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

    v.                          No.

HUNTON & WILLIAMS LLP, et al
    Defendants.

# EXHIBITS

A-Defendant Woods Social Media Article
B-Brad Blog Article Re: Chamber Deth Threats
C-Hunton&Williams Letter to Ilene Proctor
D-Oct 28, 2010 email from Steckman to Woods
E-Team Themis Corporate Information Reconnaissance Cell
F-Nov 9, 2010 email from Barr to Woods re VR and Woods Freak Out
G-Nov 9, 2010 email from Barr to Woods re VR/Plaintiff
H-Nov 9, 2010 email from Barr to Woods re Info Collection
I-Nov 10, 2010 email from Barr to Woods re Go Ahead Focus on VR
J-Nov 9, 2010 email from Barr to Ryan re H&W
K-Nov 10, 2010 email from Woods to Barr re Focus on VR
L-Nov 16, 2010 email from Barr to Hoglund re 50K Pilot and 2M/month
M-Nov 16, 2010 email from Woods to Ryan re Documents
N-Nov 23, 2010 email from Bingham to Berico staff re H&W Themis
O-Nov 26, 2010 email from Kremin to Barr re Examples/Capabilities
P-Dec 1, 2010 email from Kremin to Woods/Quackenboss re Examples
Q-Nov 29, 2010 Team Themis Summary re Tactics to Harm VR et al
R-Nov 29, 2010 Team Themis Summary re Tactics to Harm ChamberWatch
S-Oct 8, 2010 Team Themis Summary Spying on COC Protest Groups
T-Team Themis Tier rating of VR, JTM and Plaintiff
U-Dec 3, 2010 email from Steckman to Woods re Strength Weaknesses
V-Jan 14, 2011 email from Vera to Barr et al re 50K pilot
W-Jan 19, 2011 email from Trynor to Barr re Facebook Scraper and Plaintiff
X-Jan 19, 2011 email from Trynor to Vera re scraping and Plaintiff's daughter
Y-Jan 26, 2011 email from Vera to Barr re Booz Allen
Z-Feb 4, 2011 email from Steckman to Barr re Palantir on Board/buy in/risk
AA-Feb 4, 2011 Financial Times Article
BB-Feb 7, 2011 BBC Article re Anonymous
CC-Feb 15, 2011 Forbes Article re HBGary Scrambling for Cover
DD-Feb 14, 2011 Forbes Article re Bar Intimidating Donors
EE-Feb 11, 2011 Salon Article re Team Themis Attacks

FF-Feb 18, 2011 BradBlog Article re Malware, Dirty tricks
GG-Think Progress Article re Themis Lawyers/Malware
HH-Feb 15, 2011 Salon Article re More Facts Emerge
II-DOJ Computer Crimes List
JJ-Nov 2, 2010 email from Barr to Vera re H&W Proposal
KK-Nov 3, 2010 email from Steckman to Ryan re Meeting with Woods
LL-Nov 11, 2010 email from Barr to Kremin Intro
MM-Team Themis Opposition Research on COC Opponents Inc Plaintiff
NN-Dec 10, 2010 email from Kremin to Barr re Ingesting ScrapedFacebook Data
00-Dec 10, 2009 VR Letter to FBI re Chamber Crimes
PP-Apr 19, 2010 VR Letter to DOJ re Don Blankenship
QQ-Oct 17, 2010 VR Letter to FBI re Chamber Crimes and Threats
RR-Two Teaming Agreements re HBGary, Palantir and Berico