# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
1900 K STREET, N.W.
WASHINGTON, D.C 20006-1109

TEL 202 • 955 • 1500
FAX 202 • 778 • 2201

MICHAEL J. MUELLER
DIRECT DIAL: 202-419-2116
FAX: 202-778-7433
EMAIL: mmueller@hunton.com

FILE NO: 57717.000004[30649684]

May 4, 2010

Ms. Ilene Proctor
Ilene Proctor & Associates
d/b/a Ilene Proctor International Public Relations
9427 Charleville Blvd.
Beverly Hills, CA 90212
ilene@ileneproctor.com
ilene@ileneproctor.net
ilene@anet.net

Dear Ms. Proctor:

It has come to my attention that you published a press release on April 29, 2010, making defamatory and false allegations concerning the United States Chamber of Commerce. The press release has been widely re-published.

The press release makes a number of defamatory and false statements, but two of them are particularly egregious. One sentence starts as follows: "The Chamber, like the mafia, also uses threats to get its way ...." Another sentence asserts that the Chamber "enables, protects and conspires with these criminal companies to violate the law ...." We ask that you take appropriate measures to withdraw the press release and retract these statements.

The press release purports to be made on behalf of an organization referred to as StopTheChamber.com, a group of individuals who publish material on the Web site www.velvetrevolution.us. You should be aware, if you are not already, that the veracity of these individuals is in question. One of the co-founders of the Velvet Revolution, Brett Coleman Kimberlin, has been convicted of perjury, conspiracy to possess with intent to distribute marijuana, and federal crimes in connection with a series of bombings in Indianapolis that caused serious personal injury to Carl and Sandra DeLong after a high school football game. Some of the details of his lengthy criminal background are summarized in *Kimberlin v. Dewalt*, 12 F Supp. 2d 487, 490 (D. Md. 1998), *aff'd sub. nom Kimberlin v. Bidwell*, 166 F.3d 333 (4th Cir. 1998).

**HUNTON &
WILLIAMS**

Ms. Ilene Proctor
May 4, 2010
Page 2

Please cease and desist from publishing further press releases of this type.

Very truly yours,

Michael J. Mueller

