# HBGary Email Viewer

## aaron@hbgary.com

| | 0 |
|---|---|
| **Original file:** | 1297010092.M480655P14101Q8755.cybercom |
| | click here to show this e-mail with HTML markup |
| **From:** | Matthew Steckman <msteckman@palantir.com> |
| **To:** | "Woods, John" <jwoods@hunton.com> |
| **Date:** | Thu, 28 Oct 2010 15:02:36 -0700 |
| **Subject:** | RE: Follow up |
| | click here to show full headers |
| **Attachments:** | This e-mail does not have any attachments. |

```
John, of course we understand and can be flexible. We hope that
everything is ok.

We are all available Wednesday at noon if that works on your
end?

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com<mailto:msteckman@palantirtech.com> |
202-257-2270

Follow @palantirtech<twitter.com/palantirtech>
Watch youtube.com/palantirtech
Attend Palantir Night Live<http://www.palantirtech.com
/government/pnl>

From: Woods, John [mailto:jwoods@hunton.com]
Sent: Thursday, October 28, 2010 3:35 PM
To: Woods, John; Matthew Steckman
Cc: Eli Bingham; BERICOTECHNOLOGIES-Patrick_Ryan; Aaron Barr
Subject: RE: Follow up

Matthew - I have just learned that my youngest daughter needs to
go into surgery next Thursday. I need to keep this on track, so
would sometime before 1 pm on Wednesday of next week work?


From: Woods, John
Sent: Monday, October 25, 2010 3:12 PM
To: Matthew Steckman
Cc: Eli Bingham; BERICOTECHNOLOGIES-Patrick_Ryan; Aaron Barr
Subject: RE: Follow up
```

D

Matthew - Thank you. Next Wednesday or Thursday works well, as I have to make our formal pitch to the client early the following week. I will try to get Richard Wyatt to attend - his schedule is less flexible than mine. If any of those days work, let me know what times and I will work very hard to have it work for Richard. You also have me figured out - if we are going to meet with Richard I would like a pre-call - let's play that by ear.

Regards,
JWWjr.

---

From: Matthew Steckman [mailto:msteckman@palantir.com]
Sent: Monday, October 25, 2010 2:38 PM
To: Woods, John
Cc: Eli Bingham; BERICOTECHNOLOGIES-Patrick_Ryan; Aaron Barr
Subject: Follow up

John,

I would like to introduce you to Patrick Ryan of Berico Technologies and Aaron Barr of HBGary Federal. Together, our three companies represent all facets of a complete intelligence and analysis capability. Ideally, we would like to set up a time next week to brief you and Richard on 1) the capabilities of our companies 2) how we would intend to integrate them together into one complete package 3) how we would deploy it (i.e. timeline, division of labor, logistics), and 4) to establish next steps to start work.

Our companies are particularly excited to begin working on this opportunity. As always, if you would like to do a pre-call next week just let us know. For now, please let me know some times that work on your end. 1.5 hours should probably do.

Best,
Matt

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com<mailto:msteckman@palantirtech.com> |
202-257-2270

Follow @palantirtech<twitter.com/palantirtech>
Watch youtube.com/palantirtech
Attend Palantir Night Live<http://www.palantirtech.com/government/pnl>