# HBGary Email Viewer

## aaron@hbgary.com

0

| | |
|---|---|
| **Original file:** | 1297010340.M521601P14101Q9175.cybercom |
| | click here to show this e-mail with HTML markup |
| **From:** | Aaron Barr <aaron@hbgary.com> |
| **To:** | "Woods, John" <jwoods@hunton.com> |
| **Date:** | Tue, 9 Nov 2010 06:23:46 -0500 |
| **Subject:** | Re: Email |
| | click here to show full headers |
| **Attachments:** | smime.p7s (3809 bytes) |

```
rgr.

I did a little bit of poking on one of the groups.
http://www.fixtheuschamber.org/

URL Registrar: Michael Gehrke

Sr Project Director

Benenson Strategy Group

1610 N Kenilworth St. Arlington VA

http://www.facebook.com/mikegehrke

http://twitter.com/#!/mikegehrke

http://www.linkedin.com/pub/mike-gehrke/1/200/152

http://www.facebook.com/profile.php?id=835330544 - wife

They go to a Jewish Churchin in DC, the Temple Micah

They have 2 kids, son and daughter look to be 7 and 4.


Michael has an very interesting background. Worked on the Obama
online campaign that was so successful.

Aaron
```

F

On Nov 9, 2010, at 6:09 AM, Woods, John wrote:

> Aaron,
>
> Thanks. I am not sure I will share what you sent last night - he might freak out. I will advise him that he may want to look at his facebook material. If you really want to impress Richard, I would look at the following web-site and tell him something about the guys behind it:
>
> http://velvetrevolution.us/stop_chamber/
>

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478