# HBGary Email Viewer

## aaron@hbgary.com

| Original file: | 1297010360.M489408P14101Q9196.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | John Woods <Jwoods@hunton.com> |
| Date: | Tue, 9 Nov 2010 15:51:49 -0500 |
| Subject: | Rough data collected today |
| | click here to show full headers |
| Attachments: | smime.p7s (3809 bytes) |

John,

Here is what I have found today. The real good stuff will come once we identify all these organization fronts and then start enumerating common players, influencers, distributors, etc.

VelvetRevolution.us (�VR�) is a network of more than 120 progressive organizations reaching millions of people demanding progressive change through our VR Media, Electoral Reform, Conflict Resolution and Youth Revolution Campaigns.

As I mentioned. The co-founders of the velvetrevolution are: Brad Friedman and Brett Kimberlin

Brett has a bit of a checkered past and has been associated with some more radical and violent activities.
Brad Friedman is much more mainstream and can often be seen on many of the political talk shows.

They have registered the following other sites that are hosted on the same IP address: 208.109.218.125
americancrossroadswatch.org
indictbreitbard.org
jtmp.org
kochwatch.org
op-critical.com
protectourelections.org
standingforvoters.org
velvetrevolution.us (gets about 1,000 US visitors a month)
Registered with godaddy.com
created: 2004-11-12
expires: 2011-11-11

Running Microsoft-IIS/6.0
PO BOX 9576
Washington DC 20016
(323) 850-1231

Stopthechamber.com is registered privately but repoints to velvetrevolution, which makes no sense because I know who registered velvet revolution.
Legal reprentation for velvetrevolution is Kevin Zeese (301) 996-6582
http://www.facebook.com/profile.php?id=100000110163348&ref=sgm (has 3,474 friends - I have scraped them)
http://www.facebook.com/TheBradBlog?v=wall

http://www.facebook.com/pages/Stop-The-US-Chamber-of-Commerce/163957773615369 (500 people)

http://www.facebook.com/VelvetRevolution.us (701 people - scraped them all)

Key Partners:
Movetoamend.org
thinkprogress.org
SEIU.org
Bradblog.com � Brad Friedman (co-founder) has done much of the work in establishing the online presence and writing content.
http://www.bradblog.com/?p=1117

http://www.facebook.com/TheBradBlog

http://twitter.com/TheBradBlog

Bradley Louis Friedman

DOB: 07/19/1966

7107 Hillside Ave

Los Angeles, CA 90046

Life Partner: Desiree Deirdre Doyen

DOB: 02/25/1966

Desi is a producer, writer, photographer and editor for The Brad Blog and co-host of the Green News Report.

http://Twitter.com/GreenNewsReport

Sister Julie Edda Friedman

Lives in Saint Louis

845 Oakbrook Ct., St. Louis MO 63132

Emily Levy - Project Coordinator at the Velvet Revolution
http://www.linkedin.com/pub/emily-levy/1/651/120

http://www.facebook.com/emily.levy

http://www.thinkprogress.org

Created: 07-Dec-2009

Debbie Fine

http://www.facebook.com/debsfine

http://www.facebook.com/erikfine - brother

Center for American Progress Action Fund

Washington DC

http://www.facebook.com/americanprogress

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478