# HBGary Email Viewer

## aaron@hbgary.com

| | |
|---|---|
| Original file: | 1297010340.M743599P14101Q9176.cybercom |
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | "Woods, John" <jwoods@hunton.com> |
| Date: | Tue, 9 Nov 2010 06:30:51 -0500 |
| Subject: | Re: Email |
| | click here to show full headers |
| Attachments: | smime.p7s (3809 bytes) |

Also I am already starting to collect information, associations on:

http://www.fixtheuschamber.org/

http://www.facebook.com/pages/US-Chamber-Watch/103788303008899?v=wall

http://www.facebook.com/pages/Stop-The-US-Chamber-of-Commerce/163957773615369

http://www.stopthechamber.com

http://www.velvetrevolution.us/stop%5Fchamber/


Debbie Fine
http://www.facebook.com/debsfine
runs thinkprogress.org
She is actively involved in stopthechamber.com
Also people for SEIU.

All very preliminary...just started collecting some data.

Aaron


On Nov 9, 2010, at 6:09 AM, Woods, John wrote:

> Aaron,
>
> Thanks. I am not sure I will share what you sent last night -

he might freak out. I will advise him that he may want to look at his facebook material. If you really want to impress Richard, I would look at the following web-site and tell him something about the guys behind it:
>
> http://velvetrevolution.us/stop_chamber/
>

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478