# HBGary Email Viewer

## aaron@hbgary.com

| Original file: | 1297010364.M162878P14101Q9210.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | "Woods, John" <jwoods@hunton.com> |
| Date: | Wed, 10 Nov 2010 06:25:12 -0500 |
| Subject: | Re: Initial Link |
| | click here to show full headers |
| Attachments: | This e-mail does not have any attachments. |

Sure. I am available.


From my iPhone

On Nov 10, 2010, at 6:05 AM, "Woods, John" <jwoods@hunton.com> wrote:

> Aaron + go ahead and stand down for now. I think we are good with richard, let me work my end now. We may try to do a meeting with richard on friday - I will let you know shortly - would you be available
>
> ----- Original Message -----
> From: Aaron Barr <aaron@hbgary.com>
> To: Woods, John
> Sent: Tue Nov 09 23:32:06 2010
> Subject: Initial Link
>
> Followed this thread off the SEIU website.
>
> http://www.seiu.org/2010/06/new-us-chamber-watchdog-website-launches.php
>
> Announced the launch of fixthechamber.org as a watchdog site for changetowin.org
>
> Changetowin.org was established by former SEIU President Andy Stern.
>
> Remember fixthechamber.org was established by a senior

researcher from the Benenson Group, Michael Gehrke. Michael was very involved in Obama's 2008 online success.
>
> Changetowin key leadership from most of the major unions (UFCWIU, IBT, SEIU, UFWA).
> http://www.changetowin.org/about-us/leadership-and-affiliated-unions.html
>
> The tie here seems pretty clear. I will focus on VR.
>
> Aaron Barr
> CEO
> HBGary Federal, LLC
> 719.510.8478
>
>
>