# HBGary Email Viewer

aaron@hbgary.com

| Original file: | 1297010362.M60439P14101Q9201.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | Patrick Ryan <pryan@bericotechnologies.com> |
| Date: | Tue, 9 Nov 2010 20:37:25 -0500 |
| Subject: | Re: Team Themis Cost Proposal - Phase I |
| | click here to show full headers |
| Attachments: | smime.p7s (3809 bytes) |

All,

I sent John some information on Richard this morning to give him a little more before his meeting today. He came back and said thank you but he would probably not share it for fear of freaking him out, but if I could find some info on the two groups that would be helpful and impress richard. Sooo I spent the day pulling together some data on those groups, got quite a bit done and sent that off.

I got a call from John while he was in the meeting with Richard at about 4:30 or so. We talked through some of the data, all went really well I think.

John then asked me on the phone if I could come back to the team and ask if there is a difference in price for a Palantir instance on their equipment vs. in your server.

Patrick, sorry for all that kind of snow balling. I will leave the discussion on the pricing to you. I will continue to work on some data.

When you talk to John see if you can get some feedback on the data I submitted. I would have liked to have had more but afterall it was only about 4 hours worth of work today - and we aren't even on the clock yet.

Aaron

On Nov 8, 2010, at 11:58 AM, Patrick Ryan wrote:

> No response from John yet. Will give him a bit longer and then send another note...
>
> -Pat
>
> On Mon, Nov 8, 2010 at 11:50 AM, Eli Bingham <ebingham@palantir.com> wrote:
> Hey guys, any news here?
>
>

> Eli Bingham
> Palantir Technologies | Forward Deployed Engineer
> ebingham@palantir.com<mailto:ebingham@palantirtech.com> | +1.650.862.8512
>
> _____
>
> On Nov 7, 2010, at 3:57 PM, Matthew Steckman wrote:
>
> If you want to have a quick chat I'm available in the morning.
>
> _____
>
> From: Patrick Ryan <patrick@bericotechnologies.com<mailto:patrick@bericotechnologies.com>>
> To: Woods, John <jwoods@hunton.com<mailto:jwoods@hunton.com>>
> Cc: Aaron Barr <aaron@hbgary.com<mailto:aaron@hbgary.com>>; Matthew Steckman; Eli Bingham; Katherine Crotty <Katherine@bericotechnologies.com<mailto:Katherine@bericotechnologies.com>>; Jeremy Glesner <jeremy@bericotechnologies.com<mailto:jeremy@bericotechnologies.com>>; Aaron Marshall <amarshall@bericotechnologies.com<mailto:amarshall@bericotechnologies.com>>; Gilman, Neil <ngilman@hunton.com<mailto:ngilman@hunton.com>>
> Sent: Sun Nov 07 15:38:33 2010
> Subject: Re: Team Themis Cost Proposal - Phase I
>
> John:
>
> Thanks. This estimate was based only on our initial discussion last week, so the answers to those questions could potentially cause us to adjust our level of effort. I would be happy to talk you through our thought process and answer any questions you may have. I'm available to talk anytime from 9-12...please let me know when is best for you.
>
> Regards,
> Pat
>
> On Sun, Nov 7, 2010 at 3:21 PM, Woods, John <jwoods@hunton.com<mailto:jwoods@hunton.com>> wrote:
> Patrick -
>
> Thanks for this. I am meeting on Tuesday morning with the team at HW who has gathered the underlying data, so I should be able to answer a number of these questions for you shortly thereafter. I think I would consider some sort of initial firm fixed price agreement, but I am wondering if we have a cart/horse problem. I think it would be better if I could answer the questions you outline below before giving me a final estimate. I do not know the answers to many of the questions, so it is difficult for me to judge whether the level of effort imbedded in your proposal is accurate. Patrick, are you around morning on Monday to walk me through what everyone would be doing under the current proposal and to get clarification on a few of the questions?
>
> Regards,
> JWWjr.
>
> _____
> From: Patrick Ryan [mailto:patrick@bericotechnologies.com<mailto:patrick@bericotechnologies.com>]
> Sent: Friday, November 05, 2010 4:39 PM
> To: Woods, John
> Cc: Aaron Barr; Matthew Steckman; Eli Bingham; Katherine Crotty; Jeremy

> Glesner; Aaron Marshall
> Subject: Team Themis Cost Proposal - Phase I
>
> John:
>
> It was great to meet you Wednesday. After speaking with you and learning more about the project, we are all extremely excited to move forward and provide support to your team.
>
> Per your request, please see our attached cost proposal for Phase I. Based on our initial discussions about the duration and concrete nature of the deliverables/tasks associated with this phase, we feel that a firm-fixed price model is the best option. The cost includes all software licenses/services, project management, analysis, and engineering/development. Pending your approval of the cost estimate, we can sit down and develop a more detailed Scope of Work with specific tasks. As we discussed during the meeting, we feel that the powerful combination of software and services that Team Themis (Palantir-Berico-HBGary) offers will provide dramatic improvements in capability for Hunton & Williams. Our initial estimate of the time to complete Phase I is approximately 30 days, but we request the following additional information about your current data set in order to allow us to better scope our estimated time and level of effort:
>
> 1) What type of data is it? (Financial Records, Union Rosters, IP addresses)
>
> 2) Is the data structured or unstructured (i.e. free text vs. spreadsheets)?
>
> 3) How many pages of unstructured data do you have?
>
> 4) What format(s) is the data in? (excel, csv, sql)
>
> 5) Where is the data? Is it centrally located?
>
> 6) How many GB of data do you have overall?
>
> 7) How was the data gathered?
>
> 8) How old is the data we'll get? What duration of time does it cover?
>
> 9) Do we have access to the union in question's membership lists?
>
> 10) What are the typical workflows that you are currently performing with the data?
>
> 11) In the past, what has been the most difficult steps in your analysis?
>
> 12) Do you have any products and conclusions from the past, as well as the data that you used to come to those conclusions that we could see to try to replicate the workflow and see where we need to get?
>
> 13) Are there different levels of classification for the data (believe it is all open-source, but want to confirm)?
>
> We look forward to your response and to working together in the future.
>
> Regards,
> Pat
>

```
> --
> Patrick Ryan
> Deputy Director, Analysis
> Berico Technologies
> pryan@bericotech.com<mailto:pryan@bericotech.com>
> 719-433-1323 (c)
> 703-224-8300 (o)
>
>
>
>
> --
> Patrick Ryan
> Deputy Director, Analysis
> Berico Technologies
> pryan@bericotech.com<mailto:pryan@bericotech.com>
> 719-433-1323 (c)
> 703-224-8300 (o)
>
>
>
```

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478