**Subject:** Re: Initial Link
**From:** "Woods, John" <jwoods@hunton.com>
**Date:** Wed, 10 Nov 2010 06:05:54 -0500
**To:** <aaron@hbgary.com>

Aaron + go ahead and stand down for now. I think we are good with richard, let me work my end now. We may try to do a meeting with richard on friday - I will let you know shortly - would you be available

----- Original Message -----
From: Aaron Barr <aaron@hbgary.com>
To: Woods, John
Sent: Tue Nov 09 23:32:06 2010
Subject: Initial Link

Followed this thread off the SEIU website.

http://www.seiu.org/2010/06/new-us-chamber-watchdog-website-launches.php

Announced the launch of fixthechamber.org as a watchdog site for changetowin.org

Changetowin.org was established by former SEIU President Andy Stern.

Remember fixthechamber.org was established by a senior researcher from the Benenson Group, Michael Gehrke. Michael was very involved in Obama's 2008 online success.

Changetowin key leadership from most of the major unions (UFCWIU, IBT, SEIU, UFWA).
http://www.changetowin.org/about-us/leadership-and-affiliated-unions.html

The tie here seems pretty clear. I will focus on VR.

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478