# HBGary Email Viewer

greg@hbgary.com

0

| Original file: | 23121 |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | Greg Hoglund <greg@hbgary.com>,Penny Leavy <penny@hbgary.com> |
| Date: | Tue, 16 Nov 2010 20:42:57 -0500 |
| Subject: | Status |
| | click here to show full headers |
| Attachments: | smime.p7s (3809 bytes) |

I have been sucked up for the last, seems like almost 2 weeks working the law firm deal. The potential is huge for us. We are starting the pilot this week, 50K effort. After the pilot the end customer gets briefed. We were talking to the senior partner of the law firm on Friday and he wants a firm fixed price by month for 6 months and the figure we have come to settle on is $2M per month for the 3 team members. That will equal $500-$700K for HBG Federal, thats per month. We still need to close it, so I am spending most of my time making sure we blow them away and get the funding. Other stuff happening, but thats the main focus for me.

I am starting to develop my business plan for execution if we get that funding, first thing will be to hire key people and then start working on developing IP related to social media.

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478

L