# HBGary Email Viewer

## aaron@hbgary.com

0

| | |
|---|---|
| Original file: | 1297011072.M562632P25652Q116.cybercom |
| | click here to show this e-mail with HTML markup |
| From: | "Woods, John" <jwoods@hunton.com> |
| To: | "Pat Ryan" <pryan@bericotechnologies.com> |
| Date: | Tue, 16 Nov 2010 12:21:48 -0500 |
| Subject: | RE: Team Themis Update |
| | click here to show full headers |
| Attachments: | This e-mail does not have any attachments. |

Pat -

Thank you. Please have Danielle work with Steve Patterson on the various
documents. He is copied on this email. Thank you.

---

From: Pat Ryan [mailto:pryan@bericotechnologies.com]
Sent: Monday, November 15, 2010 7:43 PM
To: Woods, John
Cc: Aaron Barr; Sam Kremin; Eli Bingham; Matthew Steckman; Katherine
Crotty; Danielle Berti
Subject: Team Themis Update

Hi John,

Just wanted to send you a quick update as we follow-up from Fri's
meeting. I know you spoke with Danielle today reference NDAs and TAs -
she is currently finishing these up. The TA will include language to
cover exclusivity related to any other corporate campaign projects. We
are also putting together a brief amended proposal which will lay out
tasks and deliverables for Phase I (initial analysis and products to
support 23 Nov meeting with client) and Phase II (follow-on six

months
of enduring operations). We're working to get this to you as quickly as
possible so that you can then pass along all of the data you currently
have. My goal is to get this into the hands of our analysts as soon as
possible so we can produce the absolute best product possible in the
short amount of time prior to the 23 Nov meeting. Thanks - we're very
excited to get working on this!

Regards,
Pat