# HBGary Email Viewer

## aaron@hbgary.com

0

| | |
|---|---|
| Original file: | 1297011272.M214374P25652Q357.cybercom |
| | click here to show this e-mail with HTML markup |
| From: | Eli Bingham <ebingham@palantir.com> |
| To: | BERICO-Sam.Kremin <skremin@bericotechnologies.com>, Matthew Steckman<msteckman@palantir.com>, BERICO-Amanda.McDonald<amcdonald@bericotechnologies.com>, HBGARY-Aaron.Barr <aaron@hbgary.com> |
| Date: | Tue, 23 Nov 2010 10:01:17 -0800 |
| Subject: | FW: [Themis] RE: Team Themis Proposal and TAs |
| | click here to show full headers |
| Attachments: | winmail.dat (8970 bytes) |

```
Resending with Aaron's HBGARY address...

Sam/Aaron,

Regarding the below, I'd like to setup a pre-call with the Berico/HBGary
/Palantir principals on this team so that we can discuss how the call with
H&W should go. Does that work for everyone? It sounds any time after 4:30pm
EST this evening would work, or some time tomorrow morning between 11:00am
and 2:00pm EST.


Eli Bingham
Palantir Technologies | Forward Deployed Engineer
ebingham@palantir.com<mailto:ebingham@palantirtech.com> | +1.650.862.8512


From: "Woods, John" <jwoods@hunton.com<mailto:jwoods@hunton.com>>
Date: Tue, 23 Nov 2010 09:08:46 -0800
To: Sam Kremin
<skremin@bericotechnologies.com<mailto:skremin@bericotechnologies.com>>
Cc: "Patterson, Steve"
<spatterson@hunton.com<mailto:spatterson@hunton.com>>, Danielle Berti
<dberti@bericotechnologies.com<mailto:dberti@bericotechnologies.com>>,
Katherine Crotty
<Katherine@bericotechnologies.com<mailto:Katherine@bericotechnologies.com>>,
"[EXT] pt-themis-bcc" <pt-themis-bcc@palantir.com<mailto:pt-themis-
bcc@palantir.com>>, "Quackenboss, Bob"
<rquackenboss@hunton.com<mailto:rquackenboss@hunton.com>>
Subject: [Themis] RE: Team Themis Proposal and TAs

Sam -
```

N

Thank you for this. What I think would be very helpful is if we could set up a call later today or tomorrow where I could have my colleague Bob Quackenboss talk through with some folks on your team what tasks members of the team would actually be performing. We also need to get underneath how Palantir is charging for the license fee. This is not to questions the veracity at the numbers, but for us to be able to know what our client would be actually paying for at each state. Patrick provided something high level, but Bob is our key client contact operationally, and he will be called upon to explain to a different group what you all will actually be doing. By copy of this email to Bob, I would ask that he propose some times over the next several days so we can have that discussion.

From: Sam Kremin [mailto:skremin@bericotechnologies.com]
Sent: Tuesday, November 23, 2010 11:54 AM
To: Woods, John
Cc: Patterson, Steve; Danielle Berti; Katherine Crotty; [EXT] pt-themis-bcc
Subject: Team Themis Proposal and TAs

John,

I hope you are doing well. I've attached the required teaming agreements and proposal for your review. Please direct contractual concerns to Danielle. In the meantime, our team has been working hard to ensure that once we have all legal concerns taken care of, we can hit the ground running. At this point we have stood up the team's Palantir instance and have done extensive research on the problem set. Would you be available for a call to discuss your expectations and time tables as we go forward? Once again, we couldn't be more excited to tackle this problem with you!
Regards,
Sam

--
Samuel Kremin
Analyst/Consultant
Berico Technologies
703.473.1493