**Subject:** [Themis] Example Reports
**From:** Sam Kremin <skremin@bericotechnologies.com>
**Date:** Wed, 1 Dec 2010 14:13:15 -0500
**To:** "Woods, John" <jwoods@hunton.com>, "Quackenboss, Bob" <rquackenboss@hunton.com>
**CC:** "[EXT] pt-themis-bcc" <pt-themis-bcc@palantir.com>

John and Bob,

Attached are the example reports that you requested to give you a better idea of what we will be producing. A couple things to keep in mind however are that these are just example reports and do not reflect the best efforts or true ability of our team. Also, these were created with no feedback from the product consumers and without complete data, so please don't focus on the content too much. If you have questions regarding any of the documents, I'd be happy to answer them.

Best,
Sam

--

Samuel Kremin
Analyst/Consultant
Berico Technologies
703.473.1493

[H&W IO_Recommendations.doc]

—H&W Organizational_Assessment.doc—

[H&W Organizational_Assessment.doc]

—H&W Significant_Activity_Report.doc—

[H&W Significant_Activity_Report.doc]

—H&W Team_Themis_Slides.pptx—

[H&W Team_Themis_Slides.pptx]