**THEMIS**
COMMITTED TO IMPACT

Information Operations Recommendation

Subject: US Chamber Watch Information
Operations Recommendation

Date: November 29, 2010

## Summary

US Chamber Watch is one of the most active members of the opposition to the US Chamber of Commerce (CoC). Unlike some groups, members of this organization are politically connected and well established, making the US Chamber Watch vulnerable to information operations that could embarrass the organization and those associated with it.

## Details

US Chamber Watch is well connected politically, evidenced by the established relationship between CtW and Andy Stern, and is associated with many powerful DC operatives behind the scenes. The organization typically does not use theatrical performances or overt gestures. The people in this case are less important than the organization. Therefore we need to discredit the organization through the following.

1. Paint US Chamber Watch as an operative of CtW and the unions, while at the same time highlighting the organization of the unions against the chamber. We should show also the flow of members from unions to CtW as well as the closeness of CtW and US Chamber Watch.
2. Craft a message to combat the messaging propaganda of US Chamber Watch. For example, target how the unions are being an inhibitor to progress by advocating for unrealistic individual benefits, while the Chamber continues its focus on job creation through innovation in order to showcase how the US economy prospers in the global economy. Packaged in the right mediums, such an operation can prove to be powerful.
3. Create a false document, perhaps highlighting periodical financial information, and monitor to see if US Chamber Watch acquires it. Afterward, present explicit evidence proving that such transactions never occurred. Also, create a fake insider persona and generate communications with CtW. Afterward, release the actual documents at a specified time and explain the activity as a CtW contrived operation. Both instances will prove that US Chamber Watch cannot be trusted with information and/or tell the truth.
4. Connect US Chamber Watch's radical tactics to Velvet Revolution, explaining that both entities are loosely operating together. Depending on the level of connection established, such an approach may need to be spotlighted as more of a conspiracy rather than a separate, vocal persona.
5. If needed, create two fake insider personas, using one as leverage to discredit the other while confirming the legitimacy of the second. Such work is complicated, but a well-thought out approach will give way to a variety of strategies that can sufficiently aid the formation of vetting questions US Chamber Watch will likely ask.
6. Create a humor piece about the leaders of CtW.

