

Organizational Assessment

Subject: US Chamber Watch Assessment

Date:   November 29, 2010

## Summary

The following is an assessment on the current state of US Chamber Watch, and will focus on its personnel, resources, and tactics.

## Details

Among the many groups attacking the US Chamber of Commerce (CoC), US Chamber Watch stands out in that its sole purpose is to maintain a continuous messaging campaign that attacks the CoC. Its primary means of conveying its viewpoint is through its website fixtheuschamber.org. However, occasionally the organization partners with like-minded organizations to hold protests. Although a portion of US Chamber Watch's funding is from direct contributions, the source remains unclear at this point.

While not a large organization, US Chamber Watch's strength lies in its human capital. What the organization lacks in quantity it makes up for in quality, as its employees are extremely well educated. Currently, the organization is directed by Jane Johnson, a long-time media consultant for left-leaning causes, who replaced his predecessor, Mike Gehrke. Additionally, Julie Smith, a Stanford-educated lawyer, is in charge of daily operations.

US Chamber Watch operates as if it is an independent organization, but it is probably one of the main components of a much more large-scale and coordinated effort. Its director, Jane Johnson, not only runs US Chamber Watch, but also has served and/or is serving as a consultant for labor giants to include SEIU and Change to Win (CtW). In her capacity in those organizations, Johnson has pushed an anti-CoC viewpoint and has used their websites to promote the US Chamber Watch agenda. Furthermore, a one-time colleague, and probable close associate of Johnson's, Jamie Roberts, continues to use SEIU's website as an anti-CoC mouthpiece.

US Chamber Watch uses an assortment of mediums and tactics to apply pressure to the CoC, to include blogs, protests, and legal action. Regarding messaging, it is possible that Johnson drives the message cycle for the entire campaign. All of US Chamber Watch's tactics have had varying degrees of success and have hindered the CoC's efforts, but their messaging campaigns continue to be the most effective.

## Analysis

US Chamber Watch is a key player in the anti-CoC campaign. Their single-issue focus allows them to put out content at a much more regular and rapid rate than some of their peers. To degrade its messaging capabilities and credibility would represent a huge win for the CoC and should be a focus of the CIRC. Going forward, however, this may prove to be difficult due to the legal expertise of some of its employees.