

Significant Activity Report

Subject: Protest near US Chamber of Commerce Building on October 7, 2010

Date: October 8, 2010

## Summary

Several groups opposed to the US Chamber of Commerce (CoC), to include Public Citizen, US Chamber Watch, and MoveOn.org, conducted a joint protest in front of the CoC building on October 7, 2010.

## Details

Several groups opposed to the US Chamber of Commerce (CoC), to include Public Citizen, US Chamber Watch, and MoveOn.org, conducted a joint protest in front of the CoC building on October 7, 2010. During the protest, which was moderated by Ilyse Hogue (a) of MoveOn.org, several speakers from different organizations spoke against the CoC. Central to their message was that the CoC was infusing elections with foreign money and siding with corporations against small businesses. The speakers were:

- Ilyse Hogue of Moveon.Org
- Jane Johnson (b) of US Chamber Watch
- Robert Weissman (c) of Public Citizen
- Nick Nyhart (d) of MoveOn.org

Important to note is the organized nature of the protest: each of the speakers arrived with prepared remarks, and signs had been printed and distributed to the crowd. This level of organization shows significant cross organizational collaboration between MoveOn.org, Public Citizen, and US Chamber Watch.

(a) For more information on Ilyse Hogue, please view her biography in the Palantir Themis Instance or call 703-XXX-XXXX.

(b) For more information on Jane Johnson, please view her biography in the Palantir Themis Instance or call 703-XXX-XXXX.

(c) For more information on Robert Weissman, please view her biography in the Palantir Themis Instance or call 703-XXX-XXXX.

(d) For more information on Nick Nyhart, please view her biography in the Palantir Themis Instance or call 703-XXX-XXXX.