
COMMITTED TO IMPACT

# TEAM THEMIS PIR'S*

| STATUS | PIR |
|---|---|
| ■ | 1. What is the link between labor unions and attack groups? |
| ■ | 2. What is the current messaging theme of each attack group? |
| □ | 3. Can we identify a "primary source" for attack messages? |
| ■ | 4. Are there indications of a change in tactics? |

■ UN-ANSWERED

□ PARTIALLY ANSWERED

▨ ANSWERED

*PIR – Priority Intelligence Requirement (Priority requests from decision makers

THEMIS | COMMITTED TO IMPACT



———— CASE READY     ——— PID     ········ UI

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ORG | SEIU | MoveOn.org | Velvet Revolution | UFCW | UBT | UFW | Center for American Progress | Tides Foundation | Justice through Music |
| TIER 1 | Khalid Pitts-A01 | | Brett Kimberlin-C01 / Brad Friedman-C02 | | | | | | |
| TIER 2 | | | | | | | | | |

THEMIS | COMMITTED TO IMPACT

# THEMIS
COMMITTED TO IMPACT

## Brad Friedman-C02

**BIO:**
Name: Brad Friedman
Age: 39
Marital Status: Married to Martha Friedman
Children: 2 Boys, James and John Friedman
Email: bradf@velvetrev.com
Facebook: velvetrevbrad@facebook.com
Twitter: bradfriedman@twitter.com

**BACKGROUND:**
Brad lives and works from his home at 1055 Raywood Ln Silver Spring MD. Brad is co-founder of the Velvet Revolution.

**REPORTING:**
www.stopthechamber.com
www.fixtheuschamber.org
www.voteforpedro.com

**EXECUTION CRITERIA:**
Link Brad directly to a transaction affiliated with the Velvet Revolution.



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINANCE | | | | | | | | | | | | |
| SNA | | | ● | | | ● | ● | ● | | | | |
| OTHER | | | ● | | | | | | | | | | |

THEMIS | COMMITTED TO IMPACT

# THEMIS
## COMMITTED TO IMPACT

## Jane Johnson-C04

**BIO:**

Name: Jane Johnson
Age: 30
Marital Status: Single
Children: None
Email: Johnson@newheights.com
Facebook: none
Twitter: johnson@twitter.com

**BACKGROUND:**

Jane graduated from Vassar and has been a media professional for a number of different politicians. Recently she started her own communications company after being the national media director at SEIU

**REPORTING:**

www.linkedin.com
www.fixtheuschamber.org
www.youtube.com

**ADDITIONAL INFORMATION:**
Jane is suspected of being the director of the campaign as a whole.



|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINANCE |  |  |  |  |  |  |  |  |  |  |  |  |
| SNA |  |  | ● |  | ● | ● | ● |  |  |  |  |  |
| OTHER |  |  | ● |  |  |  |  |  |  |  |  |  |

THEMIS | COMMITTED TO IMPACT

# THEMIS
### COMMITTED TO IMPACT

## Ilyse Hogue-C06

**BIO:**

**Name:** Ilyse Hogue
**Age:** 34
**Marital Status:** Single
**Employer:** Moveon.org
**Children:** 2
**Email:** ahogue@moveon.org
**Facebook:** none
**Twitter:** none

**BACKGROUND:**
Communications director for Moveon.org.

**REPORTING:**
www.linkedin.com
www.fixtheuschamber.org
www.youtube.com

**ADDITIONAL INFORMATION:**
Participated in a joint demonstration with Public Citizen and US Chamber Watch on October 7, 2010.



|          | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|----------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| FINANCE  |     |     |     |     |     |     |     |     |     |     |     |     |
| SNA      |     |     | ●   |     |     | ●   | ●   | ●   |     |     |     |     |
| OTHER    |     |     | ●   |     |     |     |     |     |     |     |     |     |

**THEMIS | COMMITTED TO IMPACT**

# THEMIS
COMMITTED TO IMPACT

## Nick Hyhart-C08

**BIO:**

Name: Nick Nyhart
Age: 46
Marital Status: Married
Employer: Moveon.org
Children: Unknown
Email: nnyhart@moveon.org
Facebook: none
Twitter: none

**BACKGROUND:**
Unknown

**REPORTING:**
www.linkedin.com
www.fixtheuschamber.org
www.youtube.com

**ADDITIONAL INFORMATION:**
Participated in a joint demonstration with Public Citizen and US Chamber Watch on October 7, 2010.



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINANCE | | | | | | | | | | | | |
| SNA | | | ● | | ● | ● | ● | | | | | |
| OTHER | | | ● | | | | | | | | | |

THEMIS | COMMITTED TO IMPACT

# THEMIS
COMMITTED TO IMPACT

## Robert Weissman-C09

**BIO:**

Name: Robert Weissman
Age: 35
Marital Status: Married
Employer: Public Citizen
Children: Unknown
Email: unknown
Facebook: none
Twitter: none

**BACKGROUND:**
Unknown

**REPORTING:**
www.linkedin.com
www.fixtheuschamber.org
www.youtube.com

**ADDITIONAL INFORMATION:**
Participated in a joint demonstration with Public Citizen and US Chamber Watch on October 7, 2010.



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FINANCE | | | | | | | | | | | | |
| SNA | | | ● | | | ● | ● | ● | | | | |
| OTHER | | | ● | | | | | | | | | |

THEMIS | COMMITTED TO IMPACT

# THEMIS
## COMMITTED TO IMPACT

## US Chamber Watch

**BIO:**\*

**Leader:** Christy Setzer
**Confirmed Members:** Lauren Levenstein, Samantha Brown
**Funding:** Private Donations
**Website:** fixtheuschamber.org
**Facebook:** USChamberwatch@facebook.com
**Twitter:** USChamberwatch@twitter.com

**BACKGROUND:**
Brad lives and works from his home at 1055 Raywood Ln Silver Spring MD. Brad is co-founder of the Velvet Revolution.

**TACTICS:**
Blogging
Protests
Legal Action

**AFFILIATED ORGANIZATIONS:**
MoveOn.org, Public Citizen, Change to Win SEIU, New Heights Communications

\*For more a more detailed assessment, please see associated organizational assessment report

