# HBGary Email Viewer

**aaron@hbgary.com**

0

| Original file: | 1297011467.M696475P25652Q642.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Matthew Steckman <msteckman@palantir.com> |
| To: | "'Woods, John'" <jwoods@hunton.com>, Eli Bingham <ebingham@palantir.com>,HBGARY-Aaron.Barr <aaron@hbgary.com>, BERICO-Sam.Kremin<skremin@bericotechnologies.com> |
| Date: | Fri, 3 Dec 2010 05:52:02 -0800 |
| Subject: | RE: WikiLeaks discussion, review slide deck |
| | click here to show full headers |
| Attachments: | winmail.dat (4501607 bytes) |

Updated with Strengths/Weaknesses and a spotlight on Glenn Greenwald...thanks Aaron!

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com | 202-257-2270

Follow @palantirtech
Watch youtube.com/palantirtech
Attend Palantir Night Live


-----Original Appointment-----
From: Matthew Steckman
Sent: Thursday, December 02, 2010 10:47 PM
To: Woods, John; Eli Bingham; HBGARY-Aaron.Barr; BERICO-Sam.Kremin
Subject: WikiLeaks discussion, review slide deck
When: Friday, December 03, 2010 9:00 AM-9:30 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Dial-in: 866-740-7142, 4941574


Dial-in: 866-740-7142
Conference code: 4941574

# HBGary Email Viewer

## aaron@hbgary.com

| Original file: | 1297011459.M523380P25652Q640.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Matthew Steckman <msteckman@palantir.com> |
| To: | HBGARY-Aaron.Barr <aaron@hbgary.com> |
| Date: | Fri, 3 Dec 2010 05:39:04 -0800 |
| Subject: | RE: first cut |
| | click here to show full headers |
| Attachments: | This e-mail does not have any attachments. |

```
I like the strengths/weaknesses highlights. Going to add those
in, I'll add a "spotlight" on Glenn too.

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com | 202-257-2270

Follow @palantirtech
Watch youtube.com/palantirtech
Attend Palantir Night Live


-----Original Message-----
From: Aaron Barr [mailto:aaron@hbgary.com]
Sent: Friday, December 03, 2010 8:32 AM
To: Matthew Steckman
Cc: Eli Bingham; BERICO-Sam.Kremin
Subject: Re: first cut

One other thing.  I think we need to highlight people like Glenn
Greenwald.  Glenn was critical in the Amazon to OVH transition
and helped wikileaks provide access to information during the
transition. It is this level of support we need to attack. These
are established proffessionals that have a liberal bent, but
ultimately most of them if pushed will choose professional
preservation over cause, such is the mentality of most business
professionals. Without the support of people like Glenn
wikileaks would fold.

Aaron

On Dec 3, 2010, at 7:45 AM, Matthew Steckman wrote:
```