**Subject:** Re: H&W Data
**From:** Ted Vera <ted@hbgary.com>
**Date:** Fri, 14 Jan 2011 13:06:43 -0700
**To:** Penny Leavy-Hoglund <penny@hbgary.com>, Barr Aaron <aaron@hbgary.com>

Yes, we are. It's only $50K to start -- for a 30 day pilot project. But if we're successful it has significant follow-on -- Aaron what is our target value for the follow-on, after the adjustments that were made I'm not sure...

Ted

On Fri, Jan 14, 2011 at 1:05 PM, Penny Leavy-Hoglund <penny@hbgary.com> wrote:
> Great job. You guys must be excited
>
>
> From: Ted Vera [mailto:ted@hbgary.com]
> Sent: Friday, January 14, 2011 11:32 AM
> To: Penny Leavy-Hoglund
>
> Subject: Re: H&W Data
>
>
> Yep
>
>
> On Jan 14, 2011, at 12:14 PM, Penny Leavy-Hoglund <penny@hbgary.com> wrote:
>
> Awesome, does this mean you'll get the contract?
>
>
> From: Aaron Barr [mailto:adbarr@me.com]
> Sent: Thursday, January 13, 2011 3:04 PM
> To: Penny Leavy; Greg Hoglund
> Cc: Ted Vera
> Subject: Fwd: H&W Data
>
>
> Lawfirm IO work is finally worked out. Palantir came down significantly in price.
>
>
> Aaron
>
> Sent from my iPhone

> Begin forwarded message:
>
> From: Sam Kremin <skremin@bericotechnologies.com>
> Date: January 13, 2011 5:42:22 PM EST
> To: Ryan Castle <rcastle@palantir.com>, Eli Bingham <ebingham@palantir.com>, Matt Steckman <msteckman@palantir.com>
> Cc: Pat Ryan <pryan@bericotechnologies.com>, Amanda McDonald <amcdonald@bericotechnologies.com>, Aaron Barr <adbarr@mac.com>, Bill Lantzy <blantzy@bericotechnologies.com>
> Subject: Re: H&W Data
>
> Ryan, Matt and Eli,
>
> Exciting news! We've received the data from H&W and it is a 189kb XML document. Ryan, if I upload it to my Palantir FTP, could you integrate it into Palantir? Regarding the contract, Bob is really busy for the rest of this week, so we will meet to take care of that and receive his guidance and vision for the project sometime early next week. It would be great if we could get this data and the instance ready as soon as possible so we can start putting together products that will blow them away.
>
> Thanks,
>
> Sam
>
> On Thu, Jan 13, 2011 at 3:16 PM, Sam Kremin <skremin@bericotechnologies.com> wrote:
>
> Matt, El, and Ryan,
>
> This afternoon an H&W courier is bringing over a CD with the data from H&W from phase 1. We are assuming that this means that phase 1 is a go (We'll let you know once we confirm this) and I'm wondering how we will integrate that data. Should we bring the CD over to Tyson's Corner?
>
> Thanks,
>
> Sam
>
> --
> Samuel Kremin
>
> Analyst/Consultant
>
> Mobile: 703.473.1493
>
> www.BericoTechnologies.com