# HBGary Email Viewer

## aaron@hbgary.com

0

| | |
|---|---|
| **Original file:** | 1297012685.M986357P25652Q1820.cybercom |
| click here to show this e-mail with HTML markup | |
| **From:** | Mark Trynor <mark@hbgary.com> |
| **To:** | Aaron Barr <aaron@hbgary.com> |
| **Date:** | Wed, 19 Jan 2011 10:46:57 -0700 |
| **Subject:** | Re: Check out |
| click here to show full headers | |
| **Attachments:** | This e-mail does not have any attachments. |

```
yep, because FB killed the pages I was using. Which were left
over from 2
design changes ago but held all the same data. They are in the
middle of
moving everyone over to the new layout so I'm not going to write
parsing
shit for a design that may be around for another 2 weeks or less
as it's a
giant waste of time as by design once the correct data comes in
it will
overwrite what is there now.

On Wed, Jan 19, 2011 at 10:44 AM, Aaron Barr <aaron@hbgary.com>
wrote:

> right...so they have a page layout...u are scraping it...if
the data from
> your scrape comes out bad....its the pages fault....
>
>
> got it.
>
> On Jan 19, 2011, at 12:40 PM, Mark Trynor wrote:
>
> Seeing as how ORTake a Photo shows up a lot through the
database I'm gonna
> have to reinforce the possibility that it is a profile page
issue.
>
> On Wed, Jan 19, 2011 at 10:38 AM, Mark Trynor
<mark@hbgary.com> wrote:
>
```

W

```
>> I'm gonna go with the profile thing as his Home Town is
ORTake a Photo
>> unless that's some little poor ass town in Oregon I'm
guessing that's wrong.
>>
>>
>> On Wed, Jan 19, 2011 at 10:37 AM, Mark Trynor
<mark@hbgary.com> wrote:
>>
>>> He could still be on the old profile, or he's not a friend
of any of his
>>> friends friends, or some other reason I haven't thought of.
>>>
>>>
>>> On Wed, Jan 19, 2011 at 9:02 AM, Aaron Barr
<aaron@hbgary.com> wrote:
>>>
>>>> UID: 805478795
>>>>
>>>> This is Brett Kimberlin.
>>>>
>>>> I ran him and it seems to have completed, but it didn't get
his name.
>>>>
>>>
>>>
>>
>
>
```