# HBGary Email Viewer

## ted@hbgary.com

0

| Original file: | 1296969899.M122502P7284Q181.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Mark Trynor <mark@hbgary.com> |
| To: | Ted Vera <ted@hbgary.com> |
| Date: | Wed, 19 Jan 2011 14:11:46 -0700 |
| Subject: | Re: Select statements |
| | click here to show full headers |
| Attachments: | This e-mail does not have any attachments. |

LOL

On Wed, Jan 19, 2011 at 2:10 PM, Ted Vera <ted@hbgary.com>
wrote:

> Have you heard anything on the TASC or Palantir contracts?
>
> On Wed, Jan 19, 2011 at 2:10 PM, Aaron Barr <adbarr@me.com>
wrote:
> > ok I am looking forward to when I don't have to hear the old
system
> > mantra...can we afford a new system Ted?
> >
> > On Jan 19, 2011, at 4:08 PM, Mark Trynor wrote:
> >
> > oh you gotta give it a bit....there are over 15K records it
has to go
> > through. It's a 5 year old dell box what do you want from
it. I has a
> > whopping 3.4GiB of ram and 1 dual core running @ 3GHz
> >
> > On Wed, Jan 19, 2011 at 2:04 PM, Aaron Barr <adbarr@me.com>
wrote:
> >>
> >> trying...its just sitting there.
> >> On Jan 19, 2011, at 3:49 PM, Mark Trynor wrote:
> >>
> >> I have to finish the specific stat page but check that new
page
> out....bad
> >> ass!
> >>

X

> >> On Tue, Jan 18, 2011 at 3:13 PM, Mark Trynor
<mark@hbgary.com> wrote:
> >>>
> >>> All doable. Plus I have half of the db calls already made.
> >>>
> >>> Aaron Barr <adbarr@me.com> wrote:
> >>>
> >>> >On Main Page.
> >>> >I would like an overall stats page.
> >>> >
> >>> >At the top I would like a search box.
> >>> >
> >>> >Under that I would like overall stats categorized.
> >>> >
> >>> >Top 10
> >>> >Cities
> >>> >Employers
> >>> >Hometowns
> >>> >Schools
> >>> >
> >>> >I would like to be able to click on each one of these. So
lets say
> >>> > Washington DC is in the top list. I would like to click
on
> Washington DC
> >>> > and see the top correlated UIDs under that category? Is
that doable?
> >>> >
> >>> >Aaron
> >>> >
> >>> >On Jan 18, 2011, at 4:47 PM, Mark Trynor wrote:
> >>> >
> >>> >> Stop parsing people with the name Ahmed. You're gonna
get us
> killed.
> >>> >>
> >>> >> On Tue, Jan 18, 2011 at 2:40 PM, Mark Trynor
<mark@hbgary.com>
> wrote:
> >>> >> Yeah 3 is parse all the data!
> >>> >>
> >>> >> Hence the :
> >>> >>
> >>> >> Step 1 : gather all the data
> >>> >> Step 2 : ???
> >>> >> Step 3 : profit
> >>> >>
> >>> >>
> >>> >> On Tue, Jan 18, 2011 at 2:35 PM, Aaron Barr
<adbarr@me.com> wrote:
> >>> >> 3!
> >>> >>
> >>> >> Sent from my iPhone
> >>> >>

> >>> >> On Jan 18, 2011, at 4:25 PM, Mark Trynor
<mark@hbgary.com> wrote:
> >>> >>
> >>> >>> I'm still working subtask 3 of 114 of this nonsense.
> >>> >>>
> >>> >>> On Tue, Jan 18, 2011 at 2:23 PM, Aaron Barr
<adbarr@me.com> wrote:
> >>> >>> ok you have a little of both...
> >>> >>>
> >>> >>> Go.
> >>> >>>
> >>> >>>
> >>> >>> On Jan 18, 2011, at 4:22 PM, Mark Trynor wrote:
> >>> >>>
> >>> >>>> Yes, with time and money.
> >>> >>>>
> >>> >>>> On Tue, Jan 18, 2011 at 2:19 PM, Aaron Barr
<adbarr@me.com>
> wrote:
> >>> >>>> techno...blah blah blah....
> >>> >>>>
> >>> >>>> does that mean u can do it.
> >>> >>>>
> >>> >>>> On Jan 18, 2011, at 4:18 PM, Mark Trynor wrote:
> >>> >>>>
> >>> >>>>> Yeah that pop out is included in the html that was
handed over in
> >>> >>>>> the initial request. They just added a shit ton of
javascript to
> make it
> >>> >>>>> look like they're doing AJAX shit without actually
doing it
> because web 2.0
> >>> >>>>> sux balls!
> >>> >>>>>
> >>> >>>>> On Tue, Jan 18, 2011 at 2:13 PM, Aaron Barr
<adbarr@me.com>
> wrote:
> >>> >>>>> But I think its going to be tricky because you can't
access the
> >>> >>>>> users that have liked a page directly from the page.
You have to
> do it
> >>> >>>>> through the search box.
> >>> >>>>>
> >>> >>>>> So I search for velvet revolution and in the search
results list
> I
> >>> >>>>> see it and a clickable link to the 509 people that
have liked the
> page.
> >>> >>>>> WHen I click it a pop-up window comes out that
allows me to
> click through

> >>> >>>>> the users.
> >>> >>>>>
> >>> >>>>> But we need it.
> >>> >>>>>
> >>> >>>>> On Jan 18, 2011, at 4:11 PM, Mark Trynor wrote:
> >>> >>>>>
> >>> >>>>>> you can't. That's probably a complete separate parser I'd need
> to
> >>> >>>>>> build.
> >>> >>>>>>
> >>> >>>>>> On Tue, Jan 18, 2011 at 2:03 PM, Aaron Barr <adbarr@me.com>
> wrote:
> >>> >>>>>> Ok so how do u suck down the people who have liked a page? How
> do
> >>> >>>>>> I submit that?
> >>> >>>>>>
> >>> >>>>>> For example:
> >>> >>>>>> http://www.facebook.com/VelvetRevolution.us
> >>> >>>>>>
> >>> >>>>>> On Jan 18, 2011, at 3:26 PM, Mark Trynor wrote:
> >>> >>>>>>
> >>> >>>>>>> Alright, new scraper is up. Added employer and the web
> interface
> >>> >>>>>>> has been updated to reflect. Feel free to kick one off.
> >>> >>>>>>>
> >>> >>>>>>> On Tue, Jan 18, 2011 at 12:25 PM, Aaron Barr <adbarr@me.com>
> >>> >>>>>>> wrote:
> >>> >>>>>>> Does that mean the searches I had going are dead?
> >>> >>>>>>>
> >>> >>>>>>> Sent from my iPhone
> >>> >>>>>>>
> >>> >>>>>>> On Jan 18, 2011, at 2:17 PM, Mark Trynor <mark@hbgary.com>
> wrote:
> >>> >>>>>>>
> >>> >>>>>>>> Alright, it's fixed, but hasn't been committed. It will be
> once
> >>> >>>>>>>> I add more functionality so don't kick off any searches until
> I make the
> >>> >>>>>>>> push.
> >>> >>>>>>>>
> >>> >>>>>>>> On Tue, Jan 18, 2011 at 11:51 AM, Ted Vera <ted@hbgary.com>
> >>> >>>>>>>> wrote:
> >>> >>>>>>>> Crap!!!
> >>> >>>>>>>>

```
> >>> >>>>>>>>
> >>> >>>>>>>>
> >>> >>>>>>>> On Jan 18, 2011, at 11:51 AM, Mark Trynor
<mark@hbgary.com>
> >>> >>>>>>>> wrote:
> >>> >>>>>>>>
> >>> >>>>>>>>> SHIT! I have to rebuild the parser FB killed all
those pages
> >>> >>>>>>>>> with the force to the new profile. they finally
cleaned up
> some of their
> >>> >>>>>>>>> code.
> >>> >>>>>>>>>
> >>> >>>>>>>>> On Tue, Jan 18, 2011 at 11:18 AM, Mark Trynor <
> mark@hbgary.com>
> >>> >>>>>>>>> wrote:
> >>> >>>>>>>>> You'll need to come in through the VPN to do
that.
> >>> >>>>>>>>>
> >>> >>>>>>>>>
> >>> >>>>>>>>> On Tue, Jan 18, 2011 at 10:43 AM, Ted Vera
<ted@hbgary.com>
> >>> >>>>>>>>> wrote:
> >>> >>>>>>>>> Download cocoa mysql, remember that? You have
direct access
> to
> >>> >>>>>>>>> the DB.
> >>> >>>>>>>>>
> >>> >>>>>>>>> On Mon, Jan 17, 2011 at 1:05 PM, Aaron Barr
<adbarr@me.com>
> >>> >>>>>>>>> wrote:
> >>> >>>>>>>>> > OK Mark so when can I get select statements?
> >>> >>>>>>>>> >
> >>> >>>>>>>>> > Also what about the option to deselect people
from the
> >>> >>>>>>>>> > database and rerun. I know its possible but
what would
> that do to my
> >>> >>>>>>>>> > searches. For example. Brett Kimberlin runs
one of the
> opposition groups.
> >>> >>>>>>>>> > He has a daughter Kelsie that goes to Walt
Whitman High
> School. Soooo what
> >>> >>>>>>>>> > do u think pops to the top of the list as
highest ranked
> High school.
> >>> >>>>>>>>> >
> >>> >>>>>>>>> > That is good information, because it suggests
he has a
> >>> >>>>>>>>> > sibling that goes to that school since it
ranks highest and
> is in the area
> >>> >>>>>>>>> > where he currently lives and he has been out
```

```
of high school
> for a long
> >>> >>>>>>>>> > time...good data...but I also want the ability
to deselect.
> >>> >>>>>>>>> >
> >>> >>>>>>>>> > Aaron
> >>> >>>>>>>>> >
> >>> >>>>>>>>> >
> >>> >>>>>>>>>
> >>> >>>>>>>>>
> >>> >>>>>>>>>
> >>> >>>>>>>>> --
> >>> >>>>>>>>> Ted Vera | President | HBGary Federal
> >>> >>>>>>>>> Office 916-459-4727x118 | Mobile 719-237-8623
> >>> >>>>>>>>> www.hbgaryfederal.com | ted@hbgary.com
> >>> >>>>>>>>>
> >>> >>>>>>>>>
> >>> >>>>>>>>
> >>> >>>>>>>
> >>> >>>>>>>
> >>> >>>>>>
> >>> >>>>>>
> >>> >>>>>
> >>> >>>>>
> >>> >>>>
> >>> >>>>
> >>> >>>
> >>> >>>
> >>> >>
> >>> >>
> >>> >
> >>
> >>
> >
> >
> >
>
>
>
> --
> Ted Vera | President | HBGary Federal
> Office 916-459-4727x118 | Mobile 719-237-8623
> www.hbgaryfederal.com | ted@hbgary.com
>
```