# HBGary Email Viewer

## ted@hbgary.com

0

| | |
|---|---|
| **Original file:** | 1296970037.M439322P7284Q399.cybercom |
| | click here to show this e-mail with HTML markup |
| **From:** | Ted Vera <ted@hbgary.com> |
| **To:** | Aaron Barr <aaron@hbgary.com> |
| **Date:** | Wed, 26 Jan 2011 20:29:28 -0700 |
| **Subject:** | Re: URGENT - OPPORTUNITY |
| | click here to show full headers |
| **Attachments:** | This e-mail does not have any attachments. |

```
From this email, it seems that booze is the prime and hunt is
the sub. Do
you know for sure?

On Jan 26, 2011, at 1:48 PM, Aaron Barr <aaron@hbgary.com>
wrote:


Sent from my iPhone

Begin forwarded message:

*From:* "Woods, John" <jwoods@hunton.com>
*Date:* January 26, 2011 3:40:43 PM EST
*To:* "Aaron Barr" <aaron@hbgary.com>
*Subject:* *RE: URGENT - OPPORTUNITY*

Aaron,

I have a client that may be interested. Pursuant to a mandate
from my
client, we are working through Booz Allen on this type of
activity. You
should expect a call from Bill Wansley at Booz shortly.

------------------------------
*From:* Aaron Barr [mailto:aaron@hbgary.com]
*Sent:* Wednesday, January 26, 2011 2:37 PM
*To:* Woods, John
*Subject:* Re: URGENT - OPPORTUNITY
```