# HBGary Email Viewer

**aaron@hbgary.com**

0

| Original file: | 1297012913.M954305P25652Q2307.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Matthew Steckman <msteckman@palantir.com> |
| To: | Pat Ryan <pryan@bericotechnologies.com>, HBGARY-Aaron.Barr<aaron@hbgary.com>, Eli Bingham <ebingham@palantir.com> |
| Date: | Fri, 4 Feb 2011 06:27:58 -0800 |
| Subject: | RE: Team Themis Update |
| | click here to show full headers |
| Attachments: | winmail.dat (10443 bytes) |

```
Palantir is on board with this.  We are good at pretty demos  :)

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com<mailto:msteckman@palantirtech.com> |
202-257-2270

Follow @palantirtech<twitter.com/palantirtech>
Watch youtube.com/palantirtech
Attend Palantir Night Live<http://www.palantirtech.com
/government/pnl>

From: Pat Ryan [mailto:pryan@bericotechnologies.com]
Sent: Thursday, February 03, 2011 4:59 PM
To: HBGARY-Aaron.Barr; Matthew Steckman; Eli Bingham
Cc: BERICO-Amanda.McDonald; Katie Crotty; BERICO-Sam.Kremin
Subject: Team Themis Update

Aaron/Matt/Eli:

Just had a long-overdue talk with Bob Q ref our H&W support to
the Chamber and wanted to provide an update and way ahead.

Key Items:

- Despite earlier conversations with John Woods (and/or
Richard), H&W is unable/unwilling to pay any fees/costs to us
for the "Phase I" demo build-out. Bob Q was under the impression
we were willing to do this work at risk and then present jointly
with H&W to the Chamber. I was very clear in telling him we had
```

2

a different understanding based on multiple conversations with others at H&W. At the end of the day, though, they are at a point now where they won't commit any funds to this project until we've helped them earn buy-in from their Client (the Chamber).

- Based on this, I said I would talk with you all and get buy-in for the following course of action:
1. Meet with Bob and team early next week (Mon/Tues) to get additional metadata and select focused topic(s) for the demo to the Chamber
2. Work as joint team to build 5-10 min demo (along the lines of the Iranian shipping demo - which is what Bob Q said sold the Chamber in the first place - great work Sam!)
3. Brief demo to the Chamber on 14 Feb (or potentially a few days later...based on confirming schedule for meeting with Chamber)
4. Once approved, begin enduring work at agreed upon rates (approx. $250-300k per month for the entire team - both services and license fees)

- Bob apologized for the confusion/misunderstanding and said he thinks there is a high likelihood of selling the Chamber on this, but asked that we be willing to share the risk with H&W up-front

After talking with Berico leadership, we are willing to support this plan. We still see this venture as something that has massive potential for the future and have already invested a great deal of time. At this point, we feel that another 2-3 weeks of work to produce a fairly straightforward demo is worth our time and effort. I'd be happy to talk more with you guys about this and answer any questions. Please let me know where you (and your company) stand on this so I can get back to Bob ASAP and coordinate the next steps. We are on a pretty tight timeline to deliver by 14 Feb, so really need to work this hard over the next week or so.

Thanks,
Pat

--

Patrick Ryan
Deputy Director, Analysis
Berico Technologies
pryan@bericotech.com<mailto:pryan@bericotech.com>
719.433.1323 (m)
703.224.8300 (o)