

**Computer Crime & Intellectual Property Section**
United States Department of Justice

CCIPS > Computer Crime > Prosecuting Computer Crimes Manual > Appendix A

previous | next

download PDF

# Appendix A
# Unlawful Online Conduct and Applicable Federal Laws

The chart below details the type of unlawful online conduct, potentially applicable federal laws, and the section of the Department of Justice with subject-matter expertise. If the subject matter expert is not a section of the Department, but rather another agency, the entry will have an asterisk following its initials.

In many cases, prosecutors may also consider whether the conduct at issue is a violation of 18 U.S.C. § 2 (aiding and abetting) or 18 U.S.C. § 371 (conspiracy).

| Unlawful Conduct | Applicable Federal Law | DOJ Section |
|---|---|---|
| Denial of Service Attacks | 18 U.S.C. § 1030(a)(5)(A) (transmission of program, information, code, or command, resulting in damage) | CCIPS |
| | 18 U.S.C. § 1362 (interfering with government communication systems) | CCIPS |
| Substitution or Redirection of a website | 18 U.S.C. § 1030(a)(5)(A)(i) (transmission of program, information, code, or command, resulting in damage) | CCIPS |
| | 18 U.S.C. § 1030(a)(5)(A)(ii)-(iii) (accessing a computer without authorization, resulting in damage) | CCIPS |
| Use of Misleading Domain Name | 18 U.S.C. § 2252B (using misleading domain name with intent to deceive a person into viewing obscene material or with intent to deceive a minor into viewing harmful material) | CEOS |
| Extortion | 18 U.S.C. § 1030(a)(7) (transmitting, with intent to extort, communication containing threat to cause damage) | CCIPS |
| | 18 U.S.C. § 875(b), (d) (transmitting, with intent to extort, threat to kidnap or harm a person, or threat to injure a person's property or harm a reputation) (Hobbs Act) | CTS |

| | | |
|---|---|---|
| | racketeering enterprises) | |
| | 18 U.S.C. § 1953 (interstate transportation of wagering paraphernalia) | OCRS |
| | 18 U.S.C. § 1955 (conducting, financing, managing, supervising, directing, or owning an illegal gambling business) | OCRS/AFMLS |
| | 28 U.S.C. § 3701 et seq. (Professional and Amateur Sports Protection Act) | OCRS/AFMLS |
| Sale of Alcohol | 18 U.S.C. §§ 1261 et seq. (transportation of liquor into state prohibiting sale; shipping liquor without required marks and labels on package) | OCRS/Treasury |
| | 27 U.S.C. §§ 122, 204 (interstate shipping of alcohol) | OCRS/Treasury |
| Securities Fraud | 15 U.S.C. §§ 77e, 77j, 77q, 77x, 78i, 78j, 78l, 78o, 78ff (securities fraud) | Fraud/SEC |
| | 18 U.S.C. § 1343 (wire fraud) | Fraud/CCIPS |
| Piracy and Intellectual Property Theft | 17 U.S.C. §§ 1201-1205 (Digital Millennium Copyright Act) | CCIPS |
| | 18 U.S.C. § 545 (smuggling goods into the United States) | AFMLS |
| | 18 U.S.C. §§ 1831, 1832 (theft of trade secrets) | CES/CCIPS |
| | 18 U.S.C. § 2318 (trafficking in counterfeit labels) | CCIPS |
| | 17 U.S.C. § 506 and 18 U.S.C. § 2319 (criminal copyright infringement) | CCIPS |
| | 18 U.S.C. § 2319A (trafficking in recordings of live musical performances) | CCIPS |
| | 18 U.S.C. § 2320 (trafficking in counterfeit goods or services) | CCIPS |
| | 47 U.S.C. § 553 (unauthorized reception of cable service) | Fraud |
| | 18 U.S.C. § 1343 (wire fraud) | Fraud |
| Trade Secrets/Economic Espionage | 18 U.S.C. § 1831 ( theft of trade secrets for benefit of foreign government) | CES/CCIPS |

| | | |
|---|---|---|
| | 18 U.S.C. § 1951 (interfering with commerce by robbery, extortion, threats or violence) | DSS |
| Internet Fraud (e.g., auction fraud or "phishing") | 18 U.S.C. § 1030(a)(4) (accessing a computer to defraud and obtain something of value) | CCIPS |
| | 18 U.S.C. § 1028 (fraud in connection with identification documents and authentication features) | Fraud |
| | 18 U.S.C. § 1028A (aggravated identity theft) | Fraud |
| | 18 U.S.C. § 1343 (wire fraud) | Fraud |
| | 18 U.S.C. §§ 1956, 1957 (money laundering) | AFMLS |
| | 18 U.S.C. § 1001 (making false statements in any matter within the jurisdiction of the government) | Fraud |
| | 15 U.S.C. § 45 (unfair or deceptive trade practices) | *FTC |
| | 15 U.S.C. § 52 (false advertising) | *FTC |
| | 15 U.S.C. § 6821 (fraudulent access to financial information) | *FTC/Fraud |
| Credit Card Fraud | 18 U.S.C. § 1030(a)(2)(A) (accessing a computer and obtaining information from a financial institution, card issuer or consumer reporting agency) | CCIPS |
| | 18 U.S.C. § 1029 (access device fraud) | Fraud/CCIPS |
| | 15 U.S.C. § 1644 (credit card fraud aggregating at least $1,000) | Fraud |
| | 18 U.S.C. § 1343 (wire fraud) | Fraud |
| Password Fraud | 18 U.S.C. § 1030(a)(6) (trafficking in computer passwords) | CCIPS |
| | 18 U.S.C. § 1029 (access device fraud) | Fraud/CCIPS |
| | 18 U.S.C. § 1343 (wire fraud) | Fraud |
| Child Pornography, Child Luring, and | 18 U.S.C. §§ 2251, 2252, 2252A (sexual exploitation of children) | CEOS |

| | | |
|---|---|---|
| | 18 U.S.C. § 1832 (theft of trade secrets) | CCIPS |
| | 18 U.S.C. § 1905 (disclosure of confidential information) | Public Integrity |
| | 18 U.S.C. §§ 2314, 2315 (interstate transportation or receipt of stolen property) | OEO |
| Electronic Threats | 18 U.S.C. § 875 (transmitting communications containing threats of kidnap or bodily injury) (Hobbs Act) | CTS |
| | 18 U.S.C. § 1951 (interfering with commerce by robbery, extortion, threats or violence) (Hobbs Act) | DSS |
| | 47 U.S.C. § 223 (a)(1)(C) (anonymously using telecommunications device to threaten person who receives communication) | CCIPS |
| Electronic Harassment | 47 U.S.C. § 223 (a)(1)(C) (anonymously using telecommunications device to harass person who receives communication) | CCIPS |
| | 47 U.S.C. § 223(a)(1)(E) (repeatedly initiates communication with a telecommunication device solely to harass person who receives communication) | CCIPS |
| Interception of Electronic Communications | 18 U.S.C. § 2511 (intercepting electronic communications) | CCIPS |
| | 18 U.S.C. § 2701 (accessing stored communications) | CCIPS |
| | 18 U.S.C. § 1030(a)(2) (accessing a computer and obtaining information) | CCIPS |
| Cyberstalking | 18 U.S.C. § 2261A (using any facility of interstate or foreign commerce to engage in a course of conduct that places person in reasonable fear of death or serious bodily injury to person, person's spouse or immediate family) See also *Electronic Harassment* | DSS |
| Espionage | 18 U.S.C. § 1030(a)(1) (accessing a computer and obtaining national security information) | CES |