# HBGary Email Viewer

## aaron@hbgary.com

0

| Original file: | 1297010215.M741287P14101Q8936.cybercom |
|---|---|
| | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | Ted Vera <ted@hbgary.com>,Mark Trynor <mark@hbgary.com> |
| Date: | Tue, 2 Nov 2010 20:48:38 -0400 |
| Subject: | Fwd: [RED TEAM] - Team Themis - H&W CIRC |
| | click here to show full headers |
| Attachments: | H&W Analysis Proposal v5.docx (1145144 bytes)<br>H&W Themis - CROC.pptx (1476008 bytes)<br>smime.p7s (3809 bytes) |

Proposal we are brefing to H&W tomorrow.

Aaron

Begin forwarded message:

> From: Patrick Ryan <patrick@bericotechnologies.com>
> Date: November 2, 2010 4:12:34 PM EDT
> To: Aaron Barr <aaron@hbgary.com>, Matthew Steckman <msteckman@palantir.com>, Eli Bingham <ebingham@palantir.com>, Katherine Crotty <Katherine@bericotechnologies.com>, Jeremy Glesner <jeremy@bericotechnologies.com>, Dan Potocki <dpotocki@bericotechnologies.com>, Michael Woolslayer <mwoolslayer@bericotechnologies.com>, Eric Fuller <eric@bericotechnologies.com>, Aaron Marshall <amarshall@bericotechnologies.com>
> Cc: Amanda McDonald <amcdonald@bericotechnologies.com>, Bill Lantzy <blantzy@bericotechnologies.com>, Josh Gearheart <jgearheart@bericotechnologies.com>, Lee Erickson <lerickson@bericotechnologies.com>, Ryan Drzyzga <rdrzyzga@bericotechnologies.com>, Sam Kremin <skremin@bericotechnologies.com>, Yolanda Rivera Collazo <yriveracollazo@bericotechnologies.com>
> Subject: [RED TEAM] - Team Themis - H&W CIRC
>
> All:
>
> Please see the attached final draft document and slides (which are still missing some content) for tomorrow's brief/meeting with Hunton & Williams. If you have time, it would be a huge

help to have your input/feedback to ensure we are delivering a
quality product. Many thanks to everyone who has already
provided a great deal of assistance. Since we have such a short
turnaround time, please send any comments/edits to me NLT 2200
tonight. I will then incorporate all feedback and produce a
final version prior to our meeting tomorrow.
>
> Thanks,
> Pat
>
> --
> Patrick Ryan
> Deputy Director, Analysis
> Berico Technologies
> pryan@bericotech.com
> 719-433-1323 (c)
> 703-224-8300 (o)
>

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478