# HBGary Email Viewer

## aaron@hbgary.com

| | |
|---|---|
| Original file: | 1297010259.M74718P14101Q8971.cybercom |
| | click here to show this e-mail with HTML markup |
| From: | Matthew Steckman <msteckman@palantir.com> |
| To: | BERICOTECHNOLOGIES-Patrick_Ryan <patrick@bericotechnologies.com> |
| Date: | Wed, 3 Nov 2010 07:31:05 -0700 |
| Subject: | Re: [RED TEAM] - Team Themis - H&W CIRC |
| | click here to show full headers |
| Attachments: | This e-mail does not have any attachments. |

A meeting, can you forwarded it to him? Jwoods@hunton.com

```
From: Patrick Ryan <patrick@bericotechnologies.com>
To: Matthew Steckman
Cc: Aaron Barr <aaron@hbgary.com>; Eli Bingham
Sent: Wed Nov 03 07:22:29 2010
Subject: Re: [RED TEAM] - Team Themis - H&W CIRC

Up to you...if you want to do that here's the latest version.

Thanks,
Pat

On Wed, Nov 3, 2010 at 10:15 AM, Matthew Steckman
<msteckman@palantir.com<mailto:msteckman@palantir.com>> wrote:
The prop is awesome. Are we sending this to John to review this morning before
our meeting?

Matthew Steckman
Palantir Technologies | Forward Deployed Engineer
msteckman@palantir.com<mailto:msteckman@palantirtech.com> | 202-257-2270

Follow @palantirtech<http://twitter.com/palantirtech>
Watch youtube.com/palantirtech<http://youtube.com/palantirtech>
Attend Palantir Night Live<http://www.palantirtech.com/government/pnl>

From: Patrick Ryan
[mailto:patrick@bericotechnologies.com<mailto:patrick@bericotechnologies.com>]
Sent: Tuesday, November 02, 2010 4:13 PM
To: Aaron Barr; Matthew Steckman; Eli Bingham; Katherine Crotty; Jeremy
Glesner; Dan Potocki; Michael Woolslayer; Eric Fuller; Aaron Marshall
Cc: Amanda McDonald; Bill Lantzy; Josh Gearheart; BERICOTECHNOLOGIES-
Lee_Erikson; BERICOTECHNOLOGIES-Ryan_Drzyzga; Sam Kremin; Yolanda Rivera
Collazo
Subject: [RED TEAM] - Team Themis - H&W CIRC
```

KK

All:

Please see the attached final draft document and slides (which are still missing some content) for tomorrow's brief/meeting with Hunton & Williams. If you have time, it would be a huge help to have your input/feedback to ensure we are delivering a quality product. Many thanks to everyone who has already provided a great deal of assistance. Since we have such a short turnaround time, please send any comments/edits to me NLT 2200 tonight. I will then incorporate all feedback and produce a final version prior to our meeting tomorrow.

Thanks,
Pat

--

Patrick Ryan
Deputy Director, Analysis
Berico Technologies
pryan@bericotech.com<mailto:pryan@bericotech.com>
719-433-1323 (c)
703-224-8300 (o)


--

Patrick Ryan
Deputy Director, Analysis
Berico Technologies
pryan@bericotech.com<mailto:pryan@bericotech.com>
719-433-1323 (c)
703-224-8300 (o)