**Subject:** Re: HW Meeting
**From:** Aaron Barr <aaron@hbgary.com>
**Date:** Thu, 11 Nov 2010 20:07:08 -0500
**To:** Sam Kremin <skremin@bericotechnologies.com>
**CC:** Patrick Ryan <patrick@bericotechnologies.com>

Sam,

Sorry for the delay.  Here is most of the information I have collected.

---

On Nov 10, 2010, at 5:23 PM, Sam Kremin wrote:

> Aaron,
> It was a pleasure to meet you when you were over here at Berico last week. As the HW project goes forward, Pat has asked me to get more involved. Pat talked to John today, and they set up a meeting at 11:00 on Friday at Palantir to get Richard to sign off on the project. Pat will be out of the office that day, and myself and 1 or 2 of our executives will be attending. Would you have a spare hour tomorrow, lets say 11:00, to discuss strategy for the meeting with myself and Pat over the phone? I look forward to working on this with you.
>
> Regards,
> Sam
>
> --
> Samuel Kremin
> Analyst/Consultant
> Berico Technologies
> 703.473.1493

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478

[Brett Kimberlin.rtfd.zip]

—Chamber Opposition.docx—

[Chamber Opposition.docx]

LL

f2

Re: HW Meeting

—ChangetoWin.rtfd.zip—

ChangetoWin.rtfd.zip

—CodePink.rtfd.zip—

CodePink.rtfd.zip

—StopTheUSChamberofCommerce.rtfd.zip—

StopTheUSChamberofCommerce.rtfd.zip

—USChamberWatch.rtfd.zip—

USChamberWatch.rtfd.zip

—velvetrevolution.rtfd.zip—

velvetrevolution.rtfd.zip

—Part 1.1.9—

Part 1.1.9