U.S. Chamber Watch
StopTheChamber.com

In September, 2010, two national watchdog groups, U.S. Chamber Watch and StopTheChamber.com, filed complaints with the U.S. Internal Revenue Service asking the agency to investigate the **U.S. Chamber of Commerce** for criminal fraud and money laundering. The groups allege that the Chamber illegally funneled donations from a wealthy charitable foundation into its political battles. Chamber Watch said that $12 million of an $18 million donation that the wealthy Starr Foundation gave (pdf) gave to the National Chamber Foundation, was in the form of loans that have never been repaid. Chamber Watch says the money was diverted to finance political causes, including tort reform, to shield companies like AIG from liability lawsuits. The Starr Foundation was founded by Cornelius Vander Starr, the insurance entrepreneur who also founded AIG. The Foundation's Chairman of the Board of Directors is Maurice R. Greenberg, former President and CEO of AIG. The Foundation's Director (and Treasurer) is Howard I. Smith, AIG's former Chief Financial Officer. StopTheChamber.com says it was contacted by a Chamber whistleblower who described (pdf) how Chamber CEO Tom Donohue is "scamming [business] clients to serve his own interests rather than the interests of the business community." The insider compared Donohue to Jack Abramoff and Bernie Madoff. He also alleged that Donohue does not fear the Federal Elections Commission or Congress, and has a plan set up to attack the U.S. Department of Justice if the agency ever tries to investigate him.[5]

The September charge echoed similar charges made earlier in the year, in January, 2010, that six of the largest health insurance companies in the U.S. had been secretly funneling millions of dollars to the U.S. Chamber of Commerce to oppose health reform. The total amount in this instance was estimated at between $10 million and $20 million. According to a report in the *National Journal* online, the money was used "to help underwrite tens of millions of dollars of television ads by two business coalitions set up and subsidized by the chamber."[6][7]

MM

## Opposition Groups

http://www.facebook.com/pages/US-Chamber-Watch/103788303008899?v=wall
http://www.facebook.com/uschamberwatch (admin account)
http://twitter.com/#!/uschamberwatch
http://www.youtube.com/user/USChamberWatch
http://www.fixtheuschamber.org/
URL Registrar: Michael Gehrke
Sr Project Director
Benenson Strategy Group
1610 N Kenilworth St. Arlington VA
http://www.facebook.com/mikegehrke
http://twitter.com/#!/mikegehrke
http://www.linkedin.com/pub/mike-gehrke/1/200/152
Jocelyn Marks Gehrke http://www.facebook.com/profile.php?id=835330544 (wife)
    They go to a Jewish Churchin in DC, the Temple Micah
    They have 2 kids, son and daughter look to be 7 and 4.

fixtheuschamber.org launched June 17, 2010. SEIU.org picked up the launch and did a PR piece for the release that day. States the site is an outgrowth of several months of work by many progressive advocates.

Chamber watch ws the first official New Heights Communications Client. This organizations states it overseas all strategy and communications for the organization.
http://newheightscommunications.com/us-chamber-watch-"the-new-player-on-the-scene"/

Change to Win is reported to have established USChamberWatch in May 2010. Considered their watchdog site. Change to win (CtW) is a federation of 5 unions, a non-profit organization registered under the laws of DC. Change to Win was founded by Andy Stern, former president of SEIU.
http://www.facebook.com/group.php?gid=21452107488&v=wall&viewas=0
http://www.changetowin.org/
URL Registrar: Jason Lefkowitz
http://www.linkedin.com/pub/jason-lefkowitz/0/a9/737
http://roguerepairman.com/
http://www.facebook.com/jalefkowit?ref=sgm
        Connection to Union IT professionals
1900 L Street NW Suite 900, DC
They own about 69 other domains
Jason is the Facebook admin for CtW

http://www.unionjobs.com/staff/dc/CTW-127-uscw.html - job posting for USChamberWatch position on union job post.

http://www.facebook.com/pages/Stop-The-US-Chamber-of-Commerce/163957773615369
http://www.stopthechamber.com (redirects to velvet revolution).
    Domains by proxy
http://www.velvetrevolution.us/stop%5Fchamber/
    DomainID - D6923137-US
    Godaddy.com, Inc.
        Velvet Revolution
        PO Box 9576
        Washington DC 20016
        (323) 8501231
        Administrative Contact ID: CR16010463
Other Domains on same IP: **208.109.218.125**
    Americancrossroadswatch.org
    Indictbreitbard.org
    Jtmp.org
    Kochwatch.org
    Op-critical.com
    Protectourelections.org
    Standingforvoters.org
    Velvetrevolution.us (about 1,005 US Visitors per month)
        Site Created in 2004-11-12
        Expires: 2011-11-11
        Running Microsoft-IIS/6.0
        IP Location in Scottsdale
    Represented by Kevin Zeese
    http://www.facebook.com/profile.php?id=100000110163348
    http://www.facebook.com/kevin.zeese
    http://www.facebook.com/profile.php?id=505427003
    http://www.facebook.com/profile.php?id=504221983
    (301) 996-6582

Movetoamend.org/velvet-revolution - key partner

VelvetRevolution.us ("VR") is a network of more than 120 progressive organizations reaching millions of people demanding progressive change through our VR Media, Electoral Reform, Conflict Resolution and Youth Revolution Campaigns.
http://www.facebook.com/VelvetRevolution.us
http://www.youtube.com/user/VRAdmin (admin account)
Velvet revolution founded by Brett Kimberlin and Brad Friedman. Brett has a very checkered past. He went to prison for a series of bombings in 1978. He was released in 2001. Also some drug trafficking in Texas. I believe he has changed his name to separate from his past.

Brett Coleman Kimberlin (original)
Cynthia Kimberlin-Flanders (Alias Brett C Kimberlin)
DOB: 06/15/1954
6910 Carlynn Ct.
Bethesda MD 20817
http://moritzlaw.osu.edu/electionlaw/litigation/documents/KLBNA-E5-5-27-09.pdf
****I can't find his conviction which is strange.

Brad Friedman
Bradblog.com - Brad Friedman (co-founder) has done much of the work in establishing the online presence and writing content.
http://www.bradblog.com/?p=1117
http://www.facebook.com/TheBradBlog
http://twitter.com/TheBradBlog
Bradley Louis Friedman
DOB: 07/19/1966
7107 Hillside Ave
Los Angeles, CA 90046
Desiree Deirdre Doyen (life partner)
DOB: 02/25/1966
Desi is a producer, writer, photographer and editor for The Brad Blog and co-host of the Green News Report.
http://Twitter.com/GreenNewsReport
Sister Julie Edda Friedman
Lives in Saint Louis
845 Oakbrook Ct., St. Louis MO 63132

http://www.velvetrevolution.us/acrw/signup.php
show stopthechamber.com as a partner
Tides Foundation gave 51,000.00 to VelvetRevolution in 2009.

http://www.velvetrevolution.us/acrw/signup.php
Shows stopthechamber.com as a partner
Tides Foundation gave 51,000.00 to VelvetRevolution in 2009.

Emily Levy - Project coordinator at the velvet revolution (san Francisco)
http://www.linkedin.com/pub/emily-levy/1/651/120
http://www.facebook.com/emily.levy

http://www.facebook.com/SEIU?via=sidebar

http://www.thinkprogress.org
    Created: 07-Dec-2009
    Debbie Fine
    http://www.facebook.com/debsfine
    http://www.facebook.com/erikfine - brother
    Center for American Progress Action Fund
    Washington DC

http://www.facebook.com/americanprogress

CodePink teamed with stopthechamber.org for Halloween protest.

Leaders for Change to Win.
Anna Burger - http://www.facebook.com/annaburger
Mary Kay Henry
Gerry Hudson
Eliseo Medina
Bruce Raynor
Dave Regan
Andy Stern
Tom Woodruff

http://bigjournalism.com/libertychick/2010/10/11/progressives-embrace-convicted-terrorist/

Bob Fertik - associated with democrats.com

http://dynamodata.fdncenter.org/990_pdf_archive/270/270051467/270051467_200812_990EZ.pdf
http://www.changetowin.org/about-us/leadership-and-affiliated-unions.html

Key Person to JTMF. I believe Dan is one if not the JTMF admin and manages some of the musical contacts and creative content development.
Dan Caden
813 Monroe St
Herndon, VA 20170
Likes:
    American Crossroads Watch
    Gas Drilling Awareness Coalition
    Justice Through Music
    Velvet Revolution
    Agit-Pop Communications
    Stop The US Chamber of Commerce
    No Freaking Fracking
    Arrest Don Blankenship, CEO of Massey Mines, for MURDER!
Almost everytime Dan likes something so does JTMP Justice
Friend:
    Anne Daniels - Producer/Writer/Music Coordinator/Technical Writer
    http://www.linkedin.com/profile?viewProfile=&key=90112102
    Dmitry Torgovitsky - Director/Owner of Spaghetti Films in New York.
    http://www.linkedin.com/profile?viewProfile=&key=23933615
    James Reed - Media Operaitons at Discovery Communications
    (shares Ben Wood
    Kevin Zeese - Lawyer for Unions and VR

http://www.facebook.com/profile.php?id=1417021691

http://www.facebook.com/profile.php?id=729946188
http://www.facebook.com/profile.php?id=805478795
http://www.facebook.com/davidcnswanson
http://www.facebook.com/justice.jtmp
http://www.facebook.com/terrina.aguilar
http://www.facebook.com/jadefiredance

Cath Caden
Abbie Hoffmann http://www.facebook.com/profile.php?id=100000255046545
Friends with Martin Dodge who is friends with Cath Caden (Dans Wife)
Martin Dodge
http://www.facebook.com/martin.dodgehttp://www.facebook.com/martin.dodge