# HBGary Email Viewer

## aaron@hbgary.com

0

| | |
|---|---|
| Original file: | 1297011578.M676412P25652Q894.cybercom |
| click here to show this e-mail with HTML markup ||
| From: | Sam Kremin <skremin@bericotechnologies.com> |
| To: | Aaron Barr <aaron@hbgary.com> |
| Date: | Fri, 10 Dec 2010 13:25:50 -0500 |
| Subject: | Re: Ingesting FB Friends data |
| click here to show full headers ||
| Attachments: | This e-mail does not have any attachments. |

```
Still nothing from H&W regarding either opportunity. We reached
out to them
yesterday, but have not heard anything back yet... As soon as we
have any
word, I'll let you know ASAP

To ingest spreadsheets, you need to do a front end import, which
is kind of
involved.

First, take the friends that you scraped and put them into a
spreadsheet
with a column heading of name (or something like that)
Any columns you put will be properties for the people
you are creating, so you can add whatever is part of our
ontology
Next, go to data import under the investigation menu on the
upper left part
of your screen
Next, click add file, select your spreadsheet and click next
Then, drag name from where it appears on the left onto the icon
in the
workspace
Make sure the node is a person and that the property type is
name
Check to make sure it looks right on the right
Click next and on the next screen click import
The next screens are for entity resolution so don't worry about
that now

If you have any questions, you can give me a call.
```

NN

Also, my Themis instance doesn't seem to be working, I wonder if Palantir
has blocked access to it until a deal goes through?

Sam

On Fri, Dec 10, 2010 at 12:07 PM, Aaron Barr <aaron@hbgary.com> wrote:

> How did you do it?
>
> Have you heard anything?
>
> Aaron
>
>

--
Samuel Kremin
Analyst/Consultant
Berico Technologies
703.473.1493