

POB 9576
Washington, DC 20016
info@velvetrevolution.us
December 10, 2009

Special Agent In Change
Federal Bureau of Investigation
Washington Field Office
601 4th St NW
Washington, D.C. 20535

Robert Moossy Jr
Acting Section Chief Criminal Division
Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**Re: Request for criminal investigation of death threats and use of Internet for attempted intimidation and violent threats by supporters of U.S. Chamber of Commerce and its CEO Tom Donohue, and obstruction of justice**

Dear Special Agent in Charge:

I am an attorney and spokesperson/board member for a non-profit called Velvet Revolution, which is dedicated to clean and honest government. We have assisted law enforcement in various investigations over the past several years when we discovered criminal conduct. I am writing today to request the immediate opening of a criminal investigation against the Chamber of Commerce located in Washington, D.C. its CEO Tom Donohue, and various supporters who are indirectly or directly acting on their behalf to commit crimes proscribed by federal statutes. Specifically, over the past 72 hours, these supporters have engaged in what appears to be a coordinated attack on our organization and staff through hundreds of harassing emails, many making explicit threats of violence and intimidation against our organization and its staff for seeking a DOJ investigation into criminal wrongdoing by Mr. Donohue and the Chamber. It appears that the Chamber itself is directly involved with a smear campaign against us.

Mr. Donohue has been implicated in criminal activity in several complaints filed by NGO's such as Public Citizen and Citizens for Reform and Ethics in Washington, some of which are pending before the FEC. Also, stockholders have filed complaints with the SEC against Mr. Donohue for insider trading and false reporting. State Attorneys General have accused Mr. Donohue of covering up criminal activity committed by members of the Chamber of Commerce. And attorneys in several states have filed complaints against the Chamber for violating campaign finance laws through the use of shell organizations and false reporting. Because of this pattern of criminal allegations, I wrote a letter to Attorney General Eric Holder several months ago asking that the DOJ open a RICO investigation against Mr. Donohue and the Chamber. Attached. We launched an online campaign around this request called www.stopthechamber.com, which has attracted thousands of individual sign-ons and many other organizations representing over a million members.

Last week, we placed a print ad in the *Washington DC City Paper* seeking information from whistleblowers and insiders about any criminal activity of Mr. Donohue and the Chamber. We posted a reward of $200,000 for information that leads to the arrest and conviction of Mr. Donohue. Attached. Within days of that ad appearing, our organization was inundated with

Ex OO

hundreds of direct and indirect email threats, many demanding that we back off of the our investigation, and many threatening physical harm and death against us. Several of the emails included intended threats against President Obama, Nancy Pelosi, Harry Reid, Hillary Clinton, Eric Holder and others. I have attached a zip file of all of the emails we have received so far, which includes names, addresses, headers and text. We also have all our logs captured in an Excel File and can provide those if necessary.

Here are examples of some of the more blatant threats we have received: **"Leave the Chamber of Commerce alone, this is your only warning;" "You WILL be confronted and stopped... I am quite probably a member of the fasting (sic) growing group that is your direct enemy...;" "The more torture of Islamohitlerite babykilling Fascist pigs, the better. You should be with them;" "Your (sic) all on borrowed time. The real revolution will come to those soon;" "You peices (sic) of shit should all be fucking burned at the stake;" "Be careful what you ask for..;""Bounty on your head. Beware;" "I dont make threats. Only promises. You better back the hell off;" "I will inform friends and family of your thoughts and movements;"  "Keep this $200,000 'tip' business going for the CEO of the Chamber and you will find yourself as the target.... You will only receive a limited number of warning --- this may be the only one --- before your punishment is delivered."**

We have also been advised by at least one reporter that the public affairs officer at the Chamber has been trying to peddle a smear campaign against an associate of our organization. Attached.

We ask that the FBI conduct an investigation into these threats and intimidation tactics, including whether Mr. Donohue and the Chamber coordinated them. We ask that the FBI prosecute those who conspired to commit these criminal acts and those who sent the actual threatening emails. We ask you to determine if in fact the Chamber is orchestrating a smear campaign against our organization in order to stop us from continuing our campaign to root out criminal activity. We ask you to determine whether the Chamber is engaging in obstruction of justice and intimidation of witnesses by targeting our organization and its staff after we asked the Department of Justice to investigate its activities.

Threats of violence are abhorrent and cannot be tolerated. Our organization is a grassroots non-profit dedicated to clean, honest and transparent government. We have been exposing wrongdoing for more than five years against those at the highest levels of Government yet we have never been attacked and threatened with death until we launched our campaign against the Chamber. Clearly, the Chamber, and those closely allied with it, believe that they are above the law and can use thuggish and criminal tactics to scare us away from our legally protected activities. We see these tactics as more evidence that the Chamber is currently engaged in a pattern of criminal activity that must be investigated under the racketeering statutes.

We offer our complete cooperation in your investigation and will maintain originals of all present and future threats and electronic tracking logs. We urge you to act quickly in order to ensure that these threats of violence do not result in actual injury.

Sincerely,

*[signature]*

Kevin Zeese
Attorney at Law
301-996-6582