

POB 9576
Washington, DC 20016
info@velvetrevolution.us
October 17, 2010

Special Agent In Change  
Federal Bureau of Investigation  
Washington Field Office  
601 4th St NW  
Washington, D.C. 20535  

Robert Moossy Jr  
Acting Section Chief Criminal Division  
Department of Justice  
950 Pennsylvania Ave, NW  
Washington, DC 20530  

**Re: Third request for criminal investigation of threats, harassment, and use of Internet for attempted intimidation and incitement of violent threats by supporters of U.S. Chamber of Commerce and its CEO Tom Donohue, and obstruction of justice**

Dear Special Agent in Charge:

I am an attorney and spokesperson/board member for a national non-profit called Velvet Revolution, which is dedicated to clean and honest government. We launched a campaign sixteen months ago called www.StopTheChamber.com to expose criminality on the part of the US Chamber of Commerce. This is my third letter to the FBI over the past ten months requesting a criminal investigation of the US Chamber of Commerce and its CEO Tom Donohue for various criminal activities. We have assisted law enforcement in various investigations over the past several years when we discovered criminal conduct. I am writing today to again request an immediate criminal investigation in light of more recent threats, bullying and obstruction of justice by Chamber employees, lawyers and various supporters who are indirectly or directly acting on their behalf to commit crimes proscribed by federal statutes.

Specifically, over the past two weeks, these Chamber staff and supporters have escalated what appears to be a coordinated attack on our organization and staff through harassing emails and online posts making false accusations, many including explicit threats of violence and intimidation against our organization and its staff for seeking a DOJ investigation into criminal wrongdoing by Mr. Donohue and the Chamber. The Chamber itself is directly involved with this smear campaign against us through its press spokesman who is feeding well-known conservative media with opposition research paid for by the Chamber. The Chamber's high powered lawyers have also recently written at least three letters to various members of the media demanding that they not publish information about the Chamber's illegal activities, and defaming our organization and its staff. One letter was written to our public relations agent, Ilene Proctor. One was written to PR Newswire, and the third was written to the editor of Huffington Post. PR Newswire felt so threatened that it pulled a press release we had sent regarding the Chamber.

Although we have been working for over a year to expose the Chamber's criminal activity, it was not until the past few weeks that those activities have received the type of scrutiny they deserve. Senators, Members of Congress, and even the President have called for IRS, DOJ and FEC investigations into the Chamber's receipt of foreign money and secret accounting practices. Various NGOs, including ours, have provided evidence to law enforcement authorities about

Ex QQ

alleged tax violations, financial improprieties, excessive compensation, and campaign finance misdeeds. A Chamber whistleblower provided us with a roadmap of the Chamber's improprieties, which we turned over to the FBI. In the past, Mr. Donohue has been implicated in criminal activity through several complaints filed by NGO's such as Public Citizen and Citizens for Reform and Ethics in Washington, some before the FEC. Also, stockholders have filed complaints with the SEC against Mr. Donohue for insider trading and false reporting. State Attorneys General have accused Mr. Donohue of covering up criminal activity committed by members of the Chamber of Commerce. And attorneys in several states have filed complaints against the Chamber for violating campaign finance laws through the use of shell organizations and false reporting. The national press has begun reporting these allegations with regularity.

Here are examples of some of the more blatant threats we have received this year:

- **"Leave the Chamber of Commerce alone, this is your only warning;"**
- **"You WILL be confronted and stopped... I am quite probably a member of the fasting (sic) growing group that is your direct enemy...;"**
- **"The more torture of Islamohitlerite babykilling Fascist pigs, the better. You should be with them;"**
- **"Your (sic) all on borrowed time. The real revolution will come to those soon;"**
- **"You peices (sic) of shit should all be fucking burned at the stake;"**
- **"Be careful what you ask for..;"**
- **"Bounty on your head. Beware;"**
- **"I dont make threats. Only promises. You better back the hell off;"**
- **"I will inform friends and family of your thoughts and movements;"**
- **"Keep this $200,000 'tip' business going for the CEO of the Chamber and you will find yourself as the target.... You will only receive a limited number of warning --- this may be the only one --- before your punishment is delivered."**
- **"Please let the world know who is behind this bounty offer so that they can be 'recognized' for their decision."**
- **"Try yourselves for treason againsst [sic] the U.S. and then we can hang you for your crimes against this country."**

Attached find an article about even more of these threats. Recent online posts have falsely accused VR associates of murder, pedophilia, terrorism, and financial scams, and have warned ominously that they "can run but can't hide." These posts are intended to incite crackpots like those who have written the above emails to commit violent action against our organization and staff. We have met with local law enforcement officials and reported these threats.

We ask that the FBI conduct an investigation into these threats and intimidation tactics, including Mr. Donohue and the Chamber's ties to them. We ask that the FBI prosecute those who conspired to commit these criminal acts and those who sent the actual threatening emails. We ask you to determine if in fact the Chamber is orchestrating a smear campaign against our organization in order to stop us from continuing our campaign to root out criminal activity. We ask you to determine whether the Chamber is engaging in obstruction of justice and intimidation of witnesses by targeting our organization and its staff after we asked the Department of Justice to investigate its activities.

Threats of violence are abhorrent and cannot be tolerated. Our organization is a grassroots non-profit dedicated to clean, honest and transparent government. We have been exposing

wrongdoing for six years against those at the highest levels of Government yet we have never been attacked and threatened with death until we launched our campaign against the Chamber. Clearly, the Chamber, and those closely allied with it, believe that they are above the law and can use thuggish and criminal tactics to frighten us away from our legally protected activities. We see these tactics as more evidence that the Chamber is currently engaged in a pattern of criminal activity that must be investigated under the racketeering statutes. Clearly, the Chamber does not want scrutiny of its activities and will engage in smears, threats and criminal behavior to stop such scrutiny.

We offer our complete cooperation in your investigation and will maintain originals of all present and future threats and electronic tracking logs. We urge you to act quickly in order to ensure that these threats of violence do not result in actual injury.

Sincerely,

Kevin Zeese
Attorney at Law
301-996-6582

The Huffington Post October 17, 2010

# HuffPost Social News BETA

http://www.huffingtonpost.com/brad-friedman/fox-news-fans-flood-anti_b_389276.html?view=print



## Brad Friedman
Investigative journalist and broadcaster
Posted: December 14, 2009 03:18 PM
BIO Become a Fan
Get Email Alerts Bloggers' Index

# Fox 'News' Fans Flood Anti-U.S. Chamber Campaign With Death Threats, Racial Attacks

Those "conservative" Fox "News" fans sure do use a lot of F-words in their death threats.



We're used to various death threats by now, of course, even from Drudge's poodle, Andy "Big Government" Breitbart, but those socially "conservative", American "values"-lovin', Fox "News" viewers have really outdone themselves this time.

On Monday night, FoxNews.com featured a story on the latest announcement from VR's StopTheChamber.com campaign, concerning the offer of a $200,000 reward for insider information leading to the arrest and conviction of Tom Donohue, the CEO of the right-wing corporatist lobbying group, the U.S. Chamber of Commerce. [*Disclosure: The BRAD BLOG is a co-founder of VelvetRevolution.us*]

Apart from his work at the Chamber, Donohue has run a number of major corporations into the ground, as his tenure as CEO at each was generally plagued by improprieties, plunging stock values (coupled with soaring executive pay), scandal, various forms of illegal behavior and SEC investigations. He was found by the FEC to have made millions of dollars in illegal corporate campaign contributions in 2004 and is now facing a criminal investigation by the DoJ about that, even while he runs the U.S. Chamber of Commerce, in many ways, as nothing short of a criminal racket.

Unlike many similar campaigns VR has run in the past, offering such rewards for whistleblower information about wrong-doers over the years, this one caught the attention of the folks at Fox for some reason, and they decided to splash it on the front page of their website this week with a bold graphic shouting: "**HUNTED BY THE LEFT: Bounty Put on Head of Chamber Boss**". For good measure, in the story itself, they used the word "Liberal" a total of four times before they even finished the second graf. (An email to the story's author, Judson Berger, explaining that VR is a non-partisan group and works with folks of many different political bents, including Republicans, led them to change their headline from the wholly misleading "Liberal Group Puts Bounty on Head of Chamber of Commerce CEO" to the slightly-less misleading "*Activist* Group Puts Bounty on Head..." etc.)

Anyway, while there is no bounty on anybody's "head", and no one is being "HUNTED", the StopTheChamber.com campaign *does* feature a reward for information leading to Donohue's arrest and conviction. Roll Call also covered [$-only] VR's announcement on Monday, though much more responsibly (in a far less inflammatory way) than Fox did. But this story is not about that, it's about the unbelievable amount of email that was sent from, presumably, those "socially conservative" Fox "News" fans in which a good 98% of those notes contained one or more of the following:

- Threats of death or violence;
- The F-Word (or similar);
- Accusations of Nazism and/or Communism (never mind that it's difficult to be both) or Marxism or Socialism;
- Racist slurs against Obama;

- Accusations that VR is working with or for the White House or the Democrats (which is somewhat amusing if you know anything about VR).

And, of course, many of them offer the cruelest cut of them all, they wish VR a "Merry Christmas". Ouch, that one hurts!

So here are just a few samples from some of those friendly emails from those good "conservatives" of Fox "News" willing to send out death threats, we'll guess, in support of the millionaire corporate lobbyists and billionaire corporations of the U.S. Chamber who've spent more money buying Congressmembers than anybody else in the country. These, apparently, are the Fox "News" "conservatives" -- Glenn Beck and Bill O'Reilly's "patriots" and Sean Hannity's "great Americans" -- as almost *all* of them came in at the same time that Fox's story on VR's reward offer was posted on the front page of FoxNews.com.

Out of an abundance of generosity, we're not posting the emailers names here (each bullet-point quote below comes from a different note) but the ones which include threats of violence have been given to the FBI [PDF] in D.C., along with a request for an investigation to find out if the Chamber itself might be behind the hit campaign.

Many of these are **not safe for work**, so watch your back at the office...

*  *  *

- "Leave the US Chamber of Commerce alone. This is the only warning you will receive."
- "You WILL be confronted and stopped ... I am quite probably a member of the fasting [sic] growing group that is your direct enemy..."
- "Your [sic] all on borrowed time. The real revolution will come to those soon"
- "You peices [sic] of shit should all be fucking burned at the stake"
- "I dont make threats. Only promises. You better back the hell off"
- "interesting site but this will be no velvet revolution people. Quite the contraire [sic] as you give the moniker a bad name. ... Now, if you want a revolution which it sounds as though you do, it most certainly wont be velvet."
- "Be careful what you ask for..."
- "Keep this $200,000 'tip' business going for the CEO of the Chamber and you will find yourself as the target.... You will only receive a limited number of warning --- this may be the only one --- before your punishment is delivered."
- "Bounty on your head. Beware"
- "All I can say is 'Go Fuck your Mother'....What a pathetic left wing org this is......run by...wait for it.......Mother Fuckers......."
- "FUCK YOU COMMUNIST MOTHERFUCKERS!!!!! GET READY. CIVIL WAR II IS COMING, AND IT WILL BE THE RIGHT VS. THE LEFT THIS TIME. THE RIGHT WILL WIN. FUCK YOU ASSHOLES!!!!!!!!!"
- "your low life president Barry Boy along with Reid and Pelosi should all be arrested and tried for treason."
- "Please let the world know who is behind this bounty offer so that they can be 'recognized' for their decision."
- "I will inform friends and family of your thoughts and movements"
- "Your group is a fascist front group. Why don't you and your band of traitors come to Texas and hold a big protest. We will 'welcome' you here."

- "Try yourselves for treason againsst [sic] the U.S. and then we can hang you for your crimes against this country."
- "Here is a tip -- eat shit you fucking liberal pussy faggots. if you nigger loving hippies ever succeed in anything to ruin this country, you will find me banging down your door to take it back. i cannot believe how far this country has fallen when fucks like you are allowed to roam free - go back to your ghettos and hide behind the food stamp, hand out line with all your other crack whore mothers"
- "If you haven't already figured this out, you work for a very corrupt organization that is sponsored by the anti-Christ--even Satan himself."
- (Subject: "Ingorance?" [sic]): "What is wrong with you slimy idiots? Just because someone or some group has more brains that [sic] your half white, half black, half assed, 100% bull shit leader you have to try and slander them? Must be part of the ACORN (A Conglomeration Of Racial Nuts (or whatever starts with N)."
- "your boys numbers are plummeting ... your boy goes even more lame than he will be after he doesn't get healthcare, and gets destroyed in 2012."
- "I am joining the Chamber just because of asshats like y'all and that Big-Eared Boy from Chicago. ... A Proud Texan"
- "bend over and spread em and I'll give you more than the tip"
- "I think he gave your mama a big tip up her ass, and the piece of shit that fell out was you!"
- "FUCKING LOSERS!"
- "Douche Canoes! YOU SUCK! You liberal fucken [sic] asswipes."
- FUCK YOU DOUCHE BAGS
- "2 cents for the arrest and indictment of NAZI traitors who belong to this Leftard Fascist ANTI-AMERICAN bunch of pissant girlieboys. How's Hitler...you should know. You and your Islamic Nazi allies."
- "Where is your next get together in Miami, Fl...I'd like to go down to the rally and kick all your ass' for being a bunch of piece of crap communist !!! Let me know... You bunch of pigs"
- "Fuck off and die you leftist pricks. America is not a socialist country and never will be if I have to kick every one of your body odor smelling asses out of my country. So again FUCK OFF!!!!"
- "Any truth to the rumors that Obama likes men? Or, that he's a closet Muslim?"
- "Send Velvet Revolution NAZIs to Gitmo they should endure a dose of the so-called 'torture' they're crying like the queer girlieboys that they really are. ... The more torture of Islamohitlerite babykilling Fascist pigs, the better. You should be with them."
- May the islamic terrorists if they strike the U.S. again, aim at the White House West Wing and residence, the Congressional Office Buildings and Democratic lobbyists on K st. Maybe then we can get a government of the people.

And no, that's not all of them. Just a sampling from the good "conservatives" in America who watch Fox "News" and read their website "religiously".

If you'd like to "push back" against the thuggery, you can sign on in support of VR's "Stop The Chamber" campaign here.
*Cross-posted at The BRAD BLOG...*