BETWEEN

BERICO TECHNOLOGIES, LLC

AND

HBGary Federal LLC

This Agreement is entered into by and between Berico Technologies (hereinafter referred to as "Berico" or "Prime Contractor") a Virginia limited liability company having a place of business at 1501 Lee Highway, Suite 303, Arlington, VA 22209 and HBGary Federal, a Limited Liability Company, (hereinafter referred to as "HBGary Federal" or "Subcontractor") having a place of business at 103 South Wasatch Ave, Lower Level, Suite A, Colorado Springs, CO 80903.

WHEREAS the Prime intends to submit a proposal to Hunton & Williams (herein referred to as "Customer") in response to their request for assistance within the realm of legal discovery to provide certain software platforms and maintenance and systems integrators and analysts in order to better conduct cyber investigations and Corporate Campaign Analysis (herein referred to as the "Program")

IN WITNESS WHEREOF the Parties have caused this Agreement to be executed in duplicate originals by their duly authorized representatives as of the dates set forth below. This Agreement shall be effective as of the last date of signature.

Berico Technologies, LLC

By _____

Name: Nicholas Hallam

Title: Chief Operating Officer

Date: 11/16/2010

HBGary Federal LLC

By _____

Name: Aaron Barr

Title: CEO

Date: 11/16/10

Ex RR

BETWEEN

BERICO TECHNOLOGIES, LLC

AND

Palantir Technologies Inc.

This Agreement is entered into by and between Berico Technologies (hereinafter referred to as "Berico" or "Prime Contractor"), a Virginia limited liability company having a place of business at 1501 Lee Highway, Suite 303, Arlington, VA 22209 and Palantir Technologies Inc., a Delaware corporation (hereinafter referred to as "Palantir" or "Subcontractor") having a place of business at 100 Hamilton Ave, Suite 300, Palo Alto, CA 94301.

WHEREAS, the Prime Contractor intends to submit a proposal to Hunton & Williams LLP (herein referred to as "Customer") in response to their request for assistance within the realm of legal discovery to provide certain software platforms and maintenance and systems integrators and analysts in order to better conduct cyber investigations and corporate campaign analysis (herein referred to as the "Program").

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in duplicate originals by their duly authorized representatives as of the dates set forth below. This Agreement shall be effective as of the last date of signature.

Berico Technologies, LLC

By _____

Name: Nicholas Hallam

Title: Chief Operating Officer

Date: _____

Palantir Technologies Inc.

By _____

Name: Matt Long

Title: General Counsel

Date: November 22, 2010