

Hogewash! is a trademark of W. J. J. Hoge
www.hogewash.com
Snail Mail to 20 Ridge Road, Westminster, Maryland  21157
Email to himself@wjjhoge.com
(410) 596-2854

7 April, 2015

George J. Hazel, U. S. District Judge
U. S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland  20770

RE: *Hunton & Williams LLC, et al.*, Case No. 15-CV-00723-GJH

Dear Judge Hazel:

On 18 March, 2015, I submitted a Motion to Dismiss the above referenced action with respect to me for lack of subject matter jurisdiction. Plaintiff has failed to file a timely opposition to my motion.

A Proposed Order is attached.

I thank the Court for its consideration.

Very truly yours,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland  21157
(410) 596-2854
himself@wjjhoge.com

Attachment: Proposed Order

### CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2015, I served a copy of this letter and attachment on Brett Kimberlin by First Class U. S. Mail.

William John Joseph Hoge