Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLC, *et al.*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

PROPOSED ORDER

In consideration of Defendant William Hoge's unopposed Motion to Dismiss (ECF No. 2) this _____ day of _____, 2015, it is hereby ORDERED that the above captioned action is dismissed with prejudice with respect to Defendant William Hoge.

_____
George J. Hazel,
United States District Judge