**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **BRETT KIMBERLIN,** | * |
| Plaintiff, | * |
| v. | Case No.: GJH-15-723 |
| | * |
| **HUNTON & WILLIAMS, LLP, ET AL.,** | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Plaintiff Brett Kimberling ("Plaintiff") filed the Complaint in the above-captioned case with the full filing fee. Plaintiff therefore bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then by serving a copy of the summons and Complaint on Defendants. Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants. Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the office of the State Department of Assessments and Taxation at http://www.dat.state.md.us/sdatweb/charter.html#other or (410) 767-1330 to obtain the name and service address for the resident agents of Defendants as may be appropriate.

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

If there is no record that service was affected on Defendants, Plaintiff risks dismissal of this case. Fed. R. Civ. P. 4(m) and Local Rule 103.8(a) provide that if a party demanding affirmative relief has not effected service of process within 120 days of filing the Complaint, the Court may enter an Order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this  3rd  day of April, 2015, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk **TAKE ALL NECESSARY STEPS** to prepare and issue summons and to return summons to Plaintiff. If service copies of the Complaint were provided, the Clerk **SHALL RETURN** them to the Plaintiff; and

2. The Clerk **SHALL SEND** a copy of this Order to Plaintiff.

Dated: April 10, 2015                                      /S/
                                                George J. Hazel
                                                United States District Judge