UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin, )
)
)
Plaintiff, )
)
vs. ) Case No. 8:15-cv-00723-GJH
)
Hunton & Williams LLP, et al., )
)
Defendants. )
)

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Craig D. Singer, esq. as counsel for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods in the above-captioned matter. I certify that I am admitted to practice in this Court and have complied with Local Rule 101(1)(d).

Dated: May 5, 2015

Respectfully submitted,

_____
Craig D. Singer
Bar No. 12806
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5964
Facsimile: (202) 434-5029
E-Mail: csinger@wc.com

*Attorney for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2015, a copy of the foregoing Notice of Appearance was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by Federal Express to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

Craig D. Singer (Bar No. 12806)