Brett Kimberlin,

        Plaintiff,

vs.

Hunton & Williams LLP, et al.,

        Defendants.

Case No. 8:15-cv-00723-GJH

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods (collectively the "Hunton Defendants"), agreed to waive service of process. Currently, Hunton Defendants' response to Plaintiff Brett Kimberlin's Complaint is due on May 15, 2015. There are, however, other defendants named in the Complaint who have yet to be served. Plaintiff and Hunton Defendants have conferred and agree that it would be optimal for all of the defendants to have a common response date and for Plaintiff, in turn, to have a common date for responding to any motions to dismiss. Plaintiff has agreed to consent to an extension of the deadline to file a motion to dismiss until September 4, 2015, in the hopes that, once the other defendants are served, the parties can reach agreement on common response dates. In addition, Hunton Defendants have agreed that Plaintiff may have until October 15, 2015 to respond to their anticipated motion to dismiss.

Hunton Defendants therefore request that the Court grant an extension until September 4, 2015 for them to respond to the Complaint, and an extension until October 15, 2015 for Plaintiff to respond to Hunton Defendants' anticipated motion to dismiss.

Dated: May 5, 2015

Respectfully submitted,

*[signature]*

Craig D. Singer
Bar No. 12806
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5964
Facsimile: (202) 434-5029
E-Mail: csinger@wc.com

*Attorney for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2015, a copy of the foregoing Consent Motion for Extension of Time to File Responsive Pleading was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by Federal Express to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

_____
Craig D. Singer (Bar No. 12806)