UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 8:15-cv-00723-GJH |
| Hunton & Williams LLP, et al., | ) |
|       Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the deadline for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods (collectively the "Hunton Defendants") to file a responsive pleading is extended to September 4, 2015; and it is

FURTHER ORDERED that the deadline for Plaintiff to respond to the Hunton Defendants' motion to dismiss is extended to October 15, 2015.

_____
George J. Hazel,
United States District Judge

Dated: _____

[Stamp: GREENBELT-NIGHT BOX 2015 MAY -5 PM 6:11 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND]