UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin,                        )
                                        )
            Plaintiff,                  )
                                        )
     vs.                                )  Case No. 8:15-cv-00723-GJH
                                        )
Hunton & Williams LLP, et al.,          )
                                        )
            Defendants.                 )
                                        )

Order

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the deadline for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods (collectively the "Hunton Defendants") to file a responsive pleading is extended to September 4, 2015; and it is

FURTHER ORDERED that the deadline for Plaintiff to respond to the Hunton Defendants' motion to dismiss is extended to October 15, 2015.

/S/
_____
George J. Hazel,
United States District Judge

Dated: May 12, 2015