IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Brett Kimberlin**

Plaintiff(s)

v.

**Hunton & Williams LLP, et al.**

Defendant(s)

Case No.: 8:15-cv-00723-GJH

\* \* \* \* \* \*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Palantir Technologies Inc.

I certify that I am admitted to practice in this court.

**May 20, 2015**
Date

/s/ Jonathan Su
Signature of Counsel

**Jonathan Su**     **16965**
Print Name     Bar Number

**Latham & Watkins LLP**
Firm Name

555 Eleventh Street NW, Suite 1000
Address

**Washington, DC 20004**
City, State Zip Code

**202-637-2200**
Phone No.

**202-637-2201**
Fax No.

**jonathan.su@lw.com**
Email Address

U.S. District Court (7/2013) Entry of Appearance