IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin  
_____  
Plaintiff(s)

v.

Hunton & Williams LLP, et al.  
_____  
Defendant(s)

\*
\*
\*
\*

Case No.: 8:15-cv-00723-GJH

\*\*\*\*\*\*

MOTION FOR ADMISSION *PRO HAC VICE*

I, Jonathan Su, am a member in good standing of the bar of this Court. My bar number is 16965. I am moving the admission of Allen M. Gardner _____ to appear *pro hac vice* in this case as counsel for Defendant Palantir Technologies Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia - 12/1/1997 | See attached |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | |
| Signature | Signature |
| **Jonathan Su** | **Allen M. Gardner** |
| Printed Name | Printed Name |
| **Latham & Watkins LLP** | **Latham & Watkins LLP** |
| Firm | Firm |
| **555 Eleventh Street NW, Suite 1000** | **555 Eleventh Street NW, Suite 1000** |
| Address | Address |
| **Washington, DC 20004** | **Washington, DC 20004** |
| City, State, Zip Code | City, State, Zip Code |
| **202-637-2200** | **202-637-2200** |
| Telephone Number | Telephone Number |
| **202-637-2201** | **202-637-2201** |
| Fax Number | Fax Number |
| **jonathan.su@lw.com** | **allen.gardner@lw.com** |
| Email Address | Email Address |

Case No. 8:15-cv-00723-GJH

# MOTION FOR ADMISSION *PRO HAC VICE* OF ALLEN M. GARDNER

**U.S. Court & Date of Admission**

U.S. Court of Appeals for the 8th Circuit – 12/12/2001

U.S. Court of Appeals for the 4th Circuit – 10/02/2006

U.S. District Court for the District of Columbia – 2/1/1999

U.S. District Court for the Northern District of West Virginia – 8/9/2005