IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin       *

Plaintiff(s)

v.                    *   Case No.: 8:15-cv-00723-GJH

Hunton & Williams LLP, et al.

Defendant(s)    *

\*\*\*\*\*\*

ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin.

I certify that I am admitted to practice in this court.

May 20, 2015
Date

/s/ Jonathan Su
Signature of Counsel

Jonathan Su       16965
Print Name        Bar Number

Latham & Watkins LLP
Firm Name

555 Eleventh Street NW, Suite 1000
Address

Washington, DC 20004
City, State Zip Code

202-637-2200
Phone No.

202-637-2201
Fax No.

jonathan.su@lw.com
Email Address