## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Brett Kimberlin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 8:15-cv-00723-GJH |
| | ) | |
| Hunton & Williams LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of John J. Buckley, Jr., esq. as counsel for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods in the above-captioned matter.  I certify that I am admitted to practice in this Court and have complied with Local Rule 101(1)(d).

Dated:  May 20, 2015

Respectfully submitted,

/s/
John J. Buckley, Jr.
Bar No. 06249
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
E-Mail: jbuckley@wc.com

*Attorney for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of May, 2015, a copy of the foregoing Notice

of Appearance was filed electronically with the Court's electronic filing system, which provided

electronic notice to all counsel of record in this matter.  In addition, a copy of the foregoing

motion was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and by Federal

Express at 8100 Beech Tree Road, Bethesda, MD 20817.


 /s/ 
John J. Buckley, Jr. (Bar No. 06249)