**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|   |   |
|---|---|
| Brett Kimberlin, ) ) ) Plaintiff, ) ) v. ) ) Hunton & Williams LLP, et al., ) ) Defendants. ) ) | Case No. 8:15-cv-00723-GJH |

**CONSENT MOTION FOR**

**EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendants Palantir Technologies, Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin (collectively the "Palantir Defendants"), conferred with Plaintiff Brett Kimberlin and agreed to waive service of process. Plaintiff and Palantir Defendants also agreed that it would be optimal for the Palantir Defendants and Plaintiff to have the same motion to dismiss briefing schedule already entered by the Court for the Hunton Defendants on May 12, 2015 (ECF No. 8).

Palantir Defendants therefore request that the Court grant an extension until September 4, 2015 for them to respond to the Complaint, and an extension until October 15, 2015 for Plaintiff to respond to Palantir Defendants' anticipated motion to dismiss. Plaintiff consents to this requested extension.

Dated: May 21, 2015

Respectfully submitted,
LATHAM & WATKINS LLP

/s/ Jonathan Su

Jonathan Su (Bar No. 16965)
E-Mail: jonathan.su@lw.com
Allen M. Gardner (*pro hac vice*)
Bar No. 456723 (DC)
E-Mail: allen.gardner@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Attorney for Defendants Palantir Technologies, Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2015, a copy of the foregoing consent Motion for Extension of Time to File responsive Pleading was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by Federal Express to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

/s/ Jonathan Su
Jonathan Su (Bar No. 16965)