UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin,<br><br>   Plaintiff,<br><br> v.<br><br>Hunton & Williams LLP, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 8:15-cv-00723-GJH<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the deadline for Palantir Technologies, Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin (collectively the "Palantir Defendants") to file a responsive pleading is extended to September 4, 2015; and it is

FURTHER ORDERED that the deadline for Plaintiff to respond to the Palantir Defendants' motion to dismiss is extended to October 15, 2015.

/s/
George J. Hazel,
United States District Judge

Dated: May 26, 2015