**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Brett Kimberlin | Case No. 8:15-cv-00723-GJH |
| v. | |
| Hunton & Williams LLP, *et al.*, | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AN ALL PARTIES OF RECORD:

Please enter the appearance of Attison L. Barnes, III, esq. as counsel for Defendants Berico Technologies and Nicholas Hallam in the above-captioned matter. I certify that I am admitted to practice in this Court and have complied with Local Rule 101(1)(d).

Dated: May 29, 2015

Respectfully submitted,

By: /s/ Attison L. Barnes, III
Attison L. Barnes, III (Bar No. 15198)
Jennifer S. Zucker (*pro hac vice pending*)
Mark B. Sweet (*pro hac vice pending*)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Attorneys for Defendants Berico Technologies and Nicholas Hallam*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2015 a copy of the foregoing was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by overnight mail to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

/s/ Attison L. Barnes, III
Attison L. Barnes, III