# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | Case No. 8:15-cv-00723-GJH |
| v. | |
| Hunton & Williams LLP, *et al.*, | |

## CONSENT MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants Berico Technologies and Nicholas Hallam (collectively the "Berico Defendants"), by counsel, hereby request an extension of time to respond to the Complaint. Plaintiff Brett Kimberlin consents to this extension.

Counsel for the Berico Defendants has conferred with Plaintiff, and the parties agreed that it would be optimal for the Berico Defendants and Plaintiff to have the same briefing schedule already entered by the Court for the Hunton Defendants and Palantir Defendants. *See* ECF No. 8 (May 12, 2015); ECF No. 19 (May 26, 2015). The Berico Defendants therefore request that the Court grant an extension until September 4, 2015 for them to respond to the Complaint, and an extension until October 15, 2015 for Plaintiff to respond to the Berico Defendants' anticipated motion to dismiss.

Dated: May 29, 2015                    Respectfully submitted,


                                       By: /s/ Attison L. Barnes, III
                                           Attison L. Barnes, III (Bar No. 15198)
                                           Jennifer S. Zucker (*pro hac vice pending*)
                                           Mark B. Sweet (*pro hac vice pending*)
                                           Wiley Rein LLP
                                           1776 K Street NW
                                           Washington, DC 20006
                                           Tel: (202) 719-7000
                                           Fax: (202) 719-7049
                                           abarnes@wileyrein.com

                                       *Attorneys for Defendants Berico Technologies and Nicholas Hallam*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2015 a copy of the foregoing was served via ECF on all counsel of record and emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by overnight mail to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

                                            /s/   Attison L. Barnes, III
                                            Attison L. Barnes, III