**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Brett Kimberlin | Case No. 8:15-cv-00723-GJH |
| v. | |
| Hunton & Williams LLP, *et al.*, | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Attison L. Barnes, III, am a member in good standing of the bar of this Court. My bar number is 15198. I am moving the admission of Jennifer S. Zucker to appear *pro hac vice* in this case as counsel for Defendants Berico Technologies and Nicholas Hallam.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia Bar<br>February 6, 1998 | U.S. Court of Federal Claims<br>September 25, 2006 |
| New York Bar<br>January 19, 1996 | U.S. Supreme Court<br>February 24, 2014 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate

Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.     **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9.     We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Attison L. Barnes, III | /s/ Jennifer S. Zucker<br>(signed by Attison L. Barnes, III with permission of Jennifer S. Zucker) |
| Signature | Signature |
| Attison L. Barnes, III | Jennifer S. Zucker |
| Printed Name | Printed Name |
| Wiley Rein LLP | Wiley Rein LLP |
| Firm | Firm |
| 1776 K Street NW | 1776 K Street NW |
| Address | Address |
| Washington, D.C. 20006 | Washington, D.C. 20006 |
| City, State, Zip Code | City, State, Zip Code |
| (202) 719-7000 | (202) 719-7000 |
| Telephone Number | Telephone Number |
| (202) 719-7049 | (202) 719-7049 |
| Fax Number | Fax Number |
| abarnes@wileyrein.com | jzucker@wileyrein.com |
| Email Address | Email Address |