IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Brett Kimberlin**            *

Plaintiff(s)

v.            *   Case No.: 8:15-cv-00723-GJH

Pacific Northwest National Laboratory, et al.

Defendant(s)   *

\*\*\*\*\*\*

ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Pacific Northwest Nat'l Lab:

I certify that I am admitted to practice in this court.

**May 29, 2015**

Date

/s/ Lisa B. Zycherman

Signature of Counsel

Lisa B. Zycherman            **16969**

Print Name            Bar Number

Davis Wright Tremaine LLP

Firm Name

1919 Pennsylvania Ave. NW, Ste. 800

Address

**Washington, DC 20006**

City, State Zip Code

**202-973-4200**

Phone No.

**202-973-4499**

Fax No.

**lisazycherman@dwt.com**

Email Address

U.S. District Court (7/2013) Entry of Appearance