IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:15-cv-00723-GJH |
| | ) |
| Hunton & Williams LLP, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant Pacific Northwest National Laboratory ("PNNL")[1] conferred with Plaintiff Brett Kimberlin and agreed to waive service of Process. Plaintiff and PNNL also agreed that it would be optimal for PNNL and Plaintiff to have the same motion to dismiss briefing schedule already entered by the Court for the Hunton Defendants on May 12, 2015. (Doc. 8).

Defendant PNNL therefore requests that the Court grant an extension until September 4, 2015 for it to respond to the Complaint, and an extension until October 15, 2015 for Plaintiff to respond to Defendant PNNL's anticipated motion to dismiss. Plaintiff consents to this requested extension.

Dated: May 29, 2015

Respectfully submitted,

/s/ Lisa B. Zycherman
Lisa B. Zycherman (Bar No. 16969)
lisazycherman@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Ste. 800
Washington, DC  20006
202-973-4200
Fax: 202-973-4499

---

[1] Defendant Pacific Northwest National Laboratory is wholly-owned and operated by Battelle Memorial Institute.

1

Mark N. Bartlett (*pro hac vice motion pending*)
markbartlett@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Ste. 2200
Seattle, Washington 98101
206-757-8298
Fax: 206-757-7700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2015, a copy of the foregoing consent Motion for Extension of Time to File Responsive Pleading was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and sent by Federal Express to Plaintiff at 8100 Beech Tree Road, Bethesda, MD 20817.

                                                              /s/ Lisa B. Zycherman
                                         Lisa B. Zycherman (Bar No. 16969)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Brett Kimberlin, )
 )
        Plaintiff, )
  v. ) Case No. 8:15-cv-00723-GJH
 )
Hunton & Williams LLP, et al., )
 )
        Defendants. )
 )

## [PROPOSED] ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the deadline for Defendant Pacific Northwest National Laboratory to file a responsive pleading is extended to September 4, 2015; and it is

FURTHER ORDERED that the deadline for Plaintiff to respond to Defendant Pacific Northwest National Laboratory's motion to dismiss is extended to October 15, 2015.

 

_____
United States District Judge

Dated: _____