**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Brett Kimberlin,               )<br>                                       )<br>            Plaintiff,         )<br>    v.                             )<br>                                       )<br>Hunton & Williams LLP, et al., )<br>                                       )<br>            Defendants.    )<br>                                       ) | Case No. 8:15-cv-00723-GJH |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the deadline for Defendant Pacific Northwest National Laboratory to file a responsive pleading is extended to September 4, 2015; and it is

FURTHER ORDERED that the deadline for Plaintiff to respond to Defendant Pacific Northwest National Laboratory's motion to dismiss is extended to October 15, 2015.

/S/

United States District Judge
GEORGE JARROD HAZEL

Dated: June 1, 2015