# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | Case No. 8:15-cv-00723-GJH |
| v. | |
| Hunton & Williams LLP, et al., | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, and good cause having been shown, it is hereby

ORDERED that the motion shall be, and hereby is, GRANTED. Defendants Berico Technologies and Nicholas Hallam (collectively, the "Berico Defendants") shall file a responsive pleading by September 4, 2015, and Plaintiff Brett Kimberlin shall respond to the Berico Defendants' motion to dismiss by October 15, 2015.

/S/
George J. Hazel
United States District Judge

Dated: June 2, 2015