IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

BRETT KIMBERLIN,

    Plaintiff,

v.                                 Case No. 8:15-cv-0723 (GJH)

HUNTON & WILLIAMS LLP, *et al.*,

    Defendant.

## CONSENT MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendants, Greg Hoglund and HB Gary Federal, Inc. (the "Hoglund Defendants"), by and through their counsel, PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER, CHTD., hereby request an extension of time to respond to the Complaint. Plaintiff, Brett Kimberlin, consents to this extension and the content of this Motion.

Counsel for the Hoglund Defendants conferred with Plaintiff, and the parties agreed it would be optimal for the Hoglund Defendants to have the same briefing schedule already entered by the Court for the Hunton Defendants (Docket No. 8; May 12, 2015); the Palantir Defendants (Docket No. 19; May 26, 2015); Pacific Northwest Laboratory (Docket No. 30; June 1, 2015); and the Berico Defendants (Docket No. 31, June 1, 2015).

The Hoglund Defendants request that the Court grant an extension until September 4, 2015, for the Hoglund Defendants to respond to the Complaint, and an extension until October 15, 2015, for Plaintiff to respond to any Motion

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Sixth Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

to Dismiss filed by the Hoglund Defendants. Entry of an appearance on behalf of a Defendant shall not waive any defense, including any defense relating to jurisdiction.

Respectfully submitted,

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.

By: /s
Patricia M. Weaver, Bar No. 10951
tweaver@paleyrothman.com
(301) 951-9360

By: /s
Glenn M. Cooper, Bar No. 00977
gcooper@paleyrothman.com
(301) 951-9322

4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
*Attorneys for Defendants,*
*Greg Hoglund and HB Gary Federal, Inc.*

Date: June 10, 2015
2513629-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2015, this Consent Motion for Extension of Time to File Response to Complaint was filed electronically and served automatically on all counsel of record, and a copy of the foregoing was sent via first-class mail and electronic mail to:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
justicejtmp@comcast.net
*Plaintiff, pro se*

/s
Patricia M. Weaver

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Sixth Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354