IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin,

    *Plaintiff,*

    v.

Hunton & Williams LLP,

*et al*.,

    *Defendants.*

Case No. 8:15-cv-00723-GJH

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant ManTech International ("ManTech") requests an extension of time to file its response to the Complaint. Defendant is requesting the same schedule entered by this Court for the Hunton Defendants (Docket # 8), the Palantir Defendants (Docket # 19), Defendant Pacific Northwest National Laboratory (Docket # 30), and the Berico Defendants (Docket # 31). Defendant has conferred with Plaintiff and Plaintiff consents to this request for extension.

Therefore, Defendant requests an extension until September 4, 2015 to respond to the Complaint, and an extension for Plaintiff until October 15, 2015 to respond to any motion to dismiss filed by Defendant ManTech. Entry of appearance on behalf of a Defendant shall not waive any defense, including any defense relating to jurisdiction.

    Respectfully submitted,

      /s/ Kenneth B. Weckstein
    **BROWN RUDNICK LLP**
    Kenneth B. Weckstein (Bar No. 06924)
    601 Thirteenth Street NW, Suite 600
    Washington, DC 20005
    Phone: (202) 536-1750
    Fax: 617.289.0772
    kweckstein@brownrudnick.com
    *Counsel for Defendant ManTech International*

Dated: June 12, 2015.

**Certificate of Service**

      I hereby certify that on June 12, 2015, a copy of the foregoing Consent Motion for Extension of Time to File Responsive Pleading and proposed Order were electronically filed in this case and served to all registered participants via the ECF system as identified on the Notice of Electronic Filing, and that I caused a copy of the Consent Motion and proposed Order to be sent via first class mail and electronic email to:

                Brett Kimberlin
                8100 Beech Tree Rd.
                Bethesda, MD 20817
                justicejtmp@comcast.net

                    /s/ Kenneth B. Weckstein
                Kenneth B. Weckstein (Bar No. 06924)
                601 Thirteenth Street NW, Suite 600
                Washington, DC 20005
                Phone: (202) 536-1750
                Fax: 617.289.0772
                kweckstein@brownrudnick.com
                *Counsel for Defendant ManTech International*