IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>HUNTON & WILLIAMS LLP, *et al.*,<br><br>   Defendant. | Case No. 8:15-cv-0723 (GJH) |

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time to File Response to Complaint, and no opposition thereto, it is this 15th day of June, 2015, by the United States District Court for the District of Maryland hereby:

**ORDERED**, that the Consent Motion for Extension of Time to File Response to Complaint is *granted*; and it is further

**ORDERED**, that the Defendants, Greg Hoglund and HB Gary Federal, Inc. (collectively, the "Hoglund Defendants") shall have until September 4, 2015, to file a response to the Complaint; and it is further

**ORDERED**, that the Plaintiff, Brett Kimberlin, shall have until October 15, 2015, to respond to any Motion to Dismiss filed by the Hoglund Defendants.

/S/
_____
Hon. George J. Hazel
JUDGE
United States District Court

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Sixth Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354