IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin,

    *Plaintiff,*

    v.

Hunton & Williams LLP,

*et al*.,

    *Defendants.*

Case No. 8:15-cv-00723-GJH

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading, with good cause having been shown, it is hereby ORDERED that the motion is granted. It is further ORDERED that Defendant ManTech International shall have until September 4, 2015 to file a response to the Complaint and that Plaintiff Brett Kimberlin shall have until October 15, 2015 to respond to any Motion to Dismiss filed by Defendant ManTech International.

/S/
_____
Hon. George J. Hazel
United States District Judge

Dated: June 23, 2015