UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JUL 16 PM 1:55
CLERK'S OFFICE
AT GREENBELT
BY ___BU___ DEPUTY

BRETT KIMBERLIN,
Plaintiff,

v.   No. GLH 15-00723

HUNTON&WILLIAMS, et al
Defendants

## MOTION FOR ALTERNATE SERVICE FOR DEFENDANTS AARON BARR, PAT RYAN AND BILL NICKLESS

Now comes Plaintiff Brett Kimberlin and moves this Court, pursuant to Maryland Rule2 2-121(b) and 2-122, to order alternative service for Defendants Aaron Barr, Pat Ryan, and Bill Nickless. In support of this motion, Plaintiff states the following:

1. Plaintiff's certifies the statements in this motion pursuant to 28 USC 1746, stating that he has served Defendants Aaron Barr, Pat Ryan, and Bill Nickless at their official, last known or online addresses.

2. The envelope to Defendant Nickelss was returned or refused as "unclaimed." Plaintiff received a phone call from the attorney representing Berico Technologies stating that Pat Ryan no longer worked there. And Plaintiff received a phone call from the occupant at the address for Aaron Barr stating that Mr. Barr did not live there. He said he threw the envelope in the recycle bin.

3. Plaintiff personally asked several attorneys representing the other Defendants, including the attorney representing Bill Nickless' employer, PNNL, and the attorney representing Berico where Defendant Pat Ryan was employed, and the attorney representing Greg Hoglund, who used to employ Defendant Aaron Barr, if

they could provide Plaintiff with an address for these defendants. In each case, they said they did not know where the defendants were located.

4. On June 5, 2015, Plaintiff posted the following notice on the blog, www.HuntonAndWilliamsWatch.org, which is known to all the defendants because it is a website dedicated to the illegal and tortious conduct of the defendants in this case. This site is visited regularly by defendants and attorneys involved in this case. The notice includes links to the summonses for Defendants Nickeless, Barr and Ryan, and the Complaint.

## LEGAL NOTICE TO AARON BARR, PAT RYAN AND BILL NICKLESS OF SUMMONS IN CIVIL CASE

Posted on 05 June 2015

Let it be known that the District Court of Maryland, Greenbelt Division, has issued summonses in the case of Kimberlin v. Hunton & Williams et al, GJH 15 CV 0723. Plaintiff has mailed those summonses to Defendants Aaron Barr, Pat Ryan and Bill Nickless but they have been returned. Therefore, notice is hereby given of the summonses (link) and the Complaint and Exhibits. (link and link). If a response is not made within a reasonable time, Plaintiff will seek a court order finding that these three Defendants have been given reasonable notice to of the summons and complaint. (http://huntonandwilliamswatch.org/?q=node/51)

5. Forty-five days have passed since that notice was posted but not one of the defendants has responded or contacted Plaintiff.

6. As Judge Grimm stated in *Kimberlin v. NBC*, 13-3059 regarding another defendant who was avoiding service:

> "[T]he real purpose of service of process is to give notice to the defendant that he is answerable to the claim of the plaintiff." Karlsson v. Rabinowitz, 318

F.2d 666, 669 (4th Cir.1963). Here, there can be no serious question that Ace of Spades is keenly aware of the instant lawsuit that has been filed against it. See e.g., ECF No. 75-1; ECF No. 75-1, Exhibit A. Indeed, Ace of Spades has retained counsel for its defense in this proceeding – Mr. Paul Levy. See ECF Case 8:13-cv-03059-GJH Document 162 Filed 07/18/14 Page 1 of 4 No. 75-1 ¶ 3 (Affidavit of Mr. Levy) ("After Ace of Spades contacted me for assistance in opposing Kimberlin's motion for leave to take discovery, I spoke to Kimberlin about his motion."). Since that time, Mr. Levy has entered an appearance on behalf of Ace of Spades (see ECF No. 76) and has made several filings on the Court's docket (see ECF Nos. 75, 94, 106,159). Yet, despite having actual notice of Plaintiff's lawsuit and having itself contributed to the deluge of filings on the Court's docket, Ace of Spades is now attempting to hide behind a thinly cloaked veil of anonymity to avoid facing this lawsuit. It should go without saying, of course, that "[s]ervice of process obviously is not something that should be abused by a defendant to evade a lawsuit." Leach v. BB & T Corp., 232 F.R.D. 545, 551 (N.D.W. Va. 2005)." ECF 162, GLH 13-3059.

7. In the instant case, Plaintiff has made a good faith attempt to serve these three defendants via certified mail, he has contacted people who are in communication with the defendants, and he has posted a legal notice in a public forum that is trafficked by persons involved in this case. Plaintiff believes that the three defendants are aware of this case and are intentionally avoided service.

Wherefore, Plaintiff moves this Court to either consider these defendants served as of a date specific, or allow Plaintiff to serve these three defendants through their last known employers or attorneys representing those employers—PNNL for Defendant Nickelss, Greg Hoglund for Defendant Barr, and Berico Technologies for Defendant Ryan.

Wherefore, for all the above reasons, Plaintiff moves this Court to allow alternative service by posting a notice

Respectfully submitted,

Brett Kimberlin

## DECLARATION UNDER 28 USC 1746

I BRETT KIMBERLIN, declare that the statements set forth in this motion are true and correct under penalty of perjury as set forth in 28 USC 1746.

Brett Kimberlin

### Certificate of Service

I certify that I emailed copies of this motion to the attorneys in this case and sent a hard copy to Defendant Hoge this 16th day of July, 2015

Brett Kimberlin