UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HUNTON & WILLIAMS LLP, *et al.*,<br><br>　　Defendants. | Civil Action No. 8:15-cv-00723-GJH |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Bobby Burchfield, Esq. as counsel in this case for Defendant the Chamber of Commerce of the United States.

I certify that I am admitted to practice in this Court.

July 20, 2015

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Bobby Burchfield
　　　　　　　　　　　　　　　　　　　Bobby Burchfield, Esq.
　　　　　　　　　　　　　　　　　　　D. Md. Bar No. 02325
　　　　　　　　　　　　　　　　　　　**KING & SPALDING** LLP
　　　　　　　　　　　　　　　　　　　1700 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20006
　　　　　　　　　　　　　　　　　　　Telephone: 202 626 5524
　　　　　　　　　　　　　　　　　　　Facsimile: 202 626 3737
　　　　　　　　　　　　　　　　　　　Email: bburchfield@kslaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant the Chamber of*
　　　　　　　　　　　　　　　　　　　*Commerce of the United States*