IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin                          *
_____
        Plaintiff(s)                     *
                                             Case No.: 8:15-cv-00723-GJH
        v.                               *

Hunton & Williams, LLP, et al.           *
_____
        Defendant(s)                     *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Bobby Burchfield, am a member in good standing of the bar of this Court.

My bar number is 02325 I am moving the admission of Johnny Walker to appear *pro hac vice* in this case as counsel for Defendant the Chamber of Commerce of the United States.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Ct. of Ga.- Dec. 12, 2008 | U.S. Dist. Ct. for D.C. - Apr. 12, 2010 |
| D.C. Ct. of App. - Dec. 7, 2009 | U.S. Ct. of App. for D.C. Cir. - Nov. 15, 2012 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Bobby Burchfield | Johnny Walker |
| Printed Name | Printed Name |
| King & Spalding LLP | King & Spalding LLP |
| Firm | Firm |
| 1700 Pennsylvnia Ave., NW | 1700 Pennsylvania Ave., NW |
| Address | Address |
| Washington, D.C. 20001 | Washington, D.C. 20001 |
| City, State, Zip Code | City, State, Zip Code |
| 202 626 5524 | 202 626 8980 |
| Telephone Number | Telephone Number |
| 202 626 3737 | 202 626 3737 |
| Fax Number | Fax Number |
| bburchfield@kslaw.com | jhwalker@kslaw.com |
| Email Address | Email Address |