UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **BRETT KIMBERLIN**,<br><br>Plaintiff,<br><br>*v*.<br><br>**HUNTON & WILLIAMS LLP**, *et al.,*<br><br>Defendants. | Civil Action No. 8:15-cv-00723-GJH |

## MOTION TO DISMISS BY
## THE CHAMBER OF COMMERCE OF THE UNITED STATES

The Chamber of Commerce of the United States hereby moves to dismiss Brett Kimberlin's claims against it. As explained in the memorandum of law in support of this motion, Mr. Kimberlin's claims against the Chamber are time-barred, do not plead any cognizable injury attributable to the Chamber, and lack meaningful factual allegations as to their key elements. Accordingly, all of Mr. Kimberlin's claims against the Chamber must be dismissed with prejudice and the Chamber must be removed as a defendant. A proposed order to that effect is filed with this motion.

July 20, 2015                                                                   Respectfully submitted,

                                                                                                  /s/ Bobby R. Burchfield
                                                                Bobby Burchfield, Esq. (Bar No. 02325)
                                                                bburchfield@kslaw.com
                                                                Johnny Walker, Esq. (*pro hac vice*)
                                                                jhwalker@kslaw.com
                                                               **KING & SPALDING LLP**
                                                               1700 Pennsylvania Avenue, NW
                                                               Washington, District of Columbia 20006
                                                               Telephone: 202 626 5524
                                                               Facsimile: 202 626 3737

                                                               *Attorneys for the Chamber of Commerce of the United States*