**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BRETT KIMBERLIN**, <br><br> Plaintiff, <br><br> *v*. <br><br> **HUNTON & WILLIAMS LLP**, *et al.,* <br><br> Defendants. | Civil Action No. 8:15-cv-00723-GJH |

**PROPOSED ORDER**

AND NOW this _____ day of _____, 2015, upon consideration of the motion to dismiss by defendant the Chamber of Commerce of the United States and the briefs in support thereof and in opposition thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint of plaintiff Brett Kimberlin is dismissed with prejudice insofar as it alleges claims against the Chamber of Commerce of the United States.

**IT IS FURTHER ORDERED** that the Chamber of Commerce of the United States shall be eliminated as a defendant in this action.

**IT IS SO ORDERED**.

_____
George Jerrod Hazel, U.S.D.J.