**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I caused a copy of the **Motion to Dismiss by the Chamber of Commerce of the United States** and attached documents to be filed via the Court's CM/ECF system, which will automatically serve a copy on all registered participants.

I also caused a copy to be sent via first-class mail and electronic email to the following:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
justicejtmp@comcast.net
*Pro Se Plaintiff*

William Hoge
20 Ridge Road
Westminster, Maryland 21157
himself@wjjhoge.com
*Pro Se Defendant*

  /s/ Johnny Walker
Johnny Walker
KING & SPALDING LLP