UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **BRETT KIMBERLIN**,<br><br>     Plaintiff,<br><br>     *v*.<br><br>**HUNTON & WILLIAMS LLP**, *et al.,*<br><br>     Defendants. | Civil Action No. 8:15-cv-00723-GJH |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST
BY THE CHAMBER OF COMMERCE OF THE UNITED STATES**

Pursuant to Local Rule 103.3, the Chamber of Commerce of the United States submits this disclosure of corporate affiliations and financial interests. The Chamber is a nonprofit, tax-exempt organization incorporated in the District of Columbia. It is a non-stock corporation. Thus, the Chamber has no parent organization, and no parent company, subsidiary, or affiliate holds Chamber stock.

The Chamber is unaware of any nonparty corporation, unincorporated association, partnership, or other business entity that has any direct financial interest in the outcome of this proceeding.

July 20, 2015

Respectfully submitted,

  /s/ Bobby R. Burchfield
Bobby Burchfield, Esq. (Bar No. 02325)
bburchfield@kslaw.com
Johnny Walker, Esq. (*pro hac vice*)
jhwalker@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone: 202 626 5524
Facsimile: 202 626 3737

*Attorneys for the Chamber of Commerce of the United States*