Case 8:15-cv-00723-GJH   Document 41-1   Filed 07/20/15   Page 1 of 1

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I caused a copy of the foregoing **Disclosure of Affiliations and Financial Interest by the Chamber of Commerce of the United States** to be filed via the Court's CM/ECF system, which will automatically serve a copy on all registered participants.

I also caused a copy of be sent via first-class mail and email to the following:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
*Pro Se Plaintiff*

William Hoge
20 Ridge Road
Westminster, Maryland 21157
*Pro Se Defendant*

/s/ Johnny Walker
Johnny Walker
KING & SPALDING LLP