Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLC, *et al.*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

### DEFENDANT WILLIAM HOGE'S REQUEST FOR RULING ON AN UNOPPOSED MOTION (ECF NO. 2)

COMES NOW Defendant William Hoge requesting a ruling on his Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 2). Said motion was filed on 18 March, 2015, and Plaintiff has not opposed it. Given that the unopposed motion has been ripe for several months, Mr. Hoge urges the Court to rule forthwith.

Date: 3 August, 2015

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland 21157
(410) 596-2854
himself@wjjhoge.com

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of August, 2015, I served a copy of this filing on Brett Kimberlin by First Class U. S. Mail and by all counsels of record via email.

William John Joseph Hoge