## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

BRETT KIMBERLIN, *et al.*,                    )
                                                       )
         Plaintiff,                          )
                                                       )
     v.                                          )     Case No.:      8:15-cv-000723 GJH
                                                       )
HUNTON & WILLIAMS, LLP, *et al.*,             )
                                                       )
         Defendants.                        )

## MOTION OF STRATIO INFORMATION TECHNOLOGY, LLC (F/K/A HB GARY FEDERAL, LLC) TO SUBSTITUTE PARTY AND SUBSTITUTE APPEARANCE OF COUNSEL TO CORRECT MISNOMER

       Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) ("Stratio"), by and through counsel, Glenn M. Cooper, Patricia M. Weaver, D. Jack Blum, and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, moves the Court pursuant to Fed. R. Civ. Proc. 25 to substitute Stratio as a party-defendant for "HB Gary Federal, Inc." and substitute the appearance of Patricia M. Weaver, Esq. for Stratio in place of the prior appearance of Ms. Weaver as counsel for "HB Gary Federal, Inc." In support thereof, Stratio states as follows:

       1.      Plaintiff, Brett Kimberlin ("Kimberlin") filed his Complaint on March 16, 2015 and named as a party-defendant "HB Gary/Federal." Kimberlin did not specify any formal corporate name for the party he identified as "HB Gary/Federal."

       2.      Articles of Organization were filed with the California Secretary of State for HB Gary Federal, LLC on December 15, 2009. HB Gary Federal, LLC filed a Certificate of Amendment on May 27, 2011, changing its name to Stratio Information Technology, LLC.



PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com

Stratio filed a Certificate of Dissolution on December 13, 2011, and a Certificate of Cancellation on January 30, 2012.

3.      Because Kimberlin's *pro se* Complaint does not clearly identify the specific entity described as "HB Gary/Federal," Ms. Weaver initially and inadvertently entered her appearance in this case and filed a Consent Motion for Extension of Time to Respond to Complaint on behalf of "HB Gary Federal, Inc."

4.      "HB Gary Federal, Inc." has not been an operating entity since 2007 and is not the entity pertinent to the conduct alleged in the Complaint.  Its corporate authority to act was suspended by the California Franchise Tax Board in 2007.  Undersigned counsel are not counsel for, and have not been retained by, HB Gary Federal, Inc.

5.      Instead, Stratio – then known as HB Gary Federal, LLC – was the operating entity during the time period covered by the Complaint.

6.      Substituting Stratio for "HB Gary Federal, Inc.," and substituting Ms. Weaver's appearance for Stratio in place of her appearance for "HB Gary Federal, Inc.," would resolve this technical issue and allow the case to proceed to the substance of the facts alleged by Kimberlin.

WHEREFORE, Stratio respectfully requests that the Court:

A.      Grant this Motion;

B.      Substitute Stratio as a party-defendant for HB Gary Federal, Inc.;

C.      Substitute Ms. Weaver's appearance for Stratio in place of her prior appearance entered for HB Gary Federal, Inc.; and

D.      Grant such further relief as the Court may deem appropriate.



PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354  fax

www.paleyrothman.com

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.

By: _____

Glenn M. Cooper, #00977
Patricia M. Weaver, #10951
D. Jack Blum, #07241

4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Telephone:    (301) 951-9360
Facsimile:    (301) 654-7354
gcooper@paleyrothman.com
tweaver@paleyrothman.com
jblum@paleyrothman.com

*Attorneys for Defendants Greg Hoglund and
Stratio Information Technology, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on ~~July~~ Aug. 11 , 2015, a copy of the foregoing Motion of Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) to Substitute Party and Substitute Appearance of Counsel to Correct Misnomer was served via the Court's CM/ECF system to all counsel of record, and a copy of the foregoing was also sent by first-class mail to the following *pro se* parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817

William Hoge
20 Ridge Road
Westminster, Maryland 21157

_____
Glenn M. Cooper

PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| BRETT KIMBERLIN, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:   8:15-cv-000723 GJH |
| | ) | |
| HUNTON & WILLIAMS, LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon consideration of the Motion of Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) to Substitute Party and Substitute Appearance of Counsel to Correct Misnomer, and any Opposition thereto, it is this _____ day of _____, 2015, by the U.S. District Court for the District of Maryland:

ORDERED, that the Motion of Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) to Substitute Party and Substitute Appearance of Counsel to Correct Misnomer is GRANTED; and it is further

ORDERED, that Stratio Information Technology, LLC is SUBSTITUTED as a party-defendant for HB Gary Federal, Inc.; and it is further

ORDERED, that the appearance of Patricia M. Weaver, Esq. as counsel of record for Stratio Information Technology, LLC is SUBSTITUTED for the previous entry of appearance of Ms. Weaver as counsel of record for HB Gary Federal, Inc.

PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com

_____
Judge George J. Hazel
U.S. District Court for the District of Maryland