# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 8:15-cv-00723-GJH |
| Hunton & Williams LLP, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Barrett J. Anderson, esq. as counsel for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods in the above-captioned matter. I certify that I am admitted to practice in this Court and have complied with Local Rule 101(1)(d).

Dated: August 12, 2015

Respectfully submitted,

/s/
Barrett J. Anderson
Bar No. 13900
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5104
Facsimile: (202) 480-8253
E-Mail: banderson@wc.com

*Attorney for Defendants Hunton & Williams LLP, Richard Wyatt, Robert Quackenboss, and John Woods*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2015, a copy of the foregoing Notice of Appearance was filed electronically with the Court's electronic filing system, which provided electronic notice to all counsel of record in this matter. In addition, a copy of the foregoing motion was emailed to Plaintiff Brett Kimberlin at justicejtmp@comcast.net and by Federal Express at 8100 Beech Tree Road, Bethesda, MD 20817.

                                                           /s/\
                                              Barrett J. Anderson (Bar No. 13900)