UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,

Plaintiff,

v.

HUNTON & WILLIAMS LLP, et al.,

Defendants.

Civil Action No. 8:15-cv-00723-GJH

**CONSENT MOTION FOR EXTENSION OF TIME FOR
BRETT KIMBERLIN TO RESPOND TO THE MOTION TO DISMISS
BY THE CHAMBER OF COMMERCE OF THE UNITED STATES**

Plaintiff Brett Kimberlin, with the consent of the Chamber of Commerce of the United States, hereby moves for an extension of time to respond to the Chamber's motion to dismiss (Dkt. No. 40). Mr. Kimberlin's response to that motion is currently due by August 6, 2015. Mr. Kimberlin hereby requests, and the Chamber consents to, an extension of that deadline to September 7, 2015.

Respectfully submitted,

/s/ Brett Kimberlin
Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
*Pro Se Plaintiff*

With the consent of,
The Chamber of Commerce of the United States,
by its attorneys,

/s/ Bobby R. Burchfield
Bobby Burchfield, Esq. (Bar No. 02325)
bburchfield@kslaw.com
Johnny Walker, Esq. (*pro hac vice*)
jhwalker@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone: 202 626 5524
Facsimile: 202 626 3737

*Attorneys for the Chamber of Commerce of the United States*

August 4, 2015