IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 8:15-cv-000723 GJH |
| ) | |
| HUNTON & WILLIAMS, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Glenn M. Cooper, Esquire, as counsel for Defendants, Stratio Information Technology, LLC (formerly HB Gary Federal LLC) and Greg Hoglund in the above-captioned matter. I certify that I am admitted to practice in this Court and have complied with Local Rule 101(1)(d).

Dated: August 14, 2015

Respectfully submitted,

_____/s/_____
Glenn M. Cooper
Bar No. 00977
PALEY, ROTHMAN, GOLDSTEIN
ROSENBERG, EIG & COOPER, Chartered
4800 Hampden Lane, 6th Floor
Bethesda, Maryland 20814
Telephone: (301) 951-9322
Facsimile: (301) 654-7354
E-mail: gcooper@paleyrothman.com

*Attorneys for Defendants Stratio Information Technology, LLC (formerly HB Gary Federal LLC) and Greg Hoglund*



PALEY ROTHMAN
ATTORNEYS AT LAW
4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax
www.paleyrothman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day August, 2015, a copy of the foregoing Notice of Appearance was filed electronically with the Court's electronic filing system, which provided electronic notice to all counsel of record in this matter.  In addition, a copy of the foregoing Notice of Appeaarance was emailed to Plaintiff, Brett Kimberlin at justicejtmp@comcast.net and by Federal Express at 8100 Beech Tree Road, Bethesda, Maryland  20817.

                                                 ___/s/_____
                                                 Glenn M. Cooper (Bar No. 00977)


PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com