UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
| Plaintiff, | ) Case No. 8:15-cv-00723-GJH |
| | ) |
| v. | ) |
| | ) |
| HUNTON & WILLIAMS LLP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT PACIFIC NORTHWEST NATIONAL LABORATORY'S
MOTION TO DISMISS**

Pacific Northwest National Laboratory ("PNNL") hereby moves to dismiss Brett Kimberlin's claims against it. As explained in the memorandum of law in support of this motion, Plaintiff fails to state any claim under law. Accordingly, all of Plaintiff's claims against PNNL must be dismissed pursuant to Fed. R. Civ. Proc. 12(b)(6) with prejudice and PNNL must be removed as a defendant.

Dated:  September 3, 2015

    Respectfully submitted,

     /s/ Lisa B. Zycherman
    LISA B. ZYCHERMAN
    lisazycherman@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    1919 Pennsylvania Avenue, NW, Suite 800
    Washington, DC  20006
    Telephone: (202) 973-4200

    MARK BARTLETT (*pro hac vice*)
    markbartlett@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    1201 3rd Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 622-3150

    *Attorneys for Pacific Northwest National Laboratory*