# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:15-cv-00723-GJH |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTON & WILLIAMS LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF WILLIAM ("BILL") KIRK NICKLESS**

I, William ("Bill") Kirk Nickless, being first duly sworn on oath, state as follows:

1.      I have been employed by Pacific Northwest National Laboratory since April 30, 2004 in what is now called the National Security Directorate in the Cyber Security Technical Group, and my current title is Cyber Security Engineer (Senior).

2.      I have maintained and used the Twitter profile "@BillNickless" since 2012. This is a personal account.

3.      My activities on my Twitter profile "@BillNickless"  are entirely personal in nature and are not within the scope of my employment at Pacific Northwest National Laboratory.

4.      None of my activities on my Twitter profile "@BillNickless" are or have been within the scope of my employment at Pacific Northwest National Laboratory.  All of my activities on my Twitter profile "@BillNickless" are and have been wholly unrelated to my work at Pacific Northwest National Laboratory.

5.      None of my postings on Twitter are or have been directed by my employer, Pacific Northwest National Laboratory, and none of my postings on Twitter  receive or have received prior approval from my employer, Pacific Northwest National Laboratory.

_William K. Nickless_
William ("Bill") Kirk Nickless

Subscribed and sworn to before me on this ⎡ day of September, 2015

_Janel B. Tingey_
Notary Public

State of Washington
County of Benton

Subscribed and sworn/affirmed to before me this
⎡ day of September, 20 15,
by Bill Nickless

_Janel B. Tingey_
My Commission Expires 3-10-18          Notary Public