**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:15-cv-00723-GJH |
| ) | |
| v. ) | |
| ) | |
| HUNTON & WILLIAMS LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2015, upon consideration of the motion to dismiss by defendant Pacific Northwest National Laboratory and the briefs in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint is dismissed with prejudice insofar as it alleges claims against Pacific Northwest National Laboratory.

IT IS FURTHER ORDERED that Pacific Northwest National Laboratory shall be eliminated as a defendant in this action.

IT IS SO ORDERED.

_____
Judge George Jerrod Hazel