UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,

    Plaintiff,

v.

HUNTON & WILLIAMS LLP, *et al.*,

    Defendants.

Civil Action No. 8:15-cv-00723-GJH

## MOTION TO DISMISS
## BY DEFENDANTS PALANTIR TECHNOLOGIES INC.,
## ALEX KARP, MATT LONG, MATTHEW STECKMAN, & SAM KREMIN

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b), Defendants Palantir Technologies Inc., Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin respectfully move to dismiss the Complaint filed by Brett Kimberlin. (ECF No. 1.) In support of this Motion, these Defendants rely on the accompanying Memorandum of Law in Support, which is incorporated hereto by reference. A proposed order setting forth the requested relief is attached.

September 4, 2015                    Respectfully submitted,

*/s/ Jonathan C. Su*
Jonathan C. Su (Bar No. 16965)
E-Mail: jonathan.su@lw.com
Allen M. Gardner (admitted *pro hac vice*)
Bar No. 456723 (DC)
E-Mail: allen.gardner@lw.com
Alexandra P. Shechtel* (admitted *pro hac vice*)
Bar No. 294639 (CA)
E-Mail: alexandra.shechtel@lw.com
 * Admitted in California only; all work
 supervised by a member of the D.C. Bar.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Defendants Palantir Technologies Inc., Alex Karp, Matt Long, Matthew Steckman, & Sam Kremin*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, I caused the foregoing Motion to Dismiss and supporting Memorandum of Law in Support to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            */s/ Jonathan C. Su*
                                            Jonathan C. Su (Bar No. 16965)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTON & WILLIAMS LLP, *et al.*, | ) | Civil Action No. 8:15-cv-00723-GJH |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

THIS MATTER is before the Court on the Motion to Dismiss filed by Defendants Palantir Technologies Inc., Alex Karp, Matt Long, Matthew Steckman, and Sam Kremin. Upon review of the Motion and the Memorandum of Law in Support it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is dismissed with respect to these defendants.

Date: _____

_____
George J. Hazel
United States District Judge