UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HUNTON & WILLIAMS LLP, *et al.*, ) | Civil Action No. 8:15-cv-00723-GJH |
| ) | |
| Defendants. ) | |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Local Rule 103.3, undersigned counsel state that Palantir Technologies Inc. has no corporate parent. While it has subsidiaries (including Palantir International Inc. and Palantir USC Inc.), none has any financial interest in this case. The following carriers have a potential obligation to provide insurance coverage (primary or excess) related to this case: ACE American Insurance Company, Beazley USA, Berkley National Insurance Company, and Travelers Property Casualty Company of America.

| | |
|---|---|
| September 4, 2015 | Respectfully submitted, |
| | */s/ Jonathan C. Su* |
| | Jonathan C. Su (Bar No. 16965) |
| | E-Mail: jonathan.su@lw.com |
| | Allen M. Gardner (admitted *pro hac vice*) |
| | Bar No. 456723 (DC) |
| | E-Mail: allen.gardner@lw.com |
| | Alexandra P. Shechtel* (admitted *pro hac vice*) |
| | Bar No. 294639 (CA) |
| | E-Mail: alexandra.shechtel@lw.com |
| |    * Admitted in California only; all work supervised by a member of the D.C. Bar. |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, DC 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Fax: (202) 637-2201 |
| | |
| | *Attorneys for Defendants Palantir Technologies Inc., Alex Karp, Matt Long, Matthew Steckman, & Sam Kremin* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, I caused the foregoing Disclosure of Affiliations and Financial Interest to be filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jonathan C. Su
Jonathan C. Su (Bar No. 16965)