UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT KIMBERLIN, <br><br> Plaintiff, <br><br> v. <br><br> HUNTON & WILLIAMS LLP, *et al.*, <br><br> Defendants. | Case No. 8:15-cv-00723-GJH |

## MOTION TO DISMISS BY
## BERICO TECHNOLOGIES AND NICHOLAS HALLAM

Defendants Berico Technologies and Nicholas Hallam (collectively "Berico"), by counsel, hereby move to dismiss Plaintiff's claims against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. As explained in the memorandum of law in support of this motion, Plaintiff's claims suffer from a number of fatal defects. First, the statutes of limitations for all of Plaintiff's claims against Berico have expired, thus Plaintiff's claims are time-barred. Second, Plaintiff has not established standing to bring these claims as he has not pled a cognizable injury caused by the alleged actions of Berico. Third, Plaintiff has otherwise failed to state any claim for relief against Berico. Accordingly, this Court should dismiss all of Plaintiff's claims against Defendants Berico Technologies and Nicholas Hallam with prejudice.

September 4, 2015                   Respectfully submitted,

By: /s/  Attison L. Barnes, III
    Attison L. Barnes, III (Bar No. 15198)
    Jennifer S. Zucker (*pro hac vice*)
    Mark B. Sweet (*pro hac vice*)
    Wiley Rein LLP
    1776 K Street NW
    Washington, DC 20006
    Tel: (202) 719-7000
    Fax: (202) 719-7049
    abarnes@wileyrein.com

    *Attorneys for Berico Technologies and Nicholas Hallam*