# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,

    Plaintiff,

v.

HUNTON & WILLIAMS LLP, *et al.*,

    Defendants.

Case No. 8:15-cv-00723-GJH

## DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST
## BY BERICO TECHNOLOGIES

Pursuant to Local Rule 103.3, Defendant Berico Technologies submits that it is not an affiliate, subsidiary, or parent of any other entity. Additionally, Berico Technologies is unaware of any corporation, unincorporated association, partnership, or other business entity, not a party to this case, that has a financial interest in the outcome of this litigation.

September 4, 2015

By: /s/ Attison L. Barnes, III
Attison L. Barnes, III (Bar No. 15198)
Jennifer S. Zucker (*pro hac vice*)
Mark B. Sweet (*pro hac vice*)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
abarnes@wileyrein.com

*Attorneys for Berico Technologies and Nicholas Hallam*