IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:   8:15-cv-000723 GJH |
| ) | |
| HUNTON & WILLIAMS, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 103.3 STATEMENT OF STRATIO INFORMATION TECHNOLOGY, LLC (F/K/A HB GARY FEDERAL, LLC)**

Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) ("Stratio"), by and through counsel, Glenn M. Cooper, Patricia M. Weaver, D. Jack Blum, and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, submits the following disclosure pursuant to Local Rule 103.3:

1. Stratio is a California limited liability company that was dissolved on December 13, 2011.

2. Terracina Ventures, Inc. is a member of Stratio owning a 15% membership interest. Stratio's remaining members are all natural persons.

3. Stratio is not aware of any corporation, unincorporated association, partnership, or other business entity, not a party to the case, which has any financial interest in the outcome of this litigation with respect to Stratio.



PALEY ROTHMAN
ATTORNEYS AT LAW
4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax
www.paleyrothman.com

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.


By:  /s/ D. Jack Blum
    Glenn M. Cooper, #00977
    Patricia M. Weaver, #10951
    D. Jack Blum, #07241

4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Telephone:    (301) 951-9360
Facsimile:    (301) 654-7354
gcooper@paleyrothman.com
tweaver@paleyrothman.com
jblum@paleyrothman.com

*Attorneys for Defendants Greg Hoglund, Stratio Information Technology, LLC, and ManTech International Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, a copy of the foregoing Local Rule 103.3 Statement of Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) was served via the Court's CM/ECF system to all counsel of record, and a copy of the foregoing was also sent by first-class mail to the following *pro se* parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817

William Hoge
20 Ridge Road
Westminster, Maryland 21157


    /s/ D. Jack Blum
    D. Jack Blum

2