IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 8:15-cv-000723 GJH |
| HUNTON & WILLIAMS, LLP, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO DISMISS BY DEFENDANTS GREG HOGLUND, STRATIO INFORMATION TECHNOLOGY, LLC (F/K/A HB GARY FEDERAL, LLC), AND MANTECH INTERNATIONAL CORPORATION

Defendants, Greg Hoglund ("Hoglund"), Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) ("Stratio"), and ManTech International Corporation ("ManTech") (together, the "HB Gary Defendants"), by and through counsel, Glenn M. Cooper, Trish M. Weaver, D. Jack Blum, and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, move the Court pursuant to Fed. R. Civ. Proc. 12(b)(6) and 9(b) to dismiss the Complaint of Plaintiff, Brett Kimberlin ("Kimberlin"), for failure to state a claim on which relief may be granted and failure to plead fraud with particularity. In support thereof, the HB Gary Defendants direct the Court to their Memorandum of Points and Authorities in support of this Motion, which is filed herewith.

WHEREFORE, the HB Gary Defendants respectfully request that the Court:

A.  Grant this Motion and dismiss Kimberlin's Complaint with prejudice; and

B.  Grant such further relief as the Court may deem appropriate.



PALEY ROTHMAN
ATTORNEYS AT LAW
4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax
www.paleyrothman.com

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.


By: /s/ D. Jack Blum
    Glenn M. Cooper, #00977
    Patricia M. Weaver, #10951
    D. Jack Blum, #07241

4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Telephone:   (301) 951-9360
Facsimile:   (301) 654-7354
gcooper@paleyrothman.com
tweaver@paleyrothman.com
jblum@paleyrothman.com

*Attorneys for Defendants Greg Hoglund, Stratio Information Technology, LLC, and ManTech International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, a copy of the foregoing Motion to Dismiss By Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation was served via the Court's CM/ECF system to all counsel of record, and a copy of the foregoing was also sent by first-class mail to the following *pro se* parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817

William Hoge
20 Ridge Road
Westminster, Maryland 21157


        /s/ D. Jack Blum
        D. Jack Blum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 8:15-cv-000723 GJH |
| v. ) | |
| ) | |
| HUNTON & WILLIAMS, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss By Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation, any Opposition thereto, and the arguments advanced at any hearing thereon, it is this _____ day of _____, 2015, by the U.S. District Court for the District of Maryland:

ORDERED, that the Motion to Dismiss By Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation is GRANTED; and it is further,

ORDERED, that all of the claims asserted against Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation in this action are DISMISSED WITH PREJUDICE.

_____
Judge George J. Hazel
U.S. District Court for the District of Maryland