UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| Brett Kimberlin, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) Case No. 8:15-cv-00723-GJH <br> ) |
| Hunton & Williams LLP, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**MOTION TO DISMISS BY DEFENDANTS
HUNTON & WILLIAMS LLP, JOHN WOODS,
RICHARD WYATT, AND ROBERT QUACKENBOSS**

Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss (collectively "the H&W Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiff's Complaint, with prejudice, for the following reasons:

(i)   All Counts alleged in the Complaint are time-barred by the applicable statutes of limitations; and

(ii)  The Complaint fails to state a claim against the H&W Defendants under Federal Rule of Civil Procedure 12(b)(6).

A memorandum of law, declaration, and exhibits in support of this motion are attached hereto and incorporated herein.

Dated:  September 4, 2015	Respectfully submitted,

 /s/ John. J. Buckley, Jr.
John J. Buckley, Jr. (Bar No. 06249)
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
E-Mail: jbuckley@wc.com

*Counsel for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss*