UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Hunton & Williams LLP, et al., )<br>)<br>Defendants. )<br>) | Case No. 8:15-cv-00723-GJH |

**DECLARATION OF BARRETT J. ANDERSON IN SUPPORT OF
MOTION TO DISMISS BY DEFENDANTS HUNTON & WILLIAMS LLP,
JOHN WOODS, RICHARD WYATT, AND ROBERT QUACKENBOSS**

I, Barrett J. Anderson, declare as follows:

1. I am admitted to the Bar of this Court and am an associate at the law firm of Williams & Connolly LLP, counsel for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss (collectively "the H&W Defendants") in the above-captioned action. I submit this declaration in support of the Motion to Dismiss by the H&W Defendants. This declaration is made based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of a document purporting to be a February 28, 2011 letter sent from Kevin Zeese, an attorney representing StopTheChamber.com ("STC"), to Walfrido Martinez, Managing Partner of Hunton & Williams LLP, with the subject line "RE: Document Hold Request for Potential Litigation In The Matter Of Hunton & Williams/Themis/Chamber of Commerce Dirty Tricks Campaign," retrieved on September 4, 2015, from the following web address: http://www.velvetrevolution.us/images/HW_Document _Hold_Letter.pdf. It is my understanding that this is the same letter that is referenced in the Complaint on page 33, paragraph 46.

1

3. Attached as Exhibit 2 is a true and correct copy of a document purporting to be the February 23, 2011 bar complaint filed by Kevin Zeese, an attorney representing STC, with the Office of Bar Counsel, Board of Professional Responsibility, District of Columbia Court of Appeals, against John W. Woods, Richard L. Wyatt, and Robert T. Quackenboss, retrieved on September 4, 2015, from the following web address: http://www.velvetrevolution.us/images/H_W_Bar_complaint.pdf. It is my understanding that this is the same bar complaint that is referenced in the Complaint on page 33, paragraph 45.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from both Plaintiff's Complaint in this case and Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  September 4, 2015               Respectfully submitted,

                                        /s/ Barrett J. Anderson
                                        Barrett J. Anderson (Bar No. 13900)
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, DC 20005
                                        Telephone: (202) 434-5104
                                        Facsimile: (202) 480-8253
                                        E-Mail: banderson@wc.com