UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Hunton & Williams LLP, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 8:15-cv-00723-GJH<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Motion to Dismiss by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss (collectively "the H&W Defendants"), and any opposition thereto, it is this ___ day of _____, 2015, hereby **ORDERED**:

1. That the H&W Defendants' Motion to Dismiss is **GRANTED**;

2. That Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as to the H&W Defendants;

3. That pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of final order as to the H&W Defendants, therefore, this Order constitutes a final judgment of Plaintiff's claims as to the H&W Defendants;

4. That the H&W Defendants shall be terminated as party defendants to this case; and

5. That the Clerk of Court shall send copies of this Order to Counsel for parties and to all *pro se* parties.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　George J. Hazel
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge