UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, )<br>)<br>        Plaintiff, )<br>)<br>  vs. )<br>)<br>Hunton & Williams LLP, et al., )<br>)<br>        Defendants. )<br>) | Case No. 8:15-cv-00723-GJH |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST
BY DEFENDANTS HUNTON & WILLIAMS LLP, JOHN WOODS,
RICHARD WYATT, AND ROBERT QUACKENBOSS**

Pursuant to Local Rule 103.3, Defendants Hunton & Williams LLP ("H&W"), John Woods, Richard Wyatt, and Robert Quackenboss (collectively "the H&W Defendants") submit this disclosure of corporate affiliations and financial interests. H&W is a Virginia state limited liability partnership with no corporate parent, subsidiary, or affiliate.

At this time, H&W is the only entity with a financial interest in the outcome of the litigation. This Disclosure will be supplemented as necessary should circumstances develop giving rise to a significant likelihood that an insurance company will be obligated to indemnify the H&W Defendants for any damages or costs of a defense.

Dated:  September 4, 2015                                     Respectfully submitted,

                                                                  /s/ John. J. Buckley, Jr.
John J. Buckley, Jr. (Bar No. 06249)
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
E-Mail: jbuckley@wc.com

*Counsel for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss*