### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2015, a copy of the **Disclosure of Affiliations and Financial Interest by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss** was filed electronically with the Court's electronic filing system, which provided notice to all counsel of record in this matter.  In addition, a copy of the foregoing disclosure was sent by Federal Express to the following:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
*Pro Se Plaintiff*

William Hoge
20 Ridge Road
Westminster, MD 21157
*Pro Se Defendant*


_____/s/_____
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP