Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLC, *et al.*
*Defendants.*

United States District Court for the
District of Maryland
Southern Division

Case No. 15-CV-00723-GJH

PROPOSED ORDER

In consideration of Defendant William Hoge's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and any opposition and replies thereto, this _____ day of _____, 2015, it is hereby ORDERED that the above captioned action is dismissed with prejudice with respect to Defendant William Hoge.

George J. Hazel,
United States District Judge