PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL

 

U.S. POSTAGE
**$5.75**
PM 1-DAY
21157 0024
09/04/15
08   4500
08395051  SSK

**PRIORITY MAIL 1-DAY™**

# PRIORITY
## ★ MAIL ★

FR  **Hogwash!**
20 Ridge Road
Westminster, Maryland 21157

024

📅  DATE OF DELIVERY SPECIFIED*

📶  USPS TRACKING™ INCLUDED*

$  INSURANCE INCLUDED*

🚚  PICKUP AVAILABLE

  * Domestic only

 FILED          ENTERED
LOGGED ___   RECEIVED

SEP 08 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
     DEPUTY

Clerk of the Court
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland  20770



**9505 5000 3810 5247 0000 57**

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



GJH 15 cv 0723

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

P S00001000014

EP14F Apr 2015
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES**
**POSTAL SERVICE.**

3

This envelope is made from post-consumer waste. Please recycle – again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; April 2015. All rights reserved.