

Hogewash! is a trademark of W. J. J. Hoge
www.hogewash.com
Snail Mail to 20 Ridge Road, Westminster, Maryland 21157
Email to himself@wjjhoge.com
(410) 596-2854

4 September, 2015

Hon. George J. Hazel, U. S. District Judge
United States District Court
5900 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *Kimberlin v. Hutton & William LLC*, Case No. 15-CV-00723-GJH

Dear Judge Hazel:

Today, I filed a motion to dismiss in the above captioned case. Footnote 4 contains a potentially misleading statement which I wish to clarify. *Kimberlin v. National Bloggers Club (II)*, Case No. 403868V (Md. Cir.Ct. Mont. Co.) was only dismissed with respect to some defendants on 3 September, and it was not dismissed with respect to me.

I regret any confusion caused by my error and apologize for my lack of diligence in proofreading.

Very truly yours,

William John Joseph Hoge

**Certificate of Service**

I certify that on the 4th day of September, 2015, I served a copy of this filing on Brett Kimberlin at 8100 Beech Tree Road, Bethesda, Maryland 20817, by First Class U. S. Mail and to all counsel of record by email.

William John Joseph Hoge