

**Hogewash!**

20 Ridge Road
Westminster, Maryland 21157

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 08 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Clerk of the Court
United States District Court
5900 Cherrywood Lane
Greenbelt, Maryland 20770

GJH 15cv0723

2077037203 C023