UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                                          No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
    Defendants.

**PLAINTIFF BRETT KIMBERLIN'S DECLARATION UNDER 28 USC 1746**

I, Brett Kimberlin, swear, pursuant to the provisions of 28 USC 1746, that the following is true and correct.

1. I have suffered injuries beginning in May 2012, from the plan created by Team Themis for the Chamber of Commerce. People who used that plan created false narratives and false documents to harm my employer and me. They have defamed my name and thereby harmed my business' ability to raise funds. This has also deprived my music business from pursuing business opportunities and harmed my ability to manage my daughter's music career.

2. In November/December 2014, I was contacted by a whistleblower who advised me that there was much more to the "Wikileaks/USCOC/BofA dirty tricks campaign" than is publicly known, and that I should file suit to discover that information and hold the wrongdoers accountable. Shortly thereafter, I contacted lawyers at Hunton&Williams and then engaged in discussions with them both in person, and by phone and email, about this case.



3. I personally met with the FBI at the Washington DC Field Office and provided information to it about the Chamber of Commerce, Massey Energy, Donald Blankenship and NewsCorp. I continued to provide information to the FBI over several years, including information I received through whistleblowers. I learned that a federal grand jury had been empaneled to investigate Massey Energy and Donald Blankenship, and I was advised that the grand jury would be interested in hearing testimony or receiving evidence from me regarding information I received from whistleblowers. My employer posted a reward for information about Massey Energy, Donald Blankenship and the Big Branch Mine disaster.

4. I felt intimidated and deterred by the Team Themis plan to attack and destroy me and my employer. I was shocked to learn that I was designated a Tier I target by Team Themis.

Dated this 8th day of September, 2015        Brett Kimberlin