UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP -8  PM 2:52
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

BRETT KIMBERLIN,
    Plaintiff,

v.    No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
    Defendants.

**MOTION TO FIND THAT DEFENDANT BILL NICKLESS HAS BEEN SERVED IN LIGHT OF HIS AFFIDAVIT FILED IN THIS CASE**

Now comes Plaintiff Brett Kimberlin and moves this Court to find that Defendant Bill Nickless has been served due to his filing an affidavit in this case attached to the Motion to Dismiss by his employer, Defendant PNNL.

1. Plaintiff, on or about June 1, 2015, sent Defendant Bill Nickless a copy of the Complaint and Summons via certified mail. It was returned a month later as "unclaimed."

2. On September 3, 2015, Defendant PNNL filed its Motion to Dismiss in this case which included an affidavit from Defendant Bill Nickless, evidencing his knowledge of the Complaint and its contents.

3. As Judge Grimm stated in *Kimberlin v. NBC*, 13-3059 regarding another defendant who was avoiding service:

> "[T]he real purpose of service of process is to give notice to the defendant that he is answerable to the claim of the plaintiff." Karlsson v. Rabinowitz, 318 F.2d 666, 669 (4th Cir.1963). Here, there can be no serious question that Ace of Spades is keenly aware of the instant lawsuit that has been filed against it. See e.g., ECF No. 75-1; ECF No. 75-1, Exhibit A. Indeed, Ace of Spades has retained counsel for its defense in this proceeding – Mr. Paul Levy. See ECF Case 8:13-cv-03059-GJH Document 162 Filed 07/18/14 Page 1 of 4 No. 75-1 ¶ 3 (Affidavit of Mr. Levy) ("After Ace of Spades contacted me for assistance in opposing Kimberlin's motion for leave to take discovery, I spoke to

Kimberlin about his motion."). Since that time, Mr. Levy has entered an appearance on behalf of Ace of Spades (see ECF No. 76) and has made several filings on the Court's docket (see ECF Nos. 75, 94, 106,159). Yet, despite having actual notice of Plaintiff's lawsuit and having itself contributed to the deluge of filings on the Court's docket, Ace of Spades is now attempting to hide behind a thinly cloaked veil of anonymity to avoid facing this lawsuit. It should go without saying, of course, that "[s]ervice of process obviously is not something that should be abused by a defendant to evade a lawsuit." Leach v. BB & T Corp., 232 F.R.D. 545, 551 (N.D.W. Va. 2005)." ECF 162, GLH 13-3059.

4. Here, by Defendant Nickless' filing of an affidavit in this case, has conceded that he has notice of the Complaint and an opportunity to respond. In fact, he has formally accepted the jurisdiction of the Court.

Wherefore, for all the foregoing reasons, this Court should find that Defendant Nickless has in effect been served and that he must answer the Complaint by November 1, 2015.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I emailed this motion to the attorneys in this case and mailed it to Defendant William Hoge this 8th day of September, 2015.

Brett Kimberlin