Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLC, *et al.*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

SUPPLEMENT TO DEFENDANT WILLIAM HOGE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (ECF NO. 64)

Defendant William Hoge has filed a motion to dismiss the above captioned matter for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Exhibit A of that motion was an uncertified copy of Plaintiff's complaint filed in *Kimberlin v. National Bloggers Club (II)*, Case No. 403868V (Md. Cir.Ct. Mont. Co. 2015). A certified copy of the complaint is hereby submitted to supplement Mr. Hoge's motion.

Date: 9 September, 2015

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland 21157
(410) 596-2854
himself@wjjhoge.com

CERTIFICATE OF SERVICE

I certify that on the 9th day of September, 2015, I served a copy of this filing on Brett Kimberlin at 8100 Beech Tree Road, Bethesda, Maryland 20817, by First Class U. S. Mail and to all counsel of record by email.

William John Joseph Hoge