Dear Judge Hazel,

Re: Kimberlin v Hunton & Williams
GJH 15 0723

Sept 18/15

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 SEP 17  PM 2:07

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

Per your order on my motion for alternate service, I have located Defendants Aaron Barr and Patrick Ryan at new addresses. Therefore, I need new summons issued/stamped for these two Defendants. Those summons are included.

Thank you,

Brett Kimberlin
301 320 5921