# EXHIBIT 1

to the Reply Memorandum of Law in Support of the Motion to Dismiss
by the Chamber of Commerce of the United States

September 25, 2015

**Claffee, Lily Fu**

| | |
|---|---|
| **From:** | justicejtmp@comcast.net |
| **Sent:** | Monday, March 09, 2015 1:26 PM |
| **To:** | Claffee, Lily Fu |
| **Subject:** | Rule 408 Pre Suit Communication |
| **Attachments:** | Hoge PO KK.pdf; Kimberlin v. H&W final.docx |

Dear Ms. Claffee

Please construe this letter under Rule 408 and it will remain confidential on my end.

I am attaching a near final draft of the suit I plan to file against the Chamber, Hunton&Williams et al over the Team Themis campaign to harm me.

My plan is to file on Monday, March 16th if there is no consensus or movement toward resolving this matter pre suit.

My belief is that if you and/or Team Themis defendants are agreeable to resolving this pre suit, the other defendants will also. Clearly, I would agree to a full confidentiality agreement and would hold off on filing while the settlement was negotiated.

You may or may not know all the defendants. Please note that last Friday, Defendant Hoge was served with a Peace Order prohibiting him stalking and harassing my teenage daughter. He has proudly been using the tactics developed by Team Themis to do so. Yes, it's the same daughter mentioned by Aaron Barr after he scraped her social media sites and disclosed what school she was attending. And yes, she was bullied out of two schools after that. I also am attaching a copy of that PO.

I am in Bethesda if you would like to meet to discuss this matter.

I have another RICO/tort case pending in US District Court of Maryland alleging that a group of extremists were handed the Team Themis playbook and used it to harm me. Five defendants have settled over the past few months and Judge Hazel is getting close to ruling on the remaining defendants' motions to dismiss. If his past rulings are any indication, those motions will be denied.

Thank you,

Brett Kimberlin (301) 320 5921