Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLC, *et al.*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

### REQUEST FOR RULING ON MR. HOGE'S MOTION TO DISMISS (ECF NO. 64)

COMES NOW Defendant William Hoge and requests a ruling at the Court's earliest convenience on Mr. Hoge's motion to dismiss for failure to state a claim. Said motion was docketed by the Court on 8 September, 2015. On the same day, the Clerk sent a Rule 12/56 letter (ECF No. 66) to Plaintiff warning him that if he did not file a response to the motion within 17 day, "the Court may dismiss the case of enter judgment against you without further notice." ECF No. 66 at 1. The deadline for a response by Plaintiff was 25 September, 2015. As of close of business on 5 October, 2015, no such response has appeared in the docket on PACER. Thus, it appears that Mr. Hoge's motion is unopposed and should be granted by the Court.

WHEREFORE, Mr. Hoge asks the Court to grant his unopposed motion at its earliest convenience and for such other relief as it may deem just and proper.

Date: 6 October, 2015

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland 21157
(410) 596-2854
himself@wjjhoge.com

### CERTIFICATE OF SERVICE

I certify that on the 6th day of October, 2015, I served a copy of this filing on Brett Kimberlin at 8100 Beech Tree Road, Bethesda, Maryland 20817, by First Class U. S. Mail and to all counsel of record by email.

William John Joseph Hoge