UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                             No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
    Defendants.

### DECLARATION OF BRETT KIMBERLIN

  I, Brett Kimberlin, declare, pursuant to the provisions of 28 USC 1746, that the following is true and correct under penalty of perjury.

    1. I met with and communicated with the FBI about crimes committed by staff at the Chamber of Commerce, and by Chamber board member Donald Blankenship. I provided them with information from whistleblowers. Because of this, I was told that I was considered a potential witness for a grand jury that was or would be investigating these criminal activities.

    2. When I learned that the Chamber, Hunton & Williams, and Team Themis were targeting me after exposing criminal wrongdoing at the Chamber, I was intimidated and deterred from cooperating with the FBI. I felt as if I was being retaliated against for engaging in legal activities that resulted in well-deserved scrutiny of the Chamber, and eventually the indictment of Donald Blankenship.

    3. When I learned that people and companies associated with the military industrial complex were targeting me and my employer through Defendant Hoge and his associates, I was very frightened, anxious, and under duress. When I learned that Defendant PNNL and Nickless were targeting me, and that Defendant Nickless was part

of a secret Google Group created by Defendant Hoge, it caused even more duress to me, because they specialize in hacking and cyber security matters.

4.   I began suffering harm from the Team Themis blueprint during May 2012, when Defendant Hoge and his associates launched their online bullying campaign, "Everybody Blog About Brett Kimberlin." Over the next three years, these people followed the blueprint very closely to destroy my employer and me. They have spent years invading my privacy by attacking me with false narratives, falsely accusing me of crimes, probing and interfering with private aspects of my personal life and business relationships, conducting forensic cyber investigations of me, calling my neighbors with false accusations, contacting and harassing wife wife and daughter, and showing up at my home and business to take photos to post on the Internet.

5.   Defendant Hoge and his associates have harmed my business interests by engaging in a coordinated smear campaign against me with false accusations of criminal activity, and then contacted organizations that provided funding to my non-profit employer repeating those false allegations which caused the organizations to cease funding my employer.

6.   I have heard Defendant Hoge testify in court that he has used forensic cyber tools to investigate every aspect of my personal and professional life, including analysis of websites, photos, videos, social media, and web domains. He testified that he has done this to search for criminal activity so he can have me arrested and sent to prison. This has deprived me of my right to lead a normal life unmolested by others.

Dated this 15th day of October, 2015 _____

Brett Kimberlin

# EXHIBIT 1

51