


ABOUT US   OUR PEOPLE   ADVERTISING   SEARCH

SPORTS | SHOWS | OUTDOORS | WV POLL | MN Channel




# Blankenship named in superseding indictment

SHARE ARTICLE

EMAIL

24

Tweet 2

3

By **MetroNews Staff** in News | March 10, 2015 at 10:32PM

**CHARLESTON, W.Va.** — Former Massey Energy CEO and President Don Blankenship was named in a superseding federal criminal indictment Tuesday.

Federal prosecutors have combined some of the original charges connected with how Blankenship allegedly operated the Upper Big Branch Mine in the month leading up to the April 2010 explosion that killed 29 miners.

(Read superseding indictment here)

A new charge connects Blankenship to the alleged falsification of coal-dust samples at UBB.

The original indictment, announced last November by U.S. Attorney Booth Goodwin, alleges Blankenship knew about UBB's safety problems and the practice of alerting supervisors underground when federal mine inspectors arrived at UBB for inspections. It's also alleged he lied to the U.S. Securities Exchange Commission about mine safety in the days after the explosion in an attempt to help Massey's stock price.

The superseding indictment combines two of the previous charges and adds the third.

Share this:

LATEST NEWSCASTS
News | Sports



## MetroNews Staff

staff@wvmetronews.com
@wvmetronews
WVMetroNews

We are West Virginia's only news, talk and sports network providing you the ability to reach all of West Virginia through a single source.





WVSSAC HS Football Playoff Ratings: Week 8

Blackhawk Mining eager to move forward in W.Va.

Former Massey CEO's assistant asked about the Don Blankenship she knew

Seider explains going with Shell over Smallwood in OT

Justice dogged by property tax issue

Comments

Ex 3