ABOUT US   OUR PEOPLE   ADVERTISING   SEARCH

| SPORTS | SHOWS | OUTDOORS | WV POLL | MN Channel  |

It's getting harder to make ends meet. When you can't keep food on the table it's devastating.

# Blankenship trial begins


The Breast Center
Charleston Area Medical Center
Now located at the CAMC Cancer Center

**SHARE ARTICLE**

EMAIL

Tweet  2

By **Shauna Johnson** in News | October 01, 2015 at 8:12AM

**UPDATE Day-1 morning session–** Jury selection began with 100 potential jurors called to the federal courthouse in Charleston.

MetroNews reporter Shauna Johnson says media and UBB family members were escorted to an overflow courtroom to watch the proceedings on video. Potential jurors were asked general questions and some jurors were called to the judge's bench to answer more specific questions.

Johnson says 100 additional potential jurors will report Friday with a third group of 100 scheduled for next Monday. A 12-member jury will be seated.

LATEST NEWSCASTS
News | Sports

Blankenship arrived in t___ ___ ___ ___se at around 8:30 a.m. and when asked how he felt he said, "I always feel good." He also denied any wrongdoing.

Several family members of UBB victims are in attendance.

**CHARLESTON, W.Va.** — Jury selection begins Thursday in Charleston Federal Court for the trial of former Massey Energy CEO Don Blankenship who is facing three criminal charges for his alleged actions prior to and after the 2010 Upper Big Branch Mine Disaster.

It's a case that Ellen Smith, managing editor of Mine Safety and Health News, calls a "terribly important" case for mine safety and health laws and corporate laws, especially when it comes to accountability among corporate officers.

"That is the one thing that under U.S. corporate law it's nearly impossible to do, is to hold the person at the top responsible," Smith told MetroNews.


GET A GREAT DEAL DURING RAM TRUCK MONTH.
RAM 1500   TRUCK MONTH
VIEW INCENTIVES


511
FREE TRAVEL INFO
VISIT WV511.ORG

WVSSAC HS Football Playoff Ratings: Week 8

Blackhawk Mining eager to move forward in W.Va.

Former Massey CEO's assistant asked about the Don Blankenship she knew

Seider explains going with Shell over Smallwood in OT

Justice dogged by property tax issue

Ex 4