Army Of Davids sent a message using the contact form at
http://velvetrevolution.us/newvr/index.php?q=contact. 5/26/12

Don't show up in court Tuesday or you are dead. This is your only warning.

Ishmeal Cunshot sent a message using the contact form at
http://www.velvetrevolution.us/newVR/index.php?q=contact. 5/25/12

Brett Kimberlin is done....... the hunter is the hunted

Loui sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/27/12

If Brett does not start to act like a grown up and quit calling the police on people like a little punk. There will be hell to pay.

James sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/25/12

I can lie like you. I don't get intimidated & get on my bad side & you'll get the full wrath. Not just from but. I have my own. The extreme wing of the TP has arrived. This message is for Mr. K. It would not suit the best interests of all people involved in your movement to shut the F&*K up & that includes you. I have lawyers, cash & a ready action response team & center. You don't find me on the web. I don't speak with cameras in the room or audio for the world to hear. Just as you operate in darkness as a leftist figure I do the same on the right. We've reached a crucial point. Our members are itchy. Actions are just wating for orders. This is the last time I will communicate with this organization. You have been warned & I will have all the dirty secrets make it on the national scene. Including a certain other inappropriate relationship not mentioned in this article. When you spoke th other night I was in the audience & that's when my "laser" focus came to you. I'm in your ranks & not in your ranks. OWS has no idea who the very high level mole is feeding my information. I've been able to tip off cops multiple times when the anarchists were ready to go black blocing. My tentacles have just reached a little further when soemone else in your organization has agreed to stream info to me. Someone you know of course. I hope you like the email address I created just for this post. Look behind you & that camera that flashes may just be one of our operatives.

jamesctheman sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/25/12

If anyone of the minions who do your dirty work even so much as show up around my house which is not likely or subject anyone I know to any sort of intimidation we will activate. Come after one single person I know including me & I will shut you down. THIS IS YOUR ONLY WARNING AND I'M DROP YOU DEAD SERIOUS. Try me. Keep upi your attacks rapist. Keep your attacks terrorist. I don't bow to pressure or tactics. I have friends on the swat team in my town. Pretty sad you're compensating for a small penis size by attacking others.

James sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/25/12

Ex 5

Now we know who you are...you've been exposed.

cal sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/25/12

Listen here youdicksuckin fag. Don't ever show up in Minnesota

mike sent a message using the contact form at
http://www.jtmp.org/jtmp/index.php?q=contact. 5/25/12

KIMBERLIN YOU A-HOLE   COME GET ME I'LL BE YOUR DADDY    YOU FACKING LOSER
HOW WAS YOUR 18 YEARS IN JAIL NOW YOU ARE LIVING AT GRANDMOMS
I THINK I WILL STOP BY FOR A VISIT YOU DICK HEAD

Your Enemy sent a message using the contact form at
http://www.velvetrevolution.us/newVR/index.php?q=contact. 5/25/12

We know who you are. We're coming for you. You will pay.


Liz Rocha, spiderbyte88@live.com 6/9/12


I'll be bringing the straw for you. It's now not a matter of if.

Brett Kimberlin, neck broken by 110lbs Female Marine.

Warmly,

Liz Rocha

Brett kimberlin sent a message using the contact form at
http://www.velvetrevolution.us/newVR/index.php?q=contact. 6/10/12

Hey Brett, prepare yourself!   Looks like you'll be going back to prison soon.