Sign In  My Account  SUBSCRIBE: Home Delivery  Digital         Real Estate  Rentals  Cars  Today's Paper  Going Out Guide  Find&Save

Politics

# POLITICS

In the News   Hurricane Joaquin   Mass shooting in Oregon   Melania Trump   Russian airstrikes in Syria   Jason Chaffetz



washingtonpost.com > Politics

» FOLLOW POLITICS ON:

» THIS STORY: READ + | WATCH +

## POSTPOLITICS
New home.
Still the best political coverage. ›

### Obama continues attack on Chamber of Commerce

By Dan Eggen and Scott Wilson
Washington Post Staff Writers
Monday, October 11, 2010; 1:08 AM

The White House intensified its attacks Sunday on the powerful U.S. Chamber of Commerce for its alleged ties to foreign donors, part of an escalating Democratic effort to link Republican allies with corporate and overseas interests ahead of the November midterm elections.

**THIS STORY**
- Obama visit to Chamber of Commerce could mark thaw with business leaders
- U.S. Chamber, White House mending rift
- U.S. Chamber's Harris Backs Lowering Corporate Tax Rate
- View All Items in This Story



Obama urges crowd to show him the energy of '08

LAUNCH VIDEO PLAYER

The chamber adamantly denies that foreign funds are used in its U.S. election efforts, accusing Democrats of orchestrating a speculative smear campaign during a desperate political year.

President Obama, speaking at a rally in Philadelphia, said "the American people deserve to know who is trying to sway their elections" and raised the possibility that foreigners could be funding his opponents.

"You don't know," Obama said at the rally for Senate candidate Joe Sestak and other Democrats. "It could be the oil industry. It could even be foreign-owned corporations. You don't know because they don't have to disclose."

The remarks are part of a volley of recent attacks by Obama and other Democrats on alleged foreign influence within the Republican caucus, whether through support for outsourcing jobs by major U.S. corporations or through overseas money making its way into the coffers of GOP-leaning interest groups.

The comments also come as Democrats attempt to cope with an onslaught of independent political advertising aimed at bolstering Republicans, much of it fueled by donations that do not have to be revealed to the public. The spending has added to a political environment in

Ex 8