# HBGary Email Viewer

## aaron@hbgary.com



| Original file: | 1297010363.M484671P14101Q9207.cybercom |
|---|---|
|  | click here to show this e-mail with HTML markup |
| From: | Aaron Barr <aaron@hbgary.com> |
| To: | Patrick Ryan <pryan@bericotechnologies.com> |
| Date: | Tue, 9 Nov 2010 23:36:50 -0500 |
| Subject: | Link |
|  | click here to show full headers |
| Attachments: | smime.p7s (3809 bytes) |

http://bigjournalism.com/libertychick/2010/10/11/progressives-embrace-convicted-terrorist/

We could do so much with this...

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478

Ex 9