10/9/2015
Case 8:15-cv-00723-GJH   Document 74-10   Filed 10/14/15   Page 1 of 2
Gmail - Court-ordered communication



Aaron Worthing <aaronjw72@gmail.com>

## Court-ordered communication
1 message

A.W. <aaronjw72@gmail.com>   Mon, Oct 5, 2015 at 9:37 PM
To: Justice Through Music <justicejtmp@comcast.net>

Mr. Kimberlin:

As you might have seen in the case search, today we are supposed to have "meeting of all counsel" in Walker v. Maryland, et al. I spoke with Judge Mason's chambers and they explained that we are instructed to discuss the possibility of settlement. That is the purpose of this email.

And, indeed, this can be settled, and, in general, these are my suggested terms. Let me suggest now that you consult with an attorney about this matter, and I ask you to inform me immediately if you do retain such an attorney.

1)   You agree to all injunctive relief I am seeking in this case by a consent decree. You can do so without admitting fault. Indeed, I am perfectly willing to let you avoid admitting fault in relation to this entire agreement.

2)   You pay me $50,000 for out-of-pocket expenses and general aggravation.

3)   You drop every lawsuit against me and promise never to seek injunctive relief of any kind designed to prevent me from engaging in expression of any kind.

4)   You drop every lawsuit related to your campaign of brass-knuckles reputation management, specifically: all cases involving me and your case involving Hunton and Williams. You agree not to seek discovery against me in any future lawsuit in which I am not a party.

5)   Nothing I wrote comes down from the Internet, and I will agree to no restrictions on what I say in the future. If, in the future, I do defame you or otherwise commit a tort against you, your remedy will be a suit for damages subject to the limitations in points 1 and 3.

6)   For every agreement settling any part of any case I have been involved in, you will inform the other parties that you waive all provisions of any existing agreements requiring any voluntary limits on their own expression and any requirement that they delete or otherwise alter any writings about you written in the past. That includes any agreement with Thomas and Malone, the American Spectator, RedState, Erickson, Ace of Spades, and so on. That waiver will specifically promise that any contracts otherwise remains in effect and that you will continue to uphold your end of those bargains.

Ex 10

That is a general outline of a contract I am proposing. It is not itself a contract; it is simply the proposed outline of a potential contract. No agreement is valid and binding between us until it is written out in detail, signed, and countersigned. If you think these terms are amenable, I will draft a contract and consent decree that fits this outline. Therefore, neither of us, are bound to these terms until and unless a full contract is written and signed. I say that for your protection as well as my own.

You know I am in the right in this controversy. You know every word I wrote about you in my Third Amended Complaint is true. You know, therefore, that my terms are more than fair.

Sincerely,

Aaron J. Walker, Esq.

P.S.: if you send me any attachments in response, I will delete your email unread.