## People in Watching's circles

You can add these people to your circles or see which of your circles you've already added them to.

Relevance ⌄

 **Bill Nickless**
Pacific Northwest National Labor.
 Add

**Sarah Wells**
 Add

 **Paul Lemmen**
Retired
 Add

 **Dianna Deeley**
Irwin Charity Foundation
Add

 **Ken At Popehat**
Los Angeles
 Add

 **Jennifer "Asherah" E**
Add

 **Michael Malone**
Total Riot Productions
 Add

 **Rain Z**
Add

Done

Ex 11