**Bill Nickless** @BillNickless · Jan 27
I am, @OsborneInk, permitted to exercise my right to comment on matters of public interest as any other U.S. Citizen.

View conversation

**Bill Nickless** @BillNickless · Jan 27
Very simple, @OsborneInk ; I am not authorized to speak to journalists on what I do for a living. That's someone else's job.

View conversation

X **Bill Nickless** @BillNickless · Jan 27
Excellent questions for PNNL, @OsborneInk . Go to pnnl.gov/contacts/ to learn how to contact an official media spokesperson.

View conversation

X **Bill Nickless** @BillNickless · Jan 27
Do you have any questions about Battelle or PNNL, @OsborneInk ? I'm not authorized to speak for them but can put you in touch if you like.

View conversation

**Bill Nickless** @BillNickless · Jan 27
Yes @OsborneInk that is me. The Pacific Northwest National Laboratory is operated by Battelle Memorial Foundation, since 1965.

View conversation

**Bill Nickless** @BillNickless · Jan 27
Hi @OsborneInk I am not a federal employee. I work for a 501(c)3 charitable foundation. Wanna tax write off? I can hook you up!

View conversation

**Bill Nickless** @BillNickless · Jan 27
No, @OsborneInk, PNNL does not pay me to prosecute conspiracy theories on the Internet.

View conversation

Ex 12