Ex 13

 **Bill Nickless**
BillNickless

 Blocked

Oh well, @liberaluniverse, guess I'll get out of bed and go to the lab. Will my managers/sponsors accept my work? Hope so! @WhoIsNumberNone

10:30 AM - 4 Jan 2015

Ex 13