**Re: Stalking complaint against your employee Bill Nickless**

Branton, Vincent A

Sent: Monday, February 2, 2015 at 9:06 PM

To: justicejtmp@comcast.net

Mr. Kimberlin:

Thank you for your email.  We will look in to this matter and provide you with a response upon completion of our examination.

Sincerely,

---

**Vincent A. Branton**
General Counsel
Pacific Northwest National Laboratory