LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOHN J. BUCKLEY, JR.
(202) 434-5051
jbuckley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 15, 2015

Hon. George J. Hazel
District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *Kimberlin v. Hunton & Williams LLP, et al.*, Case No. 8:15-cv-00723-GJH

Dear Judge Hazel:

Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss (collectively "the H&W Defendants") write to state an objection to Plaintiff Brett Kimberlin's discovery requests. On September 18, 2015, Plaintiff served a First Request for Documents and a First Set of Interrogatories on the H&W Defendants. Plaintiff also requested a response within 30 days. Because no scheduling order has been entered in this action, the H&W Defendants promptly responded to Plaintiff and advised that they would be objecting to his discovery requests under Local Rule 104.4, which states that "discovery shall not commence and disclosures need not be made until a scheduling order is entered." *See also* Fed. R. Civ. P. 26(d)(1). Discovery requests that are served before the entry of a scheduling order are "defective and unenforceable." *Keller v. Edwards*, 206 F.R.D. 412, 414 (D. Md. 2002). Despite Plaintiff's attention having been called to Local Rule 104.4, he has not withdrawn his discovery requests, thus requiring H&W Defendants to submit this letter.

**WILLIAMS & CONNOLLY LLP**

Hon. George J. Hazel
October 15, 2015
Page 2

      The H&W Defendants hereby object to Plaintiff's requests for documents and interrogatories on the grounds cited above. Further, the H&W Defendants reserve all rights, including the right to object to Plaintiff's discovery requests on any other applicable basis at a later date and to file an opposition to Plaintiff's Motion to Allow Discovery, D.I. 75, within the time allowed for a response under Local Rule 105(2)(a).

      Sincerely,

      /s/
      John J. Buckley, Jr.

cc:     Brett Kimberlin