**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
|        Plaintiff, | )   Case No. 8:15-cv-00723-GJH |
| | ) |
| v. | ) |
| | ) |
| HUNTON & WILLIAMS LLP, *et al.*, | ) |
| | ) |
|        Defendants. | ) |

**DEFENDANT PACIFIC NORTHWEST NATIONAL LABORATORY'S
MOTION FOR STAY OF DISCOVERY AND RULE 26 OBLIGATIONS**

Pacific Northwest National Laboratory ("PNNL") hereby moves for a stay of discovery in this case, as well as a stay of the parties' obligations under Fed. R. Civ. P. 26, pending the Court's ruling on PNNL's motion to dismiss, and submits with this motion a memorandum in support.

WHEREFORE, Defendant Pacific Northwest National Laboratory respectfully requests the entry of an order staying all discovery in this case, as well as staying the parties' obligations under Fed. R. Civ. P. 26, pending the Court's ruling on PNNL's Motion to Dismiss.

Dated: October 15, 2015

    Respectfully submitted,

     /s/ Lisa B. Zycherman
    LISA B. ZYCHERMAN
    lisazycherman@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    1919 Pennsylvania Avenue, NW, Suite 800
    Washington, DC 20006
    Telephone: (202) 973-4200

    MARK BARTLETT (*pro hac vice*)
    markbartlett@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    1201 3rd Avenue, Suite 2200
    Seattle, WA 98101
    Telephone: (206) 622-3150

    *Attorneys for Pacific Northwest National Laboratory*