**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUNTON & WILLIAMS LLP, *et al.*, )<br>)<br>Defendants. ) | Case No. 8:15-cv-00723-GJH |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2015, upon consideration of the motion to stay discovery by defendant Pacific Northwest National Laboratory and the briefs in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that discovery in the above-referenced matters between plaintiff and defendant Pacific Northwest National Laboratory shall be stayed until such time as this Court issues an order on defendant Pacific Northwest National Laboratory's motion to dismiss.

IT IS SO ORDERED.

_____
Judge George Jerrod Hazel