# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT KIMBERLIN,<br><br>Plaintiff,<br><br>v.<br><br>HUNTON & WILLIAMS LLP, *et al.*,<br><br>Defendants. | Case No. 8:15-cv-00723-GJH |

## PROPOSED ORDER

Upon consideration of the motion to stay discovery by defendants Berico Technologies and Nicholas Hallam (collectively, "Berico") and the briefs in support thereof and in opposition there to, it is hereby

**ORDERED** that the motion shall be, and hereby is, **GRANTED**.

**IT IS FURTHER ORDERED** that the issuance of a scheduling order is stayed until the resolution of Berico's Motion to Dismiss (ECF No. 53).

**IT IS FURTHER ORDERED** that Berico is not required to respond to discovery requests from Plaintiff and Plaintiff may re-serve discovery requests on Berico after issuance of a scheduling order in this case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Allow Discovery (ECF No. 75) is denied.

**SO ORDERED** this _____ day of _____, 2015.

_____
Judge George Jerrod Hazel