## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, I caused the foregoing to be filed via the Court's CM/ECF system, which will automatically serve a copy on all registered participants.

I also caused a copy to be sent via first-class mail and electronic email to the following:

>Brett Kimberlin
>8100 Beech Tree Road
>Bethesda, Maryland 20817
>justicejtmp@comcast.net
>*Pro Se Plaintiff*
>
>William Hoge
>20 Ridge Road
>Westminster, Maryland 21157
>himself@wjjhoge.com
>*Pro Se Defendant*

>   /s/  Attison L. Barnes, III
>Attison L. Barnes, III
>Wiley Rein LLP