# Exhibit A

## Gardner, Allen (DC)

**From:** justicejtmp@comcast.net
**Sent:** Monday, September 28, 2015 11:48 AM
**To:** Gardner, Allen (DC)
**Subject:** Re: Kimberlin v. H&W

Allen:

I figured as much and I am planning to ask the Court this week to issue either an order for discovery or a scheduling order. I am not going to make the same mistake I made in the other RICO case before Hazel and not request discovery prior to a ruling on the Motions to Dismiss. It is my understanding of case law that a judge commits reversible error if he grants a RICO M2D for insufficient pleading without allowing for discovery from the defendants who possess the facts that would support the RICO charge.

Brett

----- Original Message -----
From: "ALLEN GARDNER" <ALLEN.GARDNER@LW.com>
To: justicejtmp@comcast.net
Cc: "Alexandra Shechtel" <Alexandra.Shechtel@lw.com>
Sent: Monday, September 28, 2015 10:30:59 AM
Subject: RE: Kimberlin v. H&W

Brett,

Palantir objects to the attempted issuance of any discovery prior to the Court entering a scheduling order per Local Rule 104(4). Please let me know if you have any questions.

Thanks,

Allen


From: Justice Through Music [mailto:justicejtmp@comcast.net]
Sent: Thursday, September 24, 2015 9:10 PM
To: Gardner, Allen (DC)
Subject: Kimberlin v. H&W

Allen:

In light of the Defendants' Motions to Dismiss arguing that I have not stated a claim and failed to set forth the claims with particularity, I am seeking discovery to ensure that the Court has all the necessary information to make a decision on the motions. I will also be filing a motion with the Court re Discovery in the coming days making my argument as to why I need discovery now and why the court will not want to rule without first allowing discovery.

Thanks,

Brett

1