IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| BRETT KIMBERLIN, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.:   8:15-cv-000723 GJH |
| | ) | |
| HUNTON & WILLIAMS, LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### OPPOSITION OF DEFENDANTS GREG HOGLUND, STRATIO INFORMATION TECHNOLOGY, LLC (F/K/A HB GARY FEDERAL, LLC), AND MANTECH INTERNATIONAL CORPORATION TO MOTION TO ALLOW DISCOVERY

Defendants, Greg Hoglund ("Hoglund"), Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) ("Stratio"), and ManTech International Corporation ("ManTech") (together, the "HB Gary Defendants"), by and through counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, oppose the Motion to Allow Discovery (ECF No. 75) filed by Plaintiff Brett Kimberlin ("Kimberlin"), and state as follows:

1. As set forth in the Motion to Stay Discovery and Rule 26 Obligations filed by Defendant Pacific Northwest National Laboratory (ECF No. 77), Motion to Stay Discovery and Opposition to Plaintiff's Motion to Allow Discovery filed by Defendant Berico Technologies (ECF No. 78), the Motion to Stay Discovery and Opposition to Plaintiff's Motion to Allow Discovery filed by Defendant Palantir Technologies, Inc. (and associated employees) (ECF No. 83), and the Opposition to Motion for Discovery filed by Defendant Hunton & Williams LLP (and associated employees) (ECF No. 85), all of which are incorporated by reference herein, this Court's Local Rules state that "discovery shall not commence and disclosures need not be made until a scheduling order has been entered." L.R. 104.4. This Court has recognized that the purpose of Local Rule 104.4 is to protect a party from the burden of responding to discovery



PALEY
ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com

requests before the Court has determined that the plaintiff states a plausible claim on which relief may be granted. *See Thompson v. Dorsey*, 2011 WL 2416631, at *1 (D. Md. 2011). Kimberlin presents no reason for the Court to depart from its standard rule. In fact, given Kimberlin's history of filing sweeping, non-meritorious claims, *see Kimberlin v. Nat. Bloggers Club*, 2015 WL 1242763, at *1 (D. Md. March 7, 2015), the rationale for staying discovery appears particularly applicable in this case.

2. Discovery is moreover inappropriate with respect to the HB Gary Defendants because Kimberlin has already obtained tens of thousands of pages of internal e-mails from Stratio that were released by the hacker group Anonymous in 2011. Kimberlin has therefore, in effect, already received a huge cache of documents that would typically be sought in discovery from the HB Gary Defendants. It would be unduly burdensome to require the HB Gary Defendants to incur the cost of producing to Kimberlin documents that he likely already has by virtue of the Anonymous release, particularly during the pendency of the HB Gary Defendants' Motion to Dismiss

3. Finally, the HB Gary Defendants further note that Kimberlin's representation in his Motion to Allow Discovery that he "has served all the Defendants" with discovery requests is incorrect. No discovery requests have been served to the HB Gary Defendants.

WHEREFORE, the HB Gary Defendants respectfully request that the Court:

A. Deny Kimberlin's Motion to Allow Discovery; and

B. Grant such further relief as the Court may deem appropriate.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.

By: __/s/ D. Jack Blum_____
    Glenn M. Cooper, #00977
    Patricia M. Weaver, #10951
    D. Jack Blum, #07241
4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Telephone:   (301) 951-9360
Facsimile:    (301) 654-7354
gcooper@paleyrothman.com
tweaver@paleyrothman.com
jblum@paleyrothman.com

*Attorneys for Defendants Greg Hoglund, Stratio Information Technology, LLC, and ManTech International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, a copy of the foregoing Opposition of Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation to Motion to Allow Discoverywas served via the Court's CM/ECF system to all counsel of record, and a copy of the foregoing was also sent by first-class mail to the following *pro se* parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817

William Hoge
20 Ridge Road
Westminster, Maryland 21157


    /s/ D. Jack Blum_____
    D. Jack Blum