UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUNTON & WILLIAMS LLP, *et al.*, )<br>)<br>Defendants. ) | Case No. 8:15-cv-00723-GJH |

**DEFENDANT PACIFIC NORTHWEST NATIONAL LABORATORY'S
OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW DISCOVERY**

Pacific Northwest National Laboratory ("PNNL") hereby opposes Plaintiff' Motion to Allow Discovery. Doc. 75. PNNL incorporates by reference its Motion for Stay of Discovery and Rule 26 Obligations, and all arguments and grounds stated therein for an order of this court staying discovery until a ruling issues on PNNL's pending motion to dismiss. Doc. 77.

In opposition to Plaintiff's motion for discovery, PNNL further notes that discovery requests at this stage in the litigation are premature because the Court has not issued a scheduling order.[1] Fed. R. Civ. P. 26(d)(1). Such an order is required before discovery may commence. L.R. 104.4; *see also Keller v. Edwards*, 206 F.R.D. 412, 414-15 (D. Md. 2002) (discovery requests served before issuance of scheduling order are "defective and unenforceable"); *Cooper v. Rowley*, Civ. A No. JFM-08-3209, 2010 WL 761209, at *2 n.7 (D. Md. Feb. 26, 2010) ("A scheduling order was not issued in this case. Therefore, discovery is not appropriate.").

Accordingly, this Court should (1) deny Plaintiff's Motion to Allow Discovery; and (2) grant PNNL's Motion for Stay of Discovery and Rule 26 Obligations through and until such time as the Court issues a ruling on PNNL's pending motion to dismiss the Complaint in its entirety.

---

[1] PNNL reserves all rights, including the right to object to Plaintiff's discovery requests on any other applicable basis at a later date.

1

Dated:  November 2, 2015

        Respectfully submitted,

        /s/ Lisa B. Zycherman
        LISA B. ZYCHERMAN
        lisazycherman@dwt.com
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue, NW, Suite 800
        Washington, DC  20006
        Telephone: (202) 973-4200

        MARK BARTLETT (*pro hac vice*)
        markbartlett@dwt.com
        DAVIS WRIGHT TREMAINE LLP
        1201 3rd Avenue, Suite 2200
        Seattle, WA 98101
        Telephone: (206) 622-3150

        *Attorneys for Pacific Northwest National Laboratory*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Opposition to Plaintiff's Motion to Allow Discovery, was served upon all counsel of record on this 2nd day of November 2015 via use of the Court's ECF system.

I also caused a copy to be sent via first-class mail and electronic email to the following:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
justicejtmp@comcast.net
*Pro Se Plaintiff*

William Hoge
20 Ridge Road
Westminster, Maryland  21157
himself@wjjhoge.com
*Pro Se Defendant*

　　　　　　　　　　　　　　　　　　　　 /s/ Lisa B. Zycherman
　　　　　　　　　　　　　　　　　　　　Lisa B. Zycherman