UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.      No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
    Defendants.

**MOTION FOR ALTERNATE SERVICE RE DEFENDANT AARON BARR**

Now comes Plaintiff Brett Kimberlin and moves this Court, pursuant to Maryland Rule2 2-121(b) and 2-122, to order alternative service for Defendant Aaron Barr. In support of this motion, Plaintiff states the following:

1. Plaintiff's certifies the statements in this motion pursuant to 28 USC 1746, stating that he has served Defendants Aaron Barr at his official, last known address, by certified mail, restricted delivery, return receipt requested.

2. This is the second motion for alternate service filed with regard to Defendant Barr. In the first motion, he requested alternate service for Defendants Barr, Ryan and Nickless. This Court denied that motion without prejudice to allow Plaintiff to try again to serve the three Defendants. Defendant again sent a new summons to Defendant Nickless, which he refused, but he availed himself to the jurisdiction of this Court by filing an affidavit in support of his employer, Defendant PNN. Therefore Plaintiff has asked this Court to consider him served. Defendant Ryan, through an attorney, contacted Plaintiff on November 2, 2015 and stated that he would accept service.

3. Plaintiff learned from Aaron Barr's Linkedin profile, www.linkedin.com/in/aaronbarr3, that Defendant Barr was working at Runrivr Inc,, located at 999 18th Street, Suite 300, Denver, CO 80202. Plaintiff called Runrivr and asked if Aaron Barr worked there and whether he received mail at that address. The receptionist stated that he did and that he would receive his mail. Therefore, Plaintiff sent a copy of the complaint and summons to Defendant Barr on October, 6, 2015. Unfortunately, that envelope was returned as unclaimed. See Exhibit A.

4. As noted in Plaintiff's previous motion, he previously sent the summons and complaint to Aaron Barr to another address associated with Aaron Barr that was not forwarded. And, on June 5, 2015, Plaintiff posted the following notice on the blog, www.HuntonAndWilliamsWatch.org, which is known to all the defendants because it is a website dedicated to the illegal and tortious conduct of the defendants in this case. This site is visited regularly by defendants and attorneys involved in this case. The notice includes links to the summonses for Defendants Nickless, Barr and Ryan, and the Complaint.

**LEGAL NOTICE TO AARON BARR, PAT RYAN AND BILL NICKLESS OF SUMMONS IN CIVIL CASE**

*Posted on 05 June 2015*
Let it be known that the District Court of Maryland, Greenbelt Division, has issued summonses in the case of Kimberlin v. Hunton & Williams et al, GJH 15 CV 0723. Plaintiff has mailed those summonses to Defendants Aaron Barr, Pat Ryan and Bill Nickless but they have been returned. Therefore, notice is hereby given of the summonses (link) and the Complaint and Exhibits. (link and link). If a response is not made within a reasonable time, Plaintiff will seek a court order finding that these three Defendants have been given reasonable notice to of the summons and complaint. (http://huntonandwilliamswatch.org/?q=node/51)

5. Defendant's former employer, Defendant Greg Hogland, has filed motions in this case leading Plaintiff to believe that Defendant Aaron Barr is clearly aware of this case.

6. Defendant Barr is a key Defendant in this case since it was his emails that were hacked by Anonymous and this led to the exposure of the facts alleged in the Complaint. Defendant Barr is apparently avoiding service either alone or with the knowledge of other defendants.

7. As Judge Grimm stated in *Kimberlin v. NBC*, 13-3059 regarding another defendant who was avoiding service:

> "[T]he real purpose of service of process is to give notice to the defendant that he is answerable to the claim of the plaintiff." Karlsson v. Rabinowitz, 318 F.2d 666, 669 (4th Cir.1963). Here, there can be no serious question that Ace of Spades is keenly aware of the instant lawsuit that has been filed against it. See e.g., ECF No. 75-1; ECF No. 75-1, Exhibit A. Indeed, Ace of Spades has retained counsel for its defense in this proceeding – Mr. Paul Levy. See ECF Case 8:13-cv-03059-GJH Document 162 Filed 07/18/14 Page 1 of 4 No. 75-1 ¶ 3 (Affidavit of Mr. Levy) ("After Ace of Spades contacted me for assistance in opposing Kimberlin's motion for leave to take discovery, I spoke to Kimberlin about his motion."). Since that time, Mr. Levy has entered an appearance on behalf of Ace of Spades (see ECF No. 76) and has made several filings on the Court's docket (see ECF Nos. 75, 94, 106,159). Yet, despite having actual notice of Plaintiff's lawsuit and having itself contributed to the deluge of filings on the Court's docket, Ace of Spades is now attempting to hide behind a thinly cloaked veil of anonymity to avoid facing this lawsuit. It should go without saying, of course, that "[s]ervice of process obviously is not something that should be abused by a defendant to evade a lawsuit." Leach v. BB & T Corp., 232 F.R.D. 545, 551 (N.D.W. Va. 2005)." ECF 162, GLH 13-3059.

8. In the instant case, Plaintiff has twice made good faith attempts to serve Defendant Barr via certified mail, he has contacted people who are in communication with the defendant, and he has posted a legal notice in a public forum that is trafficked by persons involved in this case. Plaintiff believes that Defendant Barr is aware of this case

and is intentionally avoiding service.

Wherefore, Plaintiff moves this Court to either consider Aaron Barr served as of a date specific, or allow Plaintiff to serve Aaron Barr's prior employer, Defendant Greg Hoglund who has the ability to notify Defendant Barr of the service.

Respectfully submitted,

Brett Kimberlin
justicejtmp@comcast.net
(301) 320 5921
8100 Beech Tree Road
Bethesda, MD 20817

## DECLARATION UNDER 28 USC 1746

I BRETT KIMBERLIN, declare that the statements set forth in this motion are true and correct under penalty of perjury as set forth in 28 USC 1746.

Brett Kimberlin

Certificate of Service

I certify that I emailed copies of this motion to the attorneys in this case and sent a hard copy to Defendant Hoge this 4th day of November, 2015.

Brett Kimberlin

