Honorable Judge George J. Hazel  December 3, 2015
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: Kimberlin v. Hunton and Williams, et al
No. 8:15-cv-00723 GJH



**Notification of Relevant Fact**

Dear Judge Hazel:

Earlier today, a federal jury in Charleston, West Virginia found Massey Energy CEO Don Blankenship guilty of conspiracy to violate mine safety standards.

I alleged in my complaint that one of the reasons the Chamber of Commerce and other defendants planned to harm me and my non-profit employer was to intimidate and deter me from testifying in any federal proceeding regarding Mr. Blankenship.

Clearly, Mr. Blankenship was tried and convicted in a federal proceeding for criminal acts that I first brought to the attention of the FBI. I received some of that information from whistleblowers, and the FBI told me that I could be called to testify about it.

Sincerely,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net