Honorable Judge George J. Hazel  
6500 Cherrywood Lane  
Greenbelt, MD 20770

December 13, 2015

Re: Kimberlin v. Hunton and Williams, et al  
No. 8:15-cv-00723 GJH

**Important Information re Discovery**

Dear Judge Hazel:

Please be advised that I have received approximately 3000 pages of discovery in my other case before you, *Kimberlin v. Frey*, no. 13-3059. That discovery was produced pursuant to a protective order and I have asked you to modify that order so I can use the discovery as necessary.

The reason this is relevant to the instant case is that many of the Defendants have asked you to dismiss this case based on statute of limitations, failure to state a claim, and lack of specificity. I in turn have requested discovery from the Defendants prior to a ruling on those motions.

I can now state for the record that there are numerous documents within the 3000 *Frey* pages that support my claims in the instant case, including, as I have alleged, documents tying the instant Defendants to the original *Frey* defendants.

This underscores the profound need for discovery in the instant case prior to a ruling a ruling on the Motions to Dismiss.

Brett Kimberlin  
8100 Beech Tree Road  
Bethesda, MD 20817  
(301) 320 5921  
justicejtmp@comcast.net