IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

BRETT KIMBERLIN,

                Plaintiff,

v.                                                                              Civil Action No. 8:15-cv-00723-GJH

HUNTON & WILLIAMS LLP, et al.

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties, plaintiff Brett Kimberlin ("Plaintiff"), *pro se*, and defendant Patrick Ryan ("Ryan"), by counsel, stipulate and agree as follows:

1. Plaintiff dismisses and discontinues with prejudice all claims in this action against Defendant Ryan.

2. No party to this stipulation shall be entitled to, nor shall it seek, in this action or any other, an award of costs, disbursements or fees, including attorneys' fees, from any of their opponents or its counsel in this action.

3. No person not a party to this action has an interest in the subject matter of the action.

4. This Stipulation has been made pursuant to the terms of an agreement dated December 23, 2015.

WE ASK FOR THIS:

_____
Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
*Pro Se Plaintiff*

_____
Józef S. Przygrodzki (Bar No. 13797)
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, VA 22102
703.749.1300 (phone)
703.749.1301 (fax)
Przygrodzkij@gtlaw.com
*Attorney for Patrick Ryan*

SO ORDERED:

_____
United States District Court Judge

Entered: December ___, 2015