UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                                    No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
    Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANT HOGE'S MOTION FOR SANCTIONS**

Now comes Plaintiff Brett Kimberlin and responds in opposition to Defendant Hoge's frivolous Motion for Sanctions against Plaintiff. The motion is such a waste of this Court's time and resources that it should be summarily denied. It is these types of childish motions from Defendant Hoge that caused Judge Grimm to issue a management order in *Kimberlin v. Frey*, No. GJH 13 3059.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I mailed a copy of this motion to Defendant Hoge this 30th day of December 2015.