FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN -4 AM 11: 12

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLP, *et al.,*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

### WILLIAM HOGE'S REPLY TO PLAINTIFF'S OPPOSITION TO MR. HOGE'S MOTION FOR SANCTIONS

COMES NOW William Hoge and replies to Plaintiff's Opposition to Mr. Hoge's Motion for Sanctions. In reply Mr. Hoge states as follows:

### PLAINTIFF HAS NOT DENIED ANY OF THE ALLEGATIONS IN MR. HOGE'S MOTION

Mr. Hoge's instant motion and several previous motions lay out the details of multiple instances of Plaintiff's refusal to obey the Court's instruction concerning compliance with Fed. R. Civ. P. 5(a)(1) and L.R. 102.1(c). Plaintiff in many instances either failed to provide timely service of court papers on Mr. Hoge or failed to serve such papers at all, and Plaintiff has tried to cover his tracks by filing false certificates of service with the Court. In some instance, Plaintiff has filed certificates of service which openly state that Mr. Hoge was not served. Mr. Hoge's motion specifically pleads the who, what, when, where, and how of Plaintiff's defiance of the Court, but Plaintiff had not denied a single allegation Mr. Hoge has made. The Court should interpret his failure as a

confession that Mr. Hoge's allegations are true.

### PLAINTIFF'S OPPOSITION REPRESENTS OPEN CONTEMPT OF THIS COURT

The Plaintiff calls it "childish" to insist on service of process, but this Court has said it agrees with Mr. Hoge that "service is no mere technicality," and it has warned Plaintiff that any further documents that are not properly served would not be accepted. *See, e.g.,* *Kimberlin v. National Bloggers Club, et al.,* Case No. 13-CV-03059 (D.Md. 2015), Letter Order, Jan. 7, 2104, ECF No. 26 at 2. Perhaps Plaintiff believes that this Court's orders are childish.

Ordinarily in law, "contempt" refers only to the act of disobeying the court rather than the emotion, but in this case Plaintiff has demonstrated contempt is both sense of the word. He has refused to obey this Court's orders and rules, and he has demonstrated that he actually feels contempt for them. He feels actual contempt for this Court because he believes he will never face consequences for his lack of respect. It is time for this Court to prove him wrong and to enforce Mr. Hoge's right to due process of law.

### PRAYER FOR RELIEF

WHEREFORE, Hoge asks the Court to find Plaintiff in contempt for his continuing violations of the Rules with respect to service of court papers and for his false statements in Certificates of Service or, alternatively, to order him to show cause why he should not

be sanctioned for such behavior.  Mr. Hoge also asks for such other relief as the Court may

find just and proper.

Date:  4 January, 2016                                        Respectfully submitted,

                                                            William John Joseph Hoge, *pro se*
                                                            20 Ridge Road
                                                            Westminster, Maryland  21157
                                                            (410) 596-2854
                                                            himself @wjjhoge.com

### CERTIFICATE OF SERVICE

I certify that on the 4th day of January, 2016, I served a copy of the foregoing on
Brett Kimberlin via First Class U. S. Mail to 8100 Beech Tree Road, Bethesda, Maryland
20817, and on counsels of record  via email by permission.

                                                            William John Joseph Hoge