UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.  No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
Defendants.

**MOTION TO FILE DISCOVERY DOCUMENTS**

Now comes Plaintiff Brett Kimberlin and moves this Court to allow him to file documents received in discovery in *Kimberlin v. Frey*, No 13-3059 in the instant case to support his 1) Motion for Discovery, and 2) Opposition to Motions to Dismiss.

1. The Defendants in this case have taken a unified position that Plaintiff has provided no evidence of any connection between the H&W defendants and defendant Hoge and his associates. They have also argued that Plaintiff should not be allowed any discovery to prove that connection for SOL purposes, or to provide the specificity they assert is lacking in the Complaint.

2. In the *Frey* case, discovery has been ongoing for several months resulting in more than 2000 pages of documents and emails. A number of those emails support Plaintiff's allegations in the instant case, including several that show connections between the H&W defendants and Hoge and his associates. These connections began during the formation of Team Themis in October 2010 with emails from a Chamber of Commerce operative to Defendant Frey and at least one other very close Hoge associate. Another close Hoge associate repeatedly stated that she was

working a back channel on the "HB Gary" matter. In short, the discovery has both circumstantial and direct evidence of connections that are crucial for the truth finding process in the instant case.

3. Unfortunately Plaintiff cannot simply file the Frey discovery in this case because this Court issued a protective order re the Frey discovery. Plaintiff has asked this Court to modify and lift that order. Therefore, Plaintiff cannot file any of the Frey discovery in the instant case without permission from this Court.

4. Plaintiff is willing to file the discovery documents in this case under seal if the protective order remains in place. In that case, this Court should order the defendants in this case to be bound by the protective order in the *Frey* case. If the Court lifts the protective order, this motion would be moot since Plaintiff could use the discovery as he sees fit.

Wherefore, Plaintiff moves this Court to allow him to file discovery from the *Frey* case in the instant case.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I mailed a copy of this motion to William Hoge this 15th day of January, 2016

Brett Kimberlin