**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BRETT KIMBERLIN**,<br><br>   Plaintiff,<br><br>   *v.*<br><br>**HUNTON & WILLIAMS LLP**, *et al.,*<br><br>   Defendants. | Civil Action No. 8:15-cv-00723-GJH |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2.b, attorney Johnny Walker hereby moves to withdraw his appearance on behalf of the Chamber of Commerce of the United States. Attorney Bobby Burchfield has entered his appearance on behalf of the Chamber and will continue to serve as its counsel in this case.

January 22, 2016                               Respectfully submitted,

                                                              /s/ Johnny Walker
                                                    Bobby Burchfield, Esq. (Bar No. 02325)
                                                    bburchfield@kslaw.com
                                                    Johnny Walker, Esq. (*pro hac vice*)
                                                      jhwalker@kslaw.com
                                                    **KING & SPALDING LLP**
                                                      1700 Pennsylvania Avenue, NW
                                                      Washington, District of Columbia 20006
                                                      Telephone: 202 626 5524
                                                      Facsimile: 202 626 3737

                                                      *Attorneys for the Chamber of Commerce of the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, I caused a copy of the foregoing **Motion to Withdraw Appearance** to be filed via the Court's CM/ECF system, which will automatically serve a copy on all registered participants.

I also caused a copy to be sent via first-class mail and electronic mail to the following:

>Brett Kimberlin
>8100 Beech Tree Road
>Bethesda, Maryland 20817
>justicejtmp@comcast.net
>*Pro Se Plaintiff*
>
>William Hoge
>20 Ridge Road
>Westminster, Maryland 21157
>himself@wjjhoge.com
>*Pro Se Defendant*

                                            /s/ Johnny Walker
                                            Johnny Walker
                                            KING & SPALDING LLP