UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN 28   A 8: 57

CLERK'S OFFICE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
(301) 344-3910 FAX

BY_____ DEPUTY

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

January 28, 2016

RE: *Kimberlin v. Hunton & Williams, et al.*,
    GJH-15-723

## LETTER ORDER

Dear Counsel and Mr. Kimberlin:

Pursuant to Local Rule 6.c, Mr. Kimberlin is ordered to supplement his Motion to Amend with Leave of the Court (ECF No. 108) with an Amended Complaint. Loc. R. 6.c ("Unless otherwise ordered by the Court, the party filing an amended pleading shall file and serve (1) a clean copy of the amended pleading and (2) a copy of the amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type."). Plaintiff shall have fourteen days to do so.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

George Jarrod Hazel
United States District Judge