**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | ) | |
| Brett Kimberlin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:15-cv-00723-GJH |
| | ) | |
| Hunton & Williams LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO FILE DISCOVERY**
**BY DEFENDANTS HUNTON & WILLIAMS LLP, JOHN WOODS,**
**RICHARD WYATT, AND ROBERT QUACKENBOSS**

On January 15, 2016, Plaintiff filed a "Motion to File Discovery Documents," requesting

permission to file unspecified documents in this case that he has allegedly obtained in a separate

proceeding before this Court styled *Kimberlin v. Frey*, 8:13-cv-03059-GJH.  D.I. 106.[1]  Plaintiff

baldly asserts (without any supporting materials) that the unspecified documents will somehow

bolster his Complaint as well as his prior Motion to Allow Discovery.  *Id.* at 1–2.  Plaintiff's

request is procedurally improper and should be denied.

At the threshold, it is unclear what Plaintiff is actually requesting this Court to do when

he moves to "File Discovery."  The Federal Rules of Civil Procedure do not contemplate that a

party may "File Discovery" with a court at the motion-to-dismiss stage.  Plaintiff has separately

moved for leave to amend his Complaint (D.I. 108), and therefore his instant motion cannot be

---

[1] On January 21, 2016, Plaintiff also filed a Motion to Amend with Leave of the Court that
includes a request to add to his Complaint the same documents discussed in the instant Motion to
File Discovery.  D.I. 108 ¶ 2.  Defendants Hunton & Williams LLP, John Woods, Richard
Wyatt, and Robert Quackenboss intend to oppose that motion separately and consequently do not
address it here.

read as a request to amend.  And Plaintiff is not permitted to circumvent the requirements of

Federal Rule of Civil Procedure 15 and amend his complaint by simply making assertions in

motion papers or by attaching documents to pleadings.  *Zachair, Ltd. v. Driggs*, 965 F. Supp.

741, 748 n.4 (D. Md. 1997) ("[Plaintiff] is bound by the allegations contained in its complaint

and cannot, through the use of motion briefs, amend the complaint."); *see also Kimberlin v. Nat'l*

*Bloggers Club*, No. GJH-13-3059, 2015 WL 1242763, at *7 n.3 (D. Md. Mar. 17, 2015) ("It is

well-established . . . that a plaintiff cannot amend his or her complaint through the use of

opposition briefs.").  Because Plaintiff's motion seeks relief not contemplated or permissible

under the Federal Rules of Civil Procedure, it should be denied.

Plaintiff's motion is also improper because it comes long after the Motion to Dismiss

filed by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert

Quackenboss (collectively the "H&W Defendants") has been fully briefed and submitted to the

Court for decision.  Moreover, should the Court grant the H&W Defendants' Motion, the case

would be dismissed, and Plaintiff's instant motion would be moot.  As described in more detail

in the H&W Defendants' Motion to Dismiss and Reply (D.I. 58, 84), all of Plaintiff's claims are

barred by the applicable statutes of limitations and, additionally, fail to state a claim under

Federal Rule of Civil Procedure 12(b)(6). Whatever is contained in the unspecified documents

Plaintiff wishes to file, they cannot cure the fatal flaws in Plaintiff's Complaint that are identified

in the H&W Defendants' Motion.

Plaintiff's motion to "File Discovery" should be recognized for what it is: an untimely

and procedurally improper attempt to create confusion and delay in order to forestall the

inevitable dismissal of his Complaint as time-barred and deficient as a matter of law under Rule

12(b)(6).  The Court should deny Plaintiff's motion.

Dated:  January 29, 2016

Respectfully submitted,

/s/ John. J. Buckley, Jr.
John J. Buckley, Jr. (Bar No. 06249)
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
Email: jbuckley@wc.com

*Counsel for Defendants Hunton & Williams
LLP, John Woods, Richard Wyatt, and Robert
Quackenboss*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January, 2016, a copy of the foregoing

Opposition to Plaintiff's Motion to File Discovery by Defendants Hunton & Williams LLP, John

Woods, Richard Wyatt, and Robert Quackenboss was filed electronically with the Court's

electronic filing system, which provided electronic notice to all counsel of record in this matter.

In addition, a copy of the foregoing objection was sent to Plaintiff Brett Kimberlin by Federal

Express at 8100 Beech Tree Road, Bethesda, MD 20817.


_/s/_____
Barrett J. Anderson (Bar No. 13900)