UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
   Plaintiff,

v.     No. GJH 15-00723

HUNTON & WILLIAMS, et al,
   Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT HOGE'S MOTION TO STRIKE PLAINTIFF'S MOTION TO FILE DISCOVERY AND REQUEST FOR ORDER TO SHOW CAUSE**

Now comes Plaintiff Brett Kimberlin and responds to Defendant Hoge's Motion to Strike ECF 106.

### Defendant Hoge's Motion Constitutes An Unauthorized Practice of Law And Should Be Stricken

Defendant Hoge's motion should be stricken because it was written and prepared by Attorney Aaron Walker ("Walker"), who is not a party in this case. Walker is not a member of the Maryland Bar, has not been admitted to the Bar, is not licensed to practice law in Maryland, and is not a member of the Bar of this Court.

1.    Plaintiff has come into possession of the source files for Defendant Hoge's motion, which state that the motion was "author[ed]" and "modified" by Walker. Exhibit A. Another file has Walker's comments and advice in the body of the document and in the side margins. Exhibit B.

2.    MD Code, Business Occupation & Professions, section 10-601(a) states: "Except as otherwise provided by law, a person may not practice, attempt to practice, or offer to practice law in the State unless admitted to the Bar."

3. Section §10-101 et seq. defines the practice of law as follows:

"(1) 'Practice law' means to engage in any of the following activities:
(i) **giving legal advice;** (ii) representing another person before a unit of the State government or of a political subdivision; or (iii) performing any other service that the Court of Appeals defines as practicing law.
(2) 'Practice law' includes: (i) advising in the administration of probate of estates of decedents in an orphans' court of the State; (ii) preparing an instrument that affects title to real estate; **(iii) preparing or helping in the preparation of any form or document that is filed in a court or affects a case that is or may be filed in a court;** or (iv) **giving advice about a case that is or may be filed in a court.**" BOP §10-101(h). (Bold added).

4. MD Code, Business Occupation & Professions, section 10-602, states:

"Unless authorized by law to practice law in the State, a person may not represent to the public, by use of a title, including 'lawyer,' 'attorney at law,' or 'counselor of law,' by description of services, methods, or procedures, or otherwise, that the person is authorized to practice law in the State." The purpose of prohibition against unauthorized practice is to protect the public from "incompetent, unethical, or irresponsible representation." *See In re Application of R.G.S.*, 312 Md. 626, 638, 541 A.2d 977 (1988),

5. The penalty for violating the above sections is a misdemeanor conviction subject to a fine not exceeding $1000 or imprisonment not exceeding 1 year or both." MD, Business Occupations & Professions, section 10-606(c). The Attorney General or Bar Counsel can also sue to enjoin the illegal practice of law. Id. See section 10-406.

6. Plaintiff believes that Walker is preparing and advising on all of the documents Defendant Hoge is filing in this case and in *Kimberlin v. Frey*, No GJH 13-3059.

7.      This is not the first time Walker has tried to improperly interfere in this case. As Plaintiff noted in a prior filing, Walker tried to force Plaintiff to dismiss this case in exchange for Walker dismissing a depraved lawsuit he filed in Montgomery County Circuit Court.

8.      Because Defendant Hoge's motion was ghost written by Attorney Aaron Walker in violation of Maryland law and the rules of this Court, it must be stricken from record.

9.      Plaintiff also asks this Court to issue an order prohibiting Aaron Walker from preparing any document in this or any other case in this Court for Defendant Hoge, or giving advice to Defendant Hoge about such cases.

10.     Finally, Plaintiff asks this Court to issue an Order to Show Cause why Aaron Walker should not be sanctioned, held in contempt, or referred for criminal prosecution for blatantly engaging in the unauthorized practice of law in this Court.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921

CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on Defendant William Hoge and the attorneys in Kimberlin v. Frey, this 1st day of February 2016.

Brett Kimberlin