

297175659-Hoge-Opp-docx (Protected View) - Word

# Info

## 297175659-Hoge-Opp-docx
Downloads

**Protected View**
This file came from the Internet, so we opened it in a way that helps to keep your computer safe from viruses (just in case).
Don't worry—you can continue reading in this view. If you need to edit, and you trust this file, then enable editing.
Protected View Settings
Learn more about Protected View

Enable Editing

**Properties**
| | |
|---|---|
| Size | 22.9KB |
| Pages | |
| Words | |
| Total Editing Time | 22 Minutes |
| Title | None |
| Tags | None |
| Comments | None |

**Related Dates**
| | |
|---|---|
| Last Modified | 1/26/2016 3:14 AM |
| Created | 1/26/2016 2:52 AM |
| Last Printed | |

**Related People**
Author — Aaron
Last Modified By — Aaron

**Related Documents**
Open File Location

Show All Properties