# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,

      Plaintiff,

v.

HUNTON & WILLIAMS LLP, *et al.*,

      Defendants.

Case No. 8:15-cv-00723-GJH

## OPPOSITION TO PLAINTIFF'S MOTION TO FILE DISCOVERY DOCUMENTS BY DEFENDANTS BERICO TECHNOLOGIES AND NICHOLAS HALLAM

Defendants Berico Technologies and Nicholas Hallam (collectively "the Berico Defendants") hereby oppose Plaintiff Brett Kimberlin's Motion to File Discovery Documents.  *See* ECF No. 106 (Jan. 15, 2016).  As argued in the opposition brief filed by the Hunton & Williams Defendants, Mr. Kimberlin's request to file discovery is not appropriate at the motion-to-dismiss stage and not proper under the Federal Rules of Civil Procedure.[1]  *See* ECF No. 112 (Jan. 29, 2016).  The motion also runs contrary to Local Rule 104.5, which instructs parties not to file discovery materials with the Court.

Finally, as Mr. Kimberlin admits, filing these documents would violate the protective order in effect in the case in which Plaintiff received these documents, *Kimberlin v. Frey*, No. 8:13-cv-03059-GJH (D. Md.).  *See* ECF No. 106 at 2.  Nothing in Mr. Kimberlin's motion suggests that Mr. Frey consents to the use of his confidential documents for this purpose.  Indeed, Mr. Frey recently filed a brief in that litigation specifically opposing any modification or circumvention of the protective order that would allow Mr. Kimberlin to file or disclose documents produced by Mr. Frey.  *See Kimberlin v. Frey*, No. 8:13-cv-03059-GJH, ECF No. 335 (D. Md. Jan. 29, 2016).

---

[1] The Berico Defendants hereby adopt and incorporate the arguments made by the Hunton & Williams Defendants.

For these reasons, the Berico Defendants request that this Court deny the Motion to File

Discovery Documents.

February 1, 2016                          Respectfully submitted,

                                          By: /s/  Mark B. Sweet_____
                                              Attison L. Barnes, III (Bar No. 15198)
                                              Jennifer S. Zucker (*pro hac vice*)
                                              Mark B. Sweet (*pro hac vice*)
                                              Wiley Rein LLP
                                              1776 K Street NW
                                              Washington, DC 20006
                                              Tel: (202) 719-7000
                                              Fax: (202) 719-7049
                                              msweet@wileyrein.com

                                              *Attorneys for Berico Technologies and*
                                              *Nicholas Hallam*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 1, 2016, I caused the foregoing to be filed via the Court's CM/ECF system, which will automatically serve a copy on all registered participants.  I also caused an electronic copy to be sent via email and a paper copy to be sent via first class mail to the following:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817
justicejtmp@comcast.net
*Pro Se Plaintiff*

William Hoge
20 Ridge Road
Westminster, Maryland 21157
himself@wjjhoge.com
*Pro Se Defendant*

*/s/ Mark B. Sweet*
Mark B. Sweet
Wiley Rein LLP