**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
*Southern Division*

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
(301) 344-3910 FAX

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 FEB -1  P 4: 56

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

February 1, 2016

RE: *Kimberlin v. Hunton & Williams, et al.*,
GJH-15-723

### LETTER ORDER

Dear Counsel and Mr. Kimberlin:

Plaintiff's Motion for Extension of Time to File Amended Complaint (ECF No. 114) is GRANTED, in part. Plaintiff shall have thirty days from the date of this Order to supplement his Motion to Amend with Leave of the Court (ECF No. 108) with an Amended Complaint. Loc. R. 6.c ("Unless otherwise ordered by the Court, the party filing an amended pleading shall file and serve (1) a clean copy of the amended pleading and (2) a copy of the amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type.").

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

*/s/ George J. Hazel*

GEORGE J. HAZEL
United States District Judge