FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 FEB -2  AM 10: 24

CLERK'S OFFICE
AT GREENBELT

BY___BV___DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff

v.                                                                         CASE NO.: 8:15-CV-00723-GJH

HUNTON AND WILLIAMS, ET AL.

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MR. WALKER'S OPPOSITION TO PLAINTIFF'S MOTION TO SHOW CAUSE

NOW COMES non-party Aaron J. Walker, Esq., and files this Opposition to the Plaintiff's motion for a show cause order (ECF No. 113) and states the following:

1. On February 1, 2016, Mr. Kimberlin filed a "Plaintiff's Response to Defendant Hoge's Motion to Strike Plaintiff's Motion to File Discovery and Request for Order to Show Cause" (ECF No. 113) (hereinafter "Plaintiff's Response").

2. In it, the Plaintiff claims wildly that I have engaged in unauthorized practice of law and should be subjected to a show cause order with potential sanctions and injunctions. I file this only to respond to these meritless allegations and to oppose the issuance of any show cause order.

3. In the Plaintiff's Response, he states that he somehow intercepted an earlier draft of a document entitled "Defendant William Hoge's Opposition to Plaintiff's Motion for Leave to Amend (ECF. No. 108)." This document was eventually filed as ECF No. 110 in a different form. He claims that this intercepted draft is evidence of unauthorized practice of law *in Maryland*. It is not.

4. As this Court is aware, I am an attorney in good standing in Virginia and Washington, D.C. (Va Bar No. 48882 and D.C. Bar No. 481669). I have provided representation to Mr. Hoge for several years on various matters. I make the following disclosures under Va. Code of Prof'l Conduct R. 1.6(b)(2).

5. I regularly examine drafts of legal documents authored by Mr. Hoge and make suggestions for improvements. These suggestions range from correcting typos to explaining substantive points of law. In every case, Mr. Hoge does the bulk of the writing, and I merely make suggestions that Mr. Hoge often adopts.

6. All of these activities are done strictly in Virginia.[1] I have never engaged in any activity that constitutes "the practice of law" while on Maryland soil.

7. Ordinarily, the process of aiding Mr. Hoge in drafting legal documents occurs as follows: (1) Mr. Hoge sends me a PDF copy of his draft legal filing, (2) I read it over, and then (3) I call Mr. Hoge with suggestions, some of which (4) Mr. Hoge integrates into his writing.

8. However, a different process was followed in relation to "Defendant William Hoge's Opposition to Plaintiff's Motion for Leave to Amend (ECF No. 108)" (the document described as Exhibit B to the Plaintiff's Response).[2] Mr. Hoge sought my aid on January 25, 2016. On that day, I had lost my home Internet service because of the ongoing effects of the historic blizzard Jonas that this area suffered on January 23-24, 2016. No other utilities were affected. Therefore, my Internet connectivity was limited to my personal cell phone. It is difficult, to say the least, to read PDFs on my

---

[1] I could legally do these acts in the District of Columbia as well, but I haven't had the occasion to do so.
[2] The Plaintiff does not appear to have marked either exhibit, but for the sake of clarity, I refer to the text that begins with the headline "Defendant William Hoge's Opposition to Plaintiff's Motion for Leave to Amend (ECF No. 108)."

phone. Therefore, to help me review the draft, Mr. Hoge sent the email attached as Exhibit A to this Opposition which contained a copy-and-paste of the raw text of his motion.

9. However, before I finished proofreading that text, my home Internet service was restored. So I took the same text and copied-and-pasted it into a new Microsoft Word file I had just created. I took that document, turned on the "track changes" feature in Word, and entered corrections or comments in brackets as appropriate. Finally, when I was satisfied with the alterations, I sent the document to Mr. Hoge. All of these actions were taken in my home in Manassas, Virginia; indeed, I was snowed in at that time.

10. Therefore, while Word would register me as the "author" of the document, that is only because it was my hands that copied-and-pasted Mr. Hoge's text from his email into a new Word document. However, the suggested changes were mine. One can see plainly that I am making suggestions to Mr. Hoge by the inclusion of lines such as this:

> A Preliminary Matter [I think this is a bad idea. The better approach is to introduce it organically in the text, using footnotes to explain the background (like I did in my last opp to his motion to compel), and use "hereinafters" as appropriate.]

As is obvious on the face of the document, the bracketed portion was written by me as a comment, and I am saying to Mr. Hoge that his entire section entitled "A Preliminary Matter" is a poor idea. In the draft he had shared with me, Mr. Hoge had written a section laying out his different abbreviations, and I suggested that rather than having a separate section, Mr. Hoge simply set up the abbreviations as they come up as is traditionally done in legal writing. Mr. Hoge largely followed that advice.

11. This pattern is repeated throughout the document as I suggested corrections or typed in commentary in brackets. Further, not all of these suggestions were accepted by Mr. Hoge. For instance, I suggested that Mr. Hoge write "In the opening paragraph of his Motion[,] Plaintiff correctly cites the

reasons why the Court should deny his motion, viz." Mr. Hoge used the word "inadvertently" instead of "correctly" for reasons known only to him.

12. Likewise, I suggested that Mr. Hoge write as follows: "Therefore, even if the emails she [Mandy Nagy] sent contains a 'smoking gun' it is futile under the Federal Rules of Evidence, because no one will be able to authenticate them." Instead Mr. Hoge wrote the following: "Even if such emails contain an arsenal of smoking guns, trying to authenticate them would be futile under the Federal Rules of Evidence 901." Similar instances where Mr. Hoge deviated slightly or significantly from my suggestions can be found throughout. It tends to show that while Mr. Hoge takes my advice seriously, he is his own person and makes his own decisions on how to present arguments before this Court.

13. Such activity amounts, arguably, to "helping in the preparation" of legal documents that are filed in court as defined in MD CODE Bus. Occ. & Prof. §10-101(iii) or "giving advice about a case that is... in a court."[3] but the key fact is that I did all of this *in Virginia*. The operative statute on unauthorized practice of law in Maryland, MD CODE Bus. Occ. & Prof. §10-601(a) only prohibits the practice of law (or the attempt or offer to do so) "*in the State*"—meaning Maryland. Since I was not in

---

[3] It should also be noted that this rule would appear to be absurdly overbroad and, therefore, be questionable if challenged under the First Amendment. For instance, if it is "practice of law" to "help[] in the preparation of any form or document that is filed in a court" then a legal secretary providing nothing more than proofreading is arguably engaged in unauthorized practice of law. Arguably, the clerk running the copy machine at the local Staples is engaged in authorized practice of law if he makes copies of a document intended to be filed in court. Indeed, taken too literally, this rule would prohibit blind attorneys from hiring sighted non-attorneys to act as their scribes when filing papers before any Maryland Court, effectively making it impossible for persons with many disabilities to practice law. *C.f. Bartlett v. New York State Bd. of Law Examiners*, 970 F. Supp. 1094, 1130 (S.D. N.Y. 1997) (future Supreme Court Justice Sotomayor stating that the ability to see is not a bona fide occupational qualification for attorneys and stating she is thankful that blind attorneys have been admitted to the bar). As absurd as this rule is, however, I have not violated it.

Maryland, and I was authorized to practice in the state I was in when I provided this help to Mr. Hoge (Virginia), I was engaged in the *authorized* practice of law.

14. What the Plaintiff is scandalized by, therefore, is actually what is ordinarily done in the law. Lawyers regularly have clients not only from across the nation, but from all over the world, and they provide legal advice—including helping to prepare legal documents—to be submitted everywhere courts are found. So long as they are authorized to practice where they are sitting, none of this is illegal or even unusual.

15. Accordingly, with the Plaintiff's latest attempt to fill this Court's docket with needless drama, the Plaintiff has presented no evidence of anything more than lawful work, provided pro bono, to a dear friend. I won't comment on whether a motion to strike is justified by these histrionics because I have no standing on the subject, but the Plaintiff has not presented any evidence justifying a show cause order.

16. Finally, it is worth noting that in the process of filing what amounts to a motion to strike Mr. Hoge's filing, the Plaintiff has done two things to justify striking the Plaintiff's motion. First, the Plaintiff is not even pretending that he served me, writing merely in his certificate of service that he served the parties to this case. I will not bore this Court reciting the numerous times the Plaintiff has flouted the rules related to service of process or how often this Court has commanded him to obey those rules. I will simply note that the Plaintiff doesn't seem likely to start obeying this Court's orders until and unless he begins to suffer consequences for having failed to do so.

17. Second, I note that since the Plaintiff's filing contains falsely scandalous matter, accusing me of unauthorized practice of law without any real evidence of it, and, therefore, it can be stricken for that reason, too. The Plaintiff did not present to this Court a single iota of evidence regarding where I

was when I arguably practiced law and given that I live and work primarily in Manassas, Virginia, Occam's Razor suggests I didn't drive to Maryland to write this. Therefore, he made this scandalous accusation against me without the slightest evidence that it was true. This justifies striking the Plaintiff's motion in its entirety.

WHEREFORE, the Plaintiff's request for a show cause order should be denied.

Tuesday, February 2, 2016                    Respectfully submitted,

_____
Aaron J. Walker, Esq.
Va Bar# 48882
P.O. Box 3075
Manassas, Virginia  20108
(703) 216-0455
AaronJW72@gmail.com
(No fax)

## VERIFICATION

I, Aaron Walker, state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that all exhibits are true and correct copies of the originals.

Executed on Tuesday, February 2, 2016.

_____

## CERTIFICATE OF SERVICE

I certify that on the ____2nd____ day of ____February____, 2016, I served copies of this document on Brett Kimberlin at 8100 Beech Tree Road, Bethesda, Maryland 20817 and all defendants.

_[signature]_