IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **BRETT KIMBERLIN,** * | |
|    **Plaintiff** * | |
| v. * | CASE NO.: 8:15-CV-00723-GJH |
| **HUNTON AND WILLIAMS, ET AL.** * | |
|    **Defendants** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING MOTION TO SHOW CAUSE

Upon consideration of the Plaintiff's motion for a show cause order (ECF No. 113), Mr. Walker's Opposition to the Plaintiff's Motion to Show Cause, and any other filings in support or opposition thereto, it is this _____ day of _____, 2016, hereby

ORDERED that the Plaintiff's motion for a show cause order is hereby DENIED

_____
Hon. George J. Hazel
United States District Judge for the District of Maryland