UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

6500 CHERRY WOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0631
(301) 344-3910 FAX

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 FEB -4  A 11: 02

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

February 4, 2016

RE: *Kimberlin v. Hunton & Williams, et al.*,
GJH-15-723

**SUPPLEMENTAL LETTER ORDER**

Dear Counsel and Mr. Kimberlin:

    This Letter Order supplements the Court's Order granting Plaintiff's Motion for Extension of Time to File Amended Complaint (ECF No. 114). The Court will not amend the protective order in *Kimberlin v. Frey*, GJH-13-3059 for the purpose of allowing Plaintiff to attach confidential discovery documents from that case to an amended complaint in this case. To do so would defeat the very purpose of a protective order. The parties in *Frey* are certainly free to agree to the lifting of the confidentiality designations of specific documents and Plaintiff may include any non-confidential documents in his Amended Complaint. If Plaintiff cannot amend his Complaint without including confidential discovery from the *Frey* case, his leave to amend will be denied. If, as a result of this ruling, Plaintiff determines that he no longer wishes to amend his Complaint, he shall withdraw his Motion to Amend with Leave of the Court (ECF No. 108) within 14 days of this Order; otherwise, he shall supplement his motion with a proposed Amended Complaint by March 2, 2016 as previously ordered.

    Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

GEORGE J. HAZEL
United States District Judge