# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:15-cv-00723-GJH |
| | ) |
| Hunton & Williams LLP, et al., | ) |
| | ) |
| Defendants. | ) |

### OPPOSITION TO PLAINTIFF'S MOTION TO AMEND WITH LEAVE OF THE COURT BY DEFENDANTS HUNTON & WILLIAMS LLP, JOHN WOODS, RICHARD WYATT, AND ROBERT QUACKENBOSS

In light of the Court's Orders on January 28 (D.I. 111), February 1 (D.I. 116), and February 4 (D.I. 119), 2016, it appears that Plaintiff's Motion to Amend with Leave of the Court (D.I. 108) may be moot or withdrawn and that he may decline to file a proposed Amended Complaint by March 2, 2016, thereby eliminating the need for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss (collectively the "H&W Defendants") to comment further. In any event, the H&W Defendants oppose Plaintiff's request to amend his Complaint and reserve the right to respond to Plaintiff's Motion to Amend if he files a proposed Amended Complaint by March 2, 2016.

Dated:  February 4, 2016

Respectfully submitted,

/s/ John. J. Buckley, Jr.
John J. Buckley, Jr. (Bar No. 06249)
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
Email: jbuckley@wc.com

*Counsel for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of February, 2016, a copy of the foregoing Opposition to Plaintiff's Motion to Amend With Leave of the Court by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss was filed electronically with the Court's electronic filing system, which provided electronic notice to all counsel of record in this matter.  In addition, a copy of the foregoing opposition was sent to Plaintiff Brett Kimberlin by Federal Express at 8100 Beech Tree Road, Bethesda, MD 20817.

       /s/_____
       Barrett J. Anderson (Bar No. 13900)