Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLP, *et al.*
*Defendants.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

**DEFENDANT WILLIAM HOGE'S REPLY TO "PLAINTIFF'S RESPONSE TO DEFENDANT HOGE'S MOTION TO STRIKE PLAINTIFF'S MOTION TO FILE DISCOVERY AND REQUEST FOR ORDER TO SHOW CAUSE" (ECF NO. 113)**

COMES NOW William Hoge and replies to "Plaintiff's Response to Defendant Hoge's Motion to Strike Plaintiff's Motion to file Discovery and Request for Order to Show Cause" (ECF No. 113). In reply Mr. Hoge states as follows:

**PLAINTIFF'S "RESPONSE" DOES NOT ADDRESS MR. HOGE'S MOTION TO STRIKE**

Plaintiff "Response" filed as ECF No. 113 is styled as a memorandum responding to Mr. Hoge's Motion to Strike (docketed as ECF No. 107), but it offers no substantive comment on that motion and, in fact, addresses a different court paper filed by Mr. Hoge (ECF No. 110). However, there is no reason to take up Plaintiff's "Response" because the Court has effectively denied Plaintiff's motion underlying this exchange of filings (ECF Nos. 106, 107, and 113) by ordering that Plaintiff may not use confidential documents from *Kimberlin v. Frey*, Case No. 13-CV-03059-GJH, in his Proposed Amended Complaint

in the instant lawsuit. Supplemental Letter Order, Feb. 4, 2016, ECF No. 119 Thus, Mr. Hoge's motion is now moot.[1]

### PLAINTIFF'S ALLEGATION THAT MR. HOGE IS NOT THE AUTHOR OF HIS OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND IS BASELESS AND FALSE

Aaron Walker has filed his own Opposition to Plaintiff's Motion to Show Cause (*See* ECF No. 117) opposing Plaintiff's request for a show cause order. Mr. Hoge hereby adopts and incorporates by reference Mr. Walker's explanation of the facts and the law regarding this matter.

Plaintiff's allegation that Mr. Walker is the author of Mr. Hoge's Opposition to Plaintiff's Motion for Leave to Amend is nonsensical with absolutely no real-world basis. Mr. Hoge is the author the Opposition docketed as ECF No. 110. Therefore, Plaintiff's request for a show cause order and any other relief sought in his Response should be denied.

### PRAYER FOR RELIEF

WHEREFORE, Mr. Hoge asks the Court to DENY "Plaintiff's Response to Defendant Hoge's Motion to Strike Plaintiff's Motion to file Discovery and Request for Order to Show Cause" (ECF No. 113) and to GRANT such other relief as it may find just and proper.

---

[1] Mr. Hoge would withdraw his motion (ECF No. 107) except that it contains information which he wishes to remain in the record.

Date:  5 February, 2016

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland  21157
(410) 596-2854
himself@wjjhoge.com

### CERTIFICATE OF SERVICE

I certify that on the 5th day of February 2016, I served a copy of the foregoing on Brett Kimberlin via First Class U. S. Mail to 8100 Beech Tree Road, Bethesda, Maryland 20817, and on all counsels via email by permission.

William John Joseph Hoge

### VERIFICATION

I certify that all the foregoing is true and correct to the best of my knowledge and belief.

Date:  5 February, 2016

William John Joseph Hoge