| | |
|---|---|
| Brett Kimberlin,<br>*Plaintiff*,<br><br>v.<br><br>Hunton & Williams LLP, *et al.*,<br>*Defendants*. | UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF MARYLAND<br>SOUTHERN DIVISION<br><br>Case No. 15-CV-00723-GJH |

PROPOSED ORDER

Upon consideration of Plaintiff's Response to Defendant Hoge's Motion to Strike Plaintiff's Motion to file Discovery and Request for Order to Show Cause (ECF No. 113) and the oppositions thereto, this _____ day of _____, 2016, the relief requested in said filing is hereby DENIED.

IT IS SO ORDERED.

_____
Hon. George J. Hazel,
United States District Judge