IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff

v.

HUNTON AND WILLIAMS, ET AL.

    Defendants

CASE NO.: 8:15-CV-00723-GJH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING LEAVE TO FILE SURREPLY

Upon consideration of Mr. Walker Motion For Leave to File a Surreply and Proposed Surreply, and any other filings in support or opposition thereto, it is this _____ day of _____, _____, 2016, hereby

ORDERED that non-party Aaron J. Walker's motion for leave to file a surreply is hereby GRANTED.

 

Hon. George J. Hazel
United States District Judge for the District of Maryland