UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                                           No. GJH 15-00723

HUNTON & WILLIAMS, et al,
    Defendant.

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANTS' MOTIONS TO DISMISS AND RESPONSE RE AMENDED COMPLAINT

Now comes Plaintiff Brett Kimberlin and files this supplemental response to Defendants' Motions to Dismiss and responds to this Court's letter order of February 4, 2016 regarding the filing of an Amended Complaint. In short, without being able to quote or attach the discovery from *Kimberlin v. Frey*, GJH 13-3059, Plaintiff cannot at this time file an effective Amended Complaint. Instead, Plaintiff is filing this response, complete with a declaration, which must be considered as true at this stage of the proceedings, to further demonstrate that the arguments of the defendants to dismiss are without merit.

**New Evidence Warrants A Supplemental Response**

1. Plaintiff has received more than 2000 pages of discovery from Defendant Frey, and scores of those documents are relevant to the instant case on the issue of statute of limitations, RICO, Section 1985(2), and the state law claims. Plaintiff has reviewed that discovery and states in his attached declaration that scores of the discovery documents support his claims against the defendants.

2. The H&W defendants have argued that the statute of limitations bars Plaintiff's claims because the acts of the defendants ended in February 2011,

when Anonymous released 70,000 emails that exposed the defendants' nefarious and criminal activities. Plaintiff has argued that no, the conduct did not end at that time, but actually continued on for years, just in a different form with overlapping parties who had been acting in concert starting as early as October 2010, and continuing up until the present time. These allegations of Plaintiff are sufficient to overcome any SOL defense at this time. If the Defendants want to argue SOL, they can do so to a jury since it has now become a factual issue.

3. The documents attached to this motion are not from the Frey discovery but rather are from different sources. Any information in this pleading derived from the Frey discovery is summarized in order to keep documents marked confidential under the protective order from being disclosed.

**Evidence Of Two Teams And Their Collaboration**

4. For the purpose of clarity, Plaintiff discusses two separate "teams" in this pleading. First, "Team Themis," which consists of the three Defendant cyber security contractors, their Defendant employees, Defendant Hunton & Williams and its Defendant employees, and the Chamber of Commerce. Second, "Team Two," which consists of Patrick Frey and his associates, including Aaron Walker, Defendant William Hoge, Mandy Nagy, Andrew Breitbart, Ali Akbar and others. Team Two was formed in 2010 and included Patrick Frey. Frey became a leader of Team Two as part of his campaign of retaliation against Plaintiff who complained to his supervisors and threatened to sue him for his defamatory

attacks on Plaintiff. These teams collaborated and worked in parallel, providing back up to each other and complimenting one another's agendas.

5. Defendant Aaron Barr, a top employee of Defendant HB Gary and key architect of Team Themis, laid out in several emails and documents the types of actions that Team Themis would take against its targets, including Plaintiff and his employer. For example as stated in Paragraph 24 of the Complaint:

> On November 29, 2010, Sam Kremin from Berico wrote to Barr: " ... *Also, when I give these to Bob, I will emphasize that these are just examples to give to him an idea of what he is pitching to the Chamber and not at all indicative of our capabilities....*" Exhibit O. In that email thread Barr proposed a dirty tricks campaign against the Chamber opposition organizations. Regarding Change to Win/ChamberWatch/VelvetRevolution, Barr outlines the *"need to discredit the organization"* by *(1) "tying it to the unions," (2) "creating a false document and see if they pick it up," (3)* creating *"a fake insider persona and start communications with CtW. At the right point release the actual documents and paint this as an (sic) CtW contrived operation. They can't be trusted to stick to the truth, etc.," (4)* connecting CtW *"to velvet revolution and their radical tactics," (5)* creating *"two fake insider personas using one to discredit the other giving the second immediate legitimacy."* Regarding VR, Barr says, **(1) "Attack [one of the VR principals] and after a series of attacks on his person start making ties to the back office folks ... discrediting them by association. Done in the right way this can cause them to distance themselves and also funders from [the principal]." (2) "Attack their antics as self-serving and childish." (3) "[c]reate some [false] information and get them to run with it."** Id. [bold added].

6. In another Barr email, dated November 29, 2010, attached as Exhibit A1, Barr laid out tactics that Team Themis would use against Plaintiff and his organization.

> Subject: Re: Requests
> From: Aaron Barr
> Date: 11/29/2010 11:50 AM
> To: Sam Kremin

...In all cases the following tactics apply. Use existing voices meet your objectives. Profile not only the organizations but the existing opposition so you know how to most effectively use them. ***Create multiple actors to deliver against specific objectives. One person might be purely used to burn in the process of legitimizing another personna.*** There is no cookie cutter methodology. While certain methods can be used consistently, each campaign is different and how you apply tactics to achieve objectives needs to be tailored. Humor and ridicule always work better than dry facts. If you can deliver facts through humor or ridicule all the better.

Uschamberwatch is very politically connected. Established by CtW and Andy Stern. Associated with many powerful behind the scenes dc operatives. They are not one to use theatrical performances or over jestures. The people in this case are less important than the organization. ***So need to discredit the organization.***

1. Paint USChamberWatch as an operative of CtW and the unions. At the same time need to highlight the organization of the unions against the chamber. Show the flow of union members to CtW and the closeness of CtW and USCHamberwatch.

2. Talk about the unions being an inhibitor to progress against the chambers focus of staying on top of a changing world. Forcing jobs to stay in the us and fighting for unrealistic individual benefits in a downed economy is hurting the US and employees which the chamber is working to ensure US businesses prosper in a global economy and fostering the creation of new jobs in the us through fostering innovation and technological advancement. Something like that. Packaged in the right mediums this could be powerful.

3. Might try creating a false document and see if they pick it up. Probably financial information for a period they have explicit evidence such tap transaction didn't occur. Create a fake insider personna and start communications with CtW. At the right point release the actual documents and paint this as an CtW contrived operation. They can't be trusted to stick to truth, etc.

4. ***Make the connection to velvet revolution and their radical tactics. That they are all loosely operating together. Depending on the level if connection we can make this may need to be more conspiracy based by a separate but very vocal personna.***

5. ***If needed we may need t create two fake insider personnas using one to discredit the other giving the second immediate legitimacy. This is complicated and needs to be well thought out.*** You need a few different strategies fir this to work thinking through the vetting question USChamberWatch will likely ask.

6. Create a humor piece about the leaders of CtW.

Velvet revolution is a radical theatrical organization. They like the spotlight. In this case there are personalities and back office operatives. They are a grassroots organization with many ties to other grassroots groups. They

run on limited funds and work on the fringes of the political process. Their job is to make noise and keep the argument alive in the public.

***1. Attack kimberlin and after a series of attacks on his person start making ties to the back office folks like keese, gelt, and Cohen discrediting them by association. Done in the right way this can cause them to distance themselves and also funders from kimberlin. Ridicule***

***2. Attack their antics as self-serving and childish.***

***3. It should be easy to create some information and get them to run with it. In this case since their are such vocal supporters and opponents manipulate them both to further this course. This will take a few different persons to play the different groups.*** Need to classify their constituency and appropriate actions to illicit the right responses.

Some basic thoughts. Problem with this is without a full analysis we are shooting from the hip without complete data and courses of action. I really am anxious of providing this to them for fear the will use it to judge our overall ability. Cart before the horse. Not sure if you want more direct associations with more enumerated individuals. I have some preliminary analysis but that should be a result of paid analysis. (Italics and bold added).

7. From the above, it is clear that Team Themis planned to create and use different personas and actors, including some fake ones, to play off of each other and even to burn off one in order to give legitimacy to the other. Team Themis also planned to "discredit" the targeted organizations. Team Themis also planned to attack Plaintiff, and then by association discredit others in his organization and frighten its funders. Team Themis also planned manipulating and playing different groups against each other based on false information created and released by Team Themis.

8. Plaintiff has alleged that the Team Themis defendants were connected to and conspired with Team Two, and when Team Themis was exposed, that Team Two continued with the playbook and campaign planned and created by Team Themis. The above Barr email sets the stage for these two different teams and how they would work—acting independently but really working toward the

same agenda. If one got burned, the other would continue and use that burn to enhance the other team.

9. There is plenty of evidence of coordination, communication, contacts and awareness of these two teams. For example:

10. On October 18 and 19, 2010, FOX News Reporter Ed Barnes corresponded with Patrick Frey and Aaron Walker about Plaintiff. On October 19th, Barnes published an article for FOX News entitled *"Leftist Blogger's Criminal Past Raises Questions About His Real Intent"* attacking Plaintiff for exposing the Chamber of Commerce and Chamber board member Donald Blankenship. This is the same FOX News that published a prior article on December 7, 2009, attacking StopTheChamber's campaign to expose the Chamber of Commerce. These two articles, as noted in paragraph 3 of the Complaint, resulted in a tsunami of death threats against Plaintiff and his organization. Patrick Frey and Aaron Walker are key members of Team Two.

11. In an email dated November 9, 2010, Defendant Barr sent a link to another Team Themis member about an article written by a Breitbart reporter named Mandy Nagy. He said, "we could so much with this....." Exhibit B1. Both Breitbart and Nagy are key "actors" in the Team Two that targeted Plaintiff.

Subject: Link
From: Aaron Barr <aaron@hbgary.com>
Date: 11/09/2010 11:36 PM
To: Patrick Ryan <pryan@bericotechnologies.com>
http://bigjournalism.com/libertychick/2010/10/11/progressives-embrace-convicted-terrorist/
We could do so much with this...
Aaron Barr
CEO
HBGary Federal, LLC

12. On March 11, 2011, shortly after the exposure of Team Themis, Mandy Nagy sent an email to Patrick Frey and Andrew Breitbart demanding an urgency about ramping up media coverage of the HB Gary/Chamber story to increase pressure on Plaintiff and his partners.

13. On June 2, 2012, Mandy Nagy sent a confidential email to Patrick Frey and several associates bragging that HB Gary Googled her Breitbart story in October 2010 and since then she has been working with the FBI monitoring Plaintiff. Aaron Barr repeatedly stated in his emails that he was also working with the FBI.

14. On June 4, 2012, Mandy Nagy sent an email to National Bloggers Club President Ali Akbar and a dozen others discussing Plaintiff, the Chamber and the death threats caused by the FOX News articles about Plaintiff. Akbar and some of the other recipients are key "actors" of the Team Two targeting Plaintiff.

15. On January 1, 2011, Defendant Barr sent an email to other Team Themis members specifically naming Plaintiff's daughter and the high school she attends. Team Two members Aaron Walker and William Hoge have spent years harassing Plaintiff's daughter online and have been the subject of a criminal investigation for doing so in violation of Maryland's Grace's Law, Md. Code 3-805(b)(2).

> Subject: Select statements
> From: Aaron Barr <adbarr@me.com>
> Date: 01/17/2011 03:05 PM
> To: Mark Trynor <mark@hbgary.com>
> CC: Ted Vera <ted@hbgary.com>
> OK Mark so when can I get select statements?

> Also what about the option to deselect people from the database and rerun. I know its possible but what would that do to my searches. For example. Brett Kimberlin runs one of the opposition groups. He has a daughter Kelsie that goes to Walt Whitman High School. Soooo what do u think pops to the top of the list as highest ranked High school.
> That is good information, because it suggests he has a sibling that goes to that school since it ranks highest and is in the area where he currently lives and he has been out of high school for a long time...good data...but I also want the ability to deselect.
> Aaron

16. In addition to the above examples of coordinated contacts between Team Themis and Team Two, there was also a coordinated and sustained campaign by Team Two to continue targeting Plaintiff even after the exposure of Team Themis by Anonymous. Incredibly, within six days of the release of the Team Themis emails by Anonymous, Team Two member Mandy Nagy, writing for Breitbart, published a breathless article entitled, *"As Hacked Chamberleaks Emails Breaks, Left Scrambles To Hide Ties To Domestic Terrorist,"* February 14, 2016. http://www.breitbart.com/big-journalism/2011/02/14/as-hacked-chamberleaks-emails-break--left-scrambles-to-hide-ties-to-domestic-terrorist/. And on that same day, Team Two member Patrick Frey wrote a similar article on his blog entitled, *"Think Progress Makes A Martyr Our Of Brad Friedman While Censoring Any Mention Of His Business Partner, Convicted Bomber Brett Kimberlin."* http://patterico.com/2011/02/14/think-progress-makes-a-martyr-out-of-brad-friedman-while-censoring-any-mention-of-brett-kimberlin/ Several months later, Team Two member Robert McCain wrote several articles minimizing the actions of Team Themis which sound very much like the motions to dismiss filed by the defendants. *See "Barrett Brown and Team Themis,"* Sept. 9, 2013, http://theothermccain.com/2013/09/09/barrett-

brown-and-team-themis/; *"When Neal Rauhauser Complained About Menacing and Cyberstalking."* June 2, 2012, http://theothermccain.com/2012/06/02/when-neal-rauhauser-complained-about-menacing-and-cyberstalking/ Clearly, these Team Two articles demonstrate a like minded agenda and a close coordination with Team Themis to deflect and cover up their wrongdoing.

17. Moreover, Team Two's tactics targeting Plaintiff following the exposure of Team Themis are virtually identical to those crafted by Team Themis. For example, evidence in Plaintiff's possession shows these similarities:

- Team Themis planned to target Plaintiff's organizations, while Team Two did;
- Team Themis planned to target Plaintiff in order to discredit him, while Team Two did;
- Team Themis planned to target Plaintiff's organization funders, while Team Two did;
- Team Themis planned to target Plaintiff's family, while Team Two did;
- Team Themis planned to create false narratives about Plaintiff, and then harm other organizations because of their ties to Plaintiff, while Team Two did;
- Team Themis planned to create different personas, and then use them to manipulate and harm Plaintiff, while Team Two did;
- Team Themis planned to spread disinformation about target organizations, while Team Two did that to Plaintiff's organizations;

- Team Themis planned to exploit "pressure points," while Team Two did;

- Team Themis began collecting information on Plaintiff, while Team Two continued to collect information and shared it with others;

- Team Themis created dossiers of families, friends and associates of Plaintiff, while Team Two expanded those dossiers and published negative articles based on those dossiers;

In short, there is no statute of limitations bar to any of Plaintiff's claims because the conspiracy never ended and the new evidence continues the clock.

**The Patton & Boggs Luskin Letter Dated May 5, 2010**

Defendants Chamber and Hunton & Williams made the preposterous argument in their Motions to Dismiss that they could not have retaliated against Plaintiff for cooperating with the FBI because they had no clue that Chamber of Commerce board member Donald Blankenship was being criminally investigated or that Plaintiff's organizations were involved with any investigations. However, on May 5, 2010, Attorney Robert Luskin, from the law firm Patton & Boggs, wrote a letter to the managing editor of Huffington Post implying legal action against StopTheChamber spokesperson Kevin Zeese for an article he wrote entitled, "*CEO of Massey Energy, Don Blakenship, Should Be Criminally Charged.*" See Exhibit C1. Mr. Zeese responded to that letter on July 1, 2010, pointing out that there was nothing defamatory in the article, and that Mr. Luskin had a reason for singling out Mr. Zeese when other reporters had made similar accusations. Mr. Zeese's words proved prophetic:

> I suspect that Massey targeted my comments, even though so many others have written and said the same thing, because I am the spokesperson for a coalition that has put out a $50,000 reward leading to arrest and conviction of Massey executives. See www.StopTheChamber.com. ... It is not surprising that Massey would use intimidation tactics through their lawyers to try to stop public discussion. Intimidation is a tactic that <u>regulators fear Massey is using</u> to prevent a full investigation. [Exhibit D1]

And in due course, the Department of Justice agreed with Mr. Zeese's demands that Donald Blankenship be charged when it indicted him for some of the very criminal conduct noted by Mr. Zeese.

When intimidation by the high-powered Attorney Luskin was unable to back down the StopTheChamber campaign, the Chamber and it's lawyers at Hunton & Williams, two short months later, decided to go rogue by conspiring with military intelligence contractors to destroy Plaintiff and his organizations using extra legal means. Here are several new pieces of evidence the Court should consider:

- As Plaintiff states in his declaration, the evidence will show that Defendant H&W had a prior relationship with CIA funded Defendant Palantir, and asked Palantir to create a team to counter corporate threats. Palantir then contacted Berico and HB Gary to join the team.
- The evidence will show that Defendant H&W insisted that Defendant HB Gary be part of Team Themis because of its expertise in (1) covert activities and operations, (2) creating and using malware to secretively extract data from targets, and (3) computer exploitation, commonly known as hacking. Defendant Aaron Barr, acting on behalf

of HB Gary, convinced Team Themis to incorporate these actions in its plans to target Plaintiff and others.

- The evidence will show that Defendant Barr is the only defendant in this case who has been avoiding service although he is aware of the case. Plaintiff believes that this avoidance is intentional in order to hide Defendant Barr from having to answer regarding his crucial role in this case.

- The evidence will show that Defendant John Woods, at a meeting with members of Team Themis on or about November 10, 2010, falsely told them that Defendant Chamber of Commerce was being criminally targeted by Plaintiff and others, through threats, trespass and harassment, and that H&W wanted Team Themis to assist H&W in finding a way to shut them down through various means, including bringing civil and criminal charges against them. This false narrative and demonization of Plaintiff and others was part of Defendants Chamber and H&W's scheme to enlist these defendants into their nefarious scheme to target law-abiding activists who were exposing Defendant Chamber's criminal wrongdoing.

- The evidence will show that Palantir employee Sam Kremin presented Team Themis with a "Briefing Book" created in 2008 by Defendant Chamber entitled *Trends in Corporate Campaigns*, which portrayed groups that opposed corporate greed and exploitation as radicals who must be countered. Defendant Woods told Team Themis that Plaintiff

and others were engaged in an unwarranted corporate campaign against the Chamber, and the Chamber needed an effective off-the-books response to neutralize them.

- The evidence will show that Defendant H&W, acting on behalf of Defendant Chamber, enlisted Team Themis as a nuclear option to retaliate against Plaintiff for cooperating with the FBI to prosecute Defendant Chamber and its senior staff, including Donald Blankenship, for criminal activity. Defendant Woods told Team Themis that because the First Amendment protected Plaintiff and others, H&W had to take off-the-books measures to stop them.

- The evidence will show that Donald Blankenship was investigated, indicted, tried and found guilty for crimes related to those first raised by Plaintiff and the StopTheChamber campaign.

Wherefore, because this additional information and evidence demonstrates that Plaintiff has stated meritorious claims against the defendants, he asks this Court to consider this information in denying Defendants' motions to dismiss.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
Justicejtmp@comcast.net
(301) 320 5921

## DECLARATION OF BRETT KIMBERLIN

I, Brett Kimberlin, declare, under penalty of perjury pursuant to 28 USC 1746, that the above is true and correct. I have received new evidence since filing my response to the Defendants' motions to dismiss that further supports my claims and demonstrates that the arguments made by Defendants are without merit at this stage of the proceedings.

Brett Kimberlin

## CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on Defendant William Hoge and 18th day of February 2016.

Brett Kimberlin