**Subject:** Re: Requests
**From:** Aaron Barr <aaron@hbgary.com>
**Date:** 11/29/2010 11:50 AM
**To:** Sam Kremin <skremin@bericotechnologies.com>

Ok i am going to type this out and if you don't mind prettying this up. The Palantir load on my MacBook corrupted the system files so I need to reinstall when i get home. So trusty iPad has to do for now.

In all cases the following tactics apply. Use existing voices meet your objectives. Profile not only the organizations but the existing opposition so you know how to most effectively use them. Create multiple actors to deliver against specific objectives. One person might be purely used to burn in the process of legitimizing another personna. There is no cookie cutter methodology. While certain methods can be used consistently, each campaign is different and how you apply tactics to achieve objectives needs to be tailored. Humor and ridicule always work better than dry facts. If you can deliver facts through humor or ridicule all the better.

Uschamberwatch is very politically connected. Established by CtW and Andy Stern. Associated with many powerful behind the scenes dc operatives. They are not one to use theatrical performances or over jestures. The people in this case are less important than the organization. So need to discredit the organization.
1. Paint USChamberWatch as an operative of CtW and the unions. At the same time need to highlight the organization of the unions against the chamber. Show the flow of union members to CtW and the closeness of CtW and USCHamberwatch.
2. Talk about the unions being an inhibitor to progress against the chambers focus of staying on top of a changing world. Forcing jobs to stay in the us and fighting for unrealistic individual benefits in a downed economy is hurting the US and employees which the chamber is working to ensure US businesses prosper in a global economy and fostering the creation of new jobs in the us through fostering innovation and technological advancement. Something like that. Packaged in the right mediums this could be powerful.
3. Might try creating a false document and see if they pick it up. Probably financial information for a period they have explicit evidence such tap transaction didn't occur. Create a fake insider personna and start communications with CtW. At the right point release the actual documents and paint this as an CtW contrived operation. They can't be trusted to stick to truth, etc.
4. Make the connection to velvet revolution and their radical tactics. That they are all loosely operating together. Depending on the level if connection we can

make this may need to be more conspiracy based by a separate but very vocal personna.
5. If needed we may need t create two fake insider personnas using one to discredit the other giving the second immediate legitimacy. This is complicated and needs to be well thought out. You need a few different strategies fir this to work thinking through the vetting question USChamberWatch will likely ask.
6. Create a humor piece about the leaders of CtW.

Velvet revolution is a radical theatrical organization. They like the spotlight. In this case there are personalities and back office operatives. They are a grassroots organization with many ties to other grassroots groups. They run on limited funds and work on the fringes of the political process. Their job is to make noise and keep the argument alive in the public.
1. Attack kimberlin and after a series of attacks on his person start making ties to the back office folks like keese, gelt, and Cohen discrediting them by association. Done in the right way this can cause them to distance themselves and also funders from kimberlin. Ridicule
2. Attack their antics as self-serving and childish.
3. It should be easy to create some information and get them to run with it. In this case since their are such vocal supporters and opponents manipulate them both to further this course. This will take a few different persons to play the different groups. Need to classify their constituency and appropriate actions to illicit the right responses.

Some basic thoughts. Problem with this is without a full analysis we are shooting from the hip without complete data and courses of action. I really am anxious of providing this to them for fear the will use it to judge our overall ability. Cart before the horse. Not sure if you want more direct associations with more enumerated individuals. I have some preliminary analysis but that should be a result of paid analysis.

Aaron

Sent from my iPad

On Nov 29, 2010, at 10:23 AM, Sam Kremin <skremin@bericotechnologies.com> wrote:

> Aaron,
> Yeah, don't put a ton of effort into the mock report. I think just something as simple as what you've told me about the difference between velvet and uschamberwatch and really simply their pressure points would be more than enough. Regarding meeting with Bob, I hope that either tomorrow or more

likely wednesday we can meet. Once they respond to our labor cat submission, I'll see what they would be available for.

Sam

On Mon, Nov 29, 2010 at 10:11 AM, Aaron Barr <aaron@hbgary.com> wrote:
> Working on the resumes. On the report sure. We are finishing up our
> drive today so I will get to it soonest. Basically what it will
> entail is a link chart of key people in the distribution of
> information, background information on each individual and ways to
> counteract their effect on group.. I don't have these unclassified so
> I would have to cut from scratch and as I understood the conversation
> he didn't want us to put that level of effort into it? Thoughts? Are
> we getting together with Bob this week?