**Subject:** Link
**From:** Aaron Barr <aaron@hbgary.com>
**Date:** 11/09/2010 11:36 PM
**To:** Patrick Ryan <pryan@bericotechnologies.com>

http://bigjournalism.com/libertychick/2010/10/11/progressives-embrace-convicted-terrorist/

We could do so much with this...

Aaron Barr
CEO
HBGary Federal, LLC
719.510.8478