**PATTON BOGGS** LLP
ATTORNEYS AT LAW

2550 M Street, NW
Washington, DC 20037-1350
202-457-6000

Facsimile 202-457-6315
www.pattonboggs.com

May 5, 2010

Robert D. Luskin
(202) 457-6190
rluskin@pattonboggs.com

**OVERNIGHT DELIVERY & U.S. MAIL**

Mr. Jai Singh, Managing Editor
Huffington Post
560 Broadway, Suite 308
New York, NY 10012

Re: *April 2010 Kevin Zeese Article*

Dear Mr. Singh,

I am writing on behalf of my clients, Massey Energy Company and Don Blankenship, to ask that you take immediate steps to correct demonstrably false and highly damaging statements in a recent Huffington Post article about Massey and Mr. Blankenship by Kevin Zeese. While Mr. Zeese purports at various points to draw upon the record of prior proceedings involving Massey, his statements reflect a remarkable indifference to the public record and a malicious disregard for the facts. Among other false statements, Mr. Zeese alleges:

- "Were it not for the deliberate actions of Don Blankenship and Massey Energy the deaths of 29 miners in West Virginia would not have occurred."

- Blankenship is a "corporate criminal" and a "repeat offender" who is guilty of "gross negligence;"

- "Testimony [in the Aracoma case] showed Blankenship suggested firing two supervisors for raising concerns about safety problems with the conveyer belt just before the belt caught fire, causing the deaths;" and,

- "Blankenship emphasizes that 'coal pays the bills' and in a 2005 memo he told mine workers that if their bosses ask them to take safety precautions like building roof supports or performing similar tasks, 'ignore them and run coal.'"

Case 8:15-cv-00723-GJH   Document 125-3   Filed 02/18/16   Page 2 of 6



**PATTON BOGGS**ᴸᴸᴾ
ATTORNEYS AT LAW

Mr. Jai Singh, Managing Editor
Huffington Post
May 5, 2010
Page 2

Each of these statements is highly damaging to Massey and Mr. Blankenship. All of them are recklessly false.

*First*, there are no facts to support that either Don Blankenship or Massey deliberately caused the death of any miner in the Upper Big Branch mine.

*Second*, Blankenship has never been charged or convicted of violating any mining or safety laws. He is neither a criminal nor a "repeat offender." To the contrary, in the two recent criminal cases involving Massey subsidiaries to which Mr. Zeese refers, the government represented to the court that there was, in fact, *no* evidence to suggest that Mr. Blankenship or any other Massey employee was aware of or condoned wrongdoing. In *United States v. White Buck Coal Company*, the government emphasized in the publicly filed plea agreement and agreed statement of facts that: "There is no evidence to suggest that prior to being informed by MSHA officials after the investigation of June 27, 2002, Massey knew or had reason to know of, approved, or acquiesced in, [a White Buck foreman's] failure to conduct a preshift examination prior to the entry of miners into the mine." Notably, the agreed statement of facts also indicated that after the violation occurred, MSHA inspectors "conducted a thorough preshift examination of the mine. The results of the examination revealed that the mine was safe and that the condition of the mine was in compliance with federal law." During the sentencing hearing, the Federal judge who presided said that "White Buck's mines have never had a fatality and indeed maintain a nonfatal days lost average lower than the national average for mines of its type, and that on the date of the incident that led to the criminal investigation, "once the federal inspectors went into the mine, they found that the mine was safe and in compliance with all regulatory prerequisites."

Likewise, the criminal conviction of Aracoma Coal Company was limited to the Aracoma subsidiary. Neither Massey, Don Blankenship, nor any other Massey officer or employee outside of Aracoma was charged with any criminal or regulatory violation. Rather, in the agreed statement of facts, the government represented to the court that "[t[he United States did not charge, and does not have evidence suggesting, that Massey knew, approved or acquiesced in, Aracoma's failure to maintain true and accurate records of escapeway drills." During the sentencing hearing, the prosecutor made clear to the federal court that the government had agreed not to prosecute Massey or any officers, employees, or entities except for Aracoma because "there was no basis for prosecuting any of these named entities and individuals, other than Aracoma and its employees and officers."



Mr. Jai Singh, Managing Editor
Huffington Post
May 5, 2010
Page 3

In short, the public record of these proceedings expressly refutes the suggestion that there is any evidence of wrongdoing by Massey or Mr. Blankenship or that Massey policies reflected a disregard for the safety of its members.

*Fourth*, because the Aracoma matter was resolved by a plea, there was no trial and no "testimony" in that criminal case, as Mr. Zeese falsely represents, and certainly no testimony that Don Blankenship terminated an Aracoma mine supervisor for trying to comply with safety requirements. We can only assume, therefore, that Mr. Zeese's reference to "testimony" in that case is a pure fabrication.

Just as important, the documents produced in that case and the parallel civil proceedings brought by the estates of the two miners who died makes clear that the substance of Mr. Zeese's statement is absolutely false. There was indeed a memo from Mr. Blankenship concerning the termination of a supervisor. That much, at least, Mr. Zeese got right. But Mr. Zeese's brush with the truth ends there. As the memo makes clear, Blankenship considered terminating a supervisor because he was concerned that the supervisory had *failed* to satisfy safety regulations and might have *falsified* safety-related work and documentation.

*Fifth*, Blankenship has always emphasized safety as a primary goal in Massey mines – this has already been made clear in public court filings, which stated that Blankenship wrote "*safety is our first responsibility*" in relation to the same 2005 communications misleadingly cited in your article.

Apart from the pattern of malicious falsehood, what is most troubling to us is that Mr. Zeese's article reflects an apparent familiarity with the public record. The repeated references to the record give Mr. Zeese's article a patina of credibility and substantiation that they obviously do not merit and make the false and defamatory statements in the article particularly damaging. They also suggest that Mr. Zeese's persistent falsehoods are not merely ignorant or accidental, but reflect a cynical and deliberate disregard for the truth. They are, in a word, unconscionable.

In the wake of the fatal accident at Upper Big Branch, Massey and Mr. Blankenship have repeatedly expressed their readiness to accept responsibility for any errors that may have led to the accident. We invite a full exploration of the facts and of the record and Massey has publicly pledged its cooperation with the ongoing inquiries. But we also expect that accountability will be a two-way street. We will not tolerate the dissemination of deliberate falsehoods and misstatements about Massey and Mr. Blankenship and expect that responsible publications like the Huffington Post will be equally ready to be held accountable for their mistakes.


**PATTON BOGGS** LLP
ATTORNEYS AT LAW

Mr. Jai Singh, Managing Editor
Huffington Post
May 5, 2010
Page 4

      Accordingly, we ask that the Huffington Post promptly and unequivocally repudiate the false statements in the article by Mr. Zeese and take appropriate steps to mitigate the damage that the Huffington Post has caused to their reputations. I am happy to meet with you at your convenience to address these matters.

                                                Yours sincerely,

                                                Robert D. Luskin

May 7, 2010

**Kevin Zeese**

Zeese is Executive Director of VotersForPeace.US and ProsperityAgenda.US

Posted: April 13, 2010 07:13 PM

# CEO of Massey Energy, Don Blankenship, Should Be Criminally Charged

Were it not for the deliberate actions of Don Blankenship and Massey Energy the deaths of 29 miners in West Virginia would not have occurred. These deaths were foreseeable, even predicted, and this is not the first time Massey has caused the deaths of miners.

Massey Energy has been fined millions of dollars for its violations of mine safety and has already settled one case where miners were killed with criminal and civil fines totaling more than $4 million. It is time to stop coddling corporate criminals like Blankenship and hold them accountable for their actions.

Massey Energy's Upper Big Branch Mine, the site of the deaths, has been cited 1,342 times for safety violations since 2005. And, 86 of those violations were for an inadequate ventilation plan that prevents the very type of explosions that caused these deaths. Last year alone, Massey's Upper Big Branch Mine was cited for 495 violations and $911,802 in fines. So far this year, regulators have found 105 violations at the mine. Twelve of those citations were issued in the last month. The same day of the explosion, the Upper Big Branch mine was hit with two additional safety violations.

According to The New York Times: "In the past two months, miners had been evacuated three times from the Upper Big Branch because of dangerously high methane levels, according to two miners who asked for anonymity for fear of losing their jobs. Representative Nick J. Rahall II, a Democrat whose district includes the mine, said he had received similar reports from miners about recent evacuations at the mine, which as recently as last month was fined at least three times for ventilation problems, according to federal records."

So, Massey was well aware of the inadequate ventilation that led to the explosion that

killed the miners. It will not be the first time that Massey was guilty of actions that led to death.

In fact in 2008, Massey's subsidiary Aracoma Coal was charged by the Department of Justice with willful violation of mandatory safety standards, one count resulting in the death of two miners, and with making a false statement. Massey settled these criminal charges along with civil violations for $4.2 million in criminal and civil penalties -- the largest financial settlement in the coal industry's history. The corporation pled guilty to criminal mine safety violations that led to the deaths. Testimony showed Blankenship suggested firing two supervisors for raising concerns about safety problems with the conveyer belt just before the belt caught fire, causing the deaths.

And, this was not the first time miners have died at the Upper Big Branch Mine. Since 1998, three other miners have died at the Upper Big Branch mine. All of confirms the conclusion of Richard Trumka, president of the AFL-CIO and former head of the United Mine Workers of America, put forward: "This incident isn't just a matter of happenstance, but rather the inevitable result of a profit-driven system and reckless corporate conduct."

Massey and Blankenship are repeat offenders. It is time for them to be held accountable for their actions so that they stop putting profits before people. Blankenship emphasizes that "coal pays the bills" and in a 2005 memo he told mine workers that if their bosses ask them to take safety precautions like building roof supports or performing similar tasks, "ignore them and run coal." Terry Holstein, who worked at Upper Big Branch until 2006, quitting after 10 years because he didn't like the way Massey ran the mine, says "they wanted production more than they wanted safety."

Investors are calling for Blankenship to be removed as CEO. CtW Investment Group sent a letter to the Massey Energy board citing Blankenship's "confrontational approach to regulatory compliance" as the cause of the deaths. New York State Comptroller Thomas DiNapoli, overseer of New York's Common Retirement Fund, which owns 303,550 shares of Massey stock, valued at $14.1 million said "Massey's cavalier attitude toward risk and callous disregard for the safety of its employees has exacted a horrible cost on dozens of hard-working miners and their loved ones."

Federal and state investigations have begun. They will be examining the debris in the mine and interviewing miners and company officials, as well as reviewing documents related to the mine. Hindsight will be helpful but, people could see this tragedy coming, in June 2009, David Akrush of Public Citizen warned the White House: "Every day that these safety violations go unresolved, the chance that this nation will see another tragic mining accident grows."

It is time for accountability. The Board should immediately remove Blankenship and state and federal authorities should hold him responsible for the gross negligence of Massey Energy toward mine safety. It is time for this repeat offender to be put out of business.

*Kevin Zeese is executive director of ProsperityAgenda.US, working with Velvet Revolution their StopTheChamber.com campaign has called for Blankenship to be charged criminally.*


**More on Huffington Post...**


Comments
10
Pending Comments