David Flumenbaum                                July 1, 2010
Managing Blog Editor
The Huffington Post
dflumenbaum@huffingtonpost.com

Dear Flumenbaum:

As you can see below there is so much evidence in the public record about the irresponsible behavior of Massey Energy and Don Blankenship, fines in the many millions of dollars and repeated deaths of miners that it is quite outlandish for Patton Boggs to be threatening anyone on their behalf. I would be surprised if Massey wanted more public attention on their record of safety violations, fines and miner deaths – as well as public comments of Mr. Blankenship – or debate about whether executives for Massey should be criminally prosecuted.

Kevin Stricklin, the Mine Safety and Health Administration's administrator for Coal Mine Safety and Health, said while at Upper Big Branch: "All explosions are preventable. It's just making sure you have things in place to keep one from occurring." Mines where effort is truly made to ensure safety do not have the kinds of deaths that occurred at Upper Big Branch. It was Mr. Bankenship's responsibility to ensure worker safety. Below are some examples of many of the public record on Massey's terrible safety record and possible criminal violations.

The mine where these miners were killed had a track record that made these deaths predictable. The Upper Big Branch mine was cited by the federal Mine Safety and Health Administration for 1,342 safety violations from 2005 until the explosion and assessed $1.89 million in proposed fines. Due to safety risks, the Mine Safety and Health Administration issues 61 withdrawal orders from the mine since 2009. As the Associated Press reported:

> Last year alone, MSHA cited Upper Big Branch for 495 violations and proposed $911,802 in fines. Production more than tripled during that period, according to federal records. So far this year, the agency has found 105 violations at the mine.
>
> Upper Big Branch is one of Massey's biggest underground mines, with more than 200 employees, and it is not uncommon for big coal mines to amass hundreds of violations a year - and to contest many of them, as Massey does. But most big mines don't have as many serious infractions as Upper Big Branch, industry experts said.
>
> At least 50 citations charge the company with "unwarrantable failure" to comply with safety standards such as following an

D 1

"When mine ventilation moves in the wrong direction, that's a big deal," Dan Heyman, a stringer for the New York Times based in Charleston told Corporate Crime Reporter last week. "The inspector was complaining to the foreman that the ventilation was moving in the wrong direction and it was not being fixed."

"The foreman at the company went to the mine supervisor and was told not to worry about it," Heyman said. "That's really a smoking gun."

"Inspectors have told me that it's a constant tug of war trying to get Massey to obey the rules," Heyman said.

Massey and Blankenship are not first time offenders. They are repeat offenders who have paid the largest fine in mine history in deaths of other miners. In that case, a Massey subsidiary, Aracoma, pleaded guilty to 10 criminal charges including willful violation of mandatory safety standards in the 2006 deaths of two miners. Associated Press reported that the mine owner put safety second:

> In 2006, two miners were killed in a fire at Massey's Aracoma Alma No. 1 mine. Massey settled a wrongful death lawsuit for an undisclosed sum, and its subsidiary Aracoma Coal Co. paid $4.2 million in civil and criminal penalties.
>
> Testimony showed Massey CEO Don Blankenship suggested firing two supervisors for raising concerns about conveyer belt problems just before the belt caught fire.
>
> "Massey has a history of emphasizing production," said Pittsburgh lawyer Bruce Stanley, who represented the miners' widows. "I'm concerned that they may not have learned the lessons of Aracoma."

As, Leo Hindery, Jr. wrote in Huffington Post:

> "The operator of the Upper Big Branch Mine in Montcoal, West Virginia [Massey Energy Company] where an explosion killed 29 people failed to clear away combustible materials and put its employees at risk by forcing them to work in as much as four feet of water. The Federal Mine Safety and Health Administration deemed the incident "significant and substantial," a term that the agency defines to mean "reasonably likely to result in a reasonably serious injury or illness."

There have been numerous statements in the press that say the same thing that I wrote and even stronger. Robert F. Kennedy, Jr. called Massey a criminal enterprise and said that Blankenship should be in jail. He talks about the thousands of safety violations and says that he debated him a few

months ago and Blankenship admitted that he could not run Massey Coal without breaking the law. RFK said that Blankenship wears breaking the law "as a badge of pride" and "he ought to be in jail."

President Richard Trumka, a former coal miner who now heads the AFL-CIO said in a statement that the Upper Big Branch explosion "isn't just of matter of happenstance but rather the inevitable result of a profit-driven system and reckless corporate conduct." Trumka highlighted a memo from Mr. Blankenship to his managers reminding them to put coal production first, because "this memo is necessary only because we seem not to understand that the coal pays the bills." Vanity Fair reports the 2005 memo told managers to ignore safety requests.

The criminal charges and their rationale were well summarized in The Hill by Bob Franken:

> Perhaps it's time for Don Blankenship to get involved with the courts again. This time, as a defendant. The charge murder. Specifically negligent homicide, called "involuntary manslaughter" in West Virginia.
>
> This is the state's legal definition: "Involuntary Manslaughter involves the accidental causing of death of another person, although unintended, which death is the proximate result of negligence so gross, wanton and culpable as to show a reckless disregard for human life."
>
> Let's see, Massey's hugely profitable Upper Big Branch mine had accumulated more than 1,300 official charges of safety violations since 2005. In the last month alone there have been 50, including a dozen citations for alleged failure to properly ventilate deadly dangerous, highly volatile methane gas.

The Washington Post reported that the manager at mine said Massey showed "reckless disregard" for the safety of the miners in the way they operated the mine. These are the words used to define involuntary manslaughter in West Virginia.

Indeed, President Obama has blamed Massey Energy and called for holding executives at Massey personally responsible:

> "This tragedy was triggered by a failure at the Upper Big Branch Mine, a failure first and foremost of management, but also a failure of oversight and a failure of laws so riddled will loopholes that they allow unsafe conditions to continue. Owners responsible for conditions in the Upper Big Branch Mine should be held accountable for decisions they made and preventive measures they

approved ventilation plan, controlling combustible materials or designating escape routes.

"I've never seen that many for one mine in a year," said Ellen Smith, editor of Mine Safety & Health News. "If you look at other mines that are the same size or bigger, they do not have the sheer number of 'unwarrantable' citations that this mine has."

When Mr. Blankenship removed the union from Upper Big Branch, safety and working conditions changed for the worse. As Vanity Fair reports:

> With that, almost overnight, everything changed. Production was stepped up 70 percent, one manager later told me, but bonuses were cut in half. Both managers and miners now had to work much longer hours, in many cases 12-hour shifts rather than 8-hour shifts, so that Massey had to pay only two shifts' worth of benefits in the mine's 24-hour day.

A worker who quit the mine testified recently before the Senate Committee on Health, Education, Labor and Pensions describing "a culture at Massey where supervisors allegedly downplayed safety risks and sought to hide potential violations from federal inspectors."

And. Massey's record at Upper Big Branch was very poor by coal industry standards. A review by Ellen Smith of *Mine Safety and Health News*, showed that Upper Big Branch had a violation rate 30 percent higher than the average underground bituminous coal mine.

Russell Mokhiber reports in "Prosecuting Massey for Homicide,"

> The Charleston Gazette's Ken Ward Jr. reported last week that three months before last week's deadly explosion, "Massey Energy managers at the Upper Big Branch Mine told workers 'not to worry' that the flow of air in the mine – meant to control deadly gases and coal dust – was headed in the wrong direction."
>
> The comment was made in January, when state and federal inspectors were battling Massey over what Mine Safety and Health Administration (MSHA) and the state Office of Miners' Health, Safety and Training said were major ventilation problems.
>
> "When questioned, Terry Moore, mine foreman, said he knew of [the] condition and that he asked Everett Hager, superintendent, about it and he was told not to worry about it," the MSHA inspector, whose name was not released, wrote in his official notebook, the Gazette reported.

> failed to take. And I've asked [Labor] Secretary [Hilda] Solis to work with the Justice Department to ensure that every tool in the federal government is available in this investigation."

Mine is not the only article in Huffington Post making many of the same points. As I write this letter the lead story on Huffington Post is about BP, Massey and Blankenship skirting regulations. I appeared with Arianna Huffington on MSNBC's Dylan Ratigan Show discussing this case and the need for personal accountability of corporate executives who engage in repeated bad behavior that injuries workers and the environment. See http://www.youtube.com/watch?v=WSdzdos6xEE. I suspect that Massey targeted my comments, even though so many others have written and said the same thing, because I am the spokesperson for a coalition that has put out a $50,000 reward leading to arrest and conviction of Massey executives. See www.StopTheChamber.com.

It is interesting to note that Mr. Luskin (who, as you may know, happens to be Karl Rove's personal attorney and representing him in the Valerie Plame case) does not threaten any legal action. He must recognize that the First Amendment provides protection, particularly when everything said is widely reported in the public domain. The deaths of these miners is an important matter of public discourse and therefore statements have a higher level of protection by the First Amendment. It is not surprising that Massey would use intimidation tactics through their lawyers to try to stop public discussion. Intimidation is a tactic that <u>regulators fear Massey is using</u> to prevent a full investigation.

You might want to consider publishing Mr. Luskin's letter along with my rebuttal so readers have both sides of the story.

Sincerely,

Kevin Zeese