UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
   Plaintiff,

v.                                    No. GJH 15-00723

HUNTON & WILLIAMS, et al,
   Defendant.

**PLAINTIFF'S MOTION FOR A HEARING ON HIS REQUEST FOR DISCOVERY AND SCHEDULING ORDER**

Now comes Plaintiff Brett Kimberlin and moves this Court to schedule a hearing on his Request for Discovery and for a Scheduling Order, or in the alternative to simply issue a Scheduling Order as required by FRCP 16(2).

1. Plaintiff has served document requests on Defendant in this case which they have asked this Court to stay on various grounds, including that this Court has not yet issued a scheduling order.

2. Discovery can commence in the instant case upon an order of the Court or after the Court issues a scheduling order. See Local Rule 104.4.

3. Federal Rule of Civil Procedure 16(2), as revised in December 2015, states that a "judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." In the instant case, all of the defendants (except Aaron Barr who is avoiding service) were served well over 90 days ago. However, this Court has not issued a scheduling order as required by Rule 16(2).

4. There is no good cause for delaying either the scheduling order or discovery in this case. In fact, Plaintiff has demonstrated good cause for commencing discovery.

5. As Plaintiff has shown in *Kimberlin v. Frey*, GJH 13-3059, discovery has had a strong beneficial effect on Plaintiff's prosecution of his case.

Wherefore, Plaintiff moves this Court to either schedule a hearing on Plaintiff's request for discovery and a scheduling order, or simply issue the scheduling order.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921

Certificate of Service

I certify that I mailed a copy of this motion to Defendant Hoge this 22nd day of February, 2016.

Brett Kimberlin