UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brett Kimberlin, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 8:15-cv-00723-GJH <br> ) |
| Hunton & Williams LLP, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**OPPOSITION TO PLAINTIFF'S MOTION FOR A HEARING
ON HIS REQUEST FOR DISCOVERY AND SCHEDULING ORDER
BY DEFENDANTS HUNTON & WILLIAMS LLP, JOHN WOODS,
RICHARD WYATT, AND ROBERT QUACKENBOSS**

On February 23, 2016, Plaintiff asked the Court to issue a scheduling order and thereby permit him to proceed with discovery. D.I. 126. However, in this judicial district a scheduling order will "not [be] issued until the resolution of [a] motion to dismiss." *Thompson v. Dorsey*, No. ELH-10-1364, 2011 WL 2416631, at *1 (D. Md. June 9, 2011). The Motion to Dismiss by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss is pending before this Court (D.I. 58); thus, Plaintiff's motion is improper and should be denied.

Dated:  March 1, 2016                                             Respectfully submitted,

  /s/ John. J. Buckley, Jr.
John J. Buckley, Jr. (Bar No. 06249)
Barrett J. Anderson (Bar No. 13900)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5051
Facsimile: (202) 434-5058
Email: jbuckley@wc.com

*Counsel for Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2016, a copy of the foregoing Opposition to Plaintiff's Motion for a Hearing on His Request for Discovery and Scheduling Order by Defendants Hunton & Williams LLP, John Woods, Richard Wyatt, and Robert Quackenboss was filed electronically with the Court's electronic filing system, which provided electronic notice to all counsel of record in this matter. In addition, a copy of the foregoing opposition was sent to Plaintiff Brett Kimberlin by Federal Express at 8100 Beech Tree Road, Bethesda, MD 20817.


    /s/_____
    Barrett J. Anderson (Bar No. 13900)