IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| BRETT KIMBERLIN, *et al.*,<br><br>        Plaintiff,<br>v.<br><br>HUNTON & WILLIAMS, LLP, *et al.*,<br><br>        Defendants. | Case No.:    8:15-cv-000723 GJH |

## <u>OPPOSITION OF DEFENDANTS GREG HOGLUND, STRATIO INFORMATION TECHNOLOGY, LLC (F/K/A HB GARY FEDERAL, LLC), AND MANTECH INTERNATIONAL CORPORATION TO MOTION FOR A HEARING ON REQUEST FOR DISCOVERY AND SCHEDULING ORDER</u>

    Defendants, Greg Hoglund ("Hoglund"), Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC) ("Stratio"), and ManTech International Corporation ("ManTech") (together, the "HB Gary Defendants"), by and through counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, oppose the Motion for a Hearing on Request for Discovery and Scheduling Order (ECF No. 126) ("Motion") filed by Plaintiff, Brett Kimberlin ("Kimberlin"), and state as follows:

    1.    As noted in the Opposition to Kimberlin's Motion filed by Defendants Hunton & Williams, LLP, Robert Quackenboss, John Woods, and Richard Wyatt (ECF No. 128), this Court does not permit discovery or issue a Scheduling Order until any motion to dismiss has been adjudicated.

    2.    There is no reason for the Court to depart from its rule in this case, and no hearing on the issue is necessary.


PALEY ROTHMAN
ATTORNEYS AT LAW

4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax

www.paleyrothman.com

3. Because, as set forth in the HB Gary Defendants' and the other defendants' motions to dismiss, all of Kimberlin's claims should be dismissed with prejudice, Kimberlin's Motion may be rendered moot as he would have no claim on which to take discovery.

WHEREFORE, the HB Gary Defendants respectfully request that the Court:

A. Deny Kimberlin's Motion and dismiss his allegations against the HB Gary Defendants with prejudice; and

B. Grant such further relief as the Court may deem appropriate.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHTD.

By: /s/ D. Jack Blum
    Glenn M. Cooper, #00977
    Patricia M. Weaver, #10951
    D. Jack Blum, #07241

4800 Hampden Lane, Sixth Floor
Bethesda, Maryland 20814
Telephone: (301) 951-9360
Facsimile: (301) 654-7354
gcooper@paleyrothman.com
tweaver@paleyrothman.com
jblum@paleyrothman.com

*Attorneys for Defendants Greg Hoglund, Stratio Information Technology, LLC, and ManTech International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, a copy of the foregoing Opposition of Defendants Greg Hoglund, Stratio Information Technology, LLC (f/k/a HB Gary Federal, LLC), and ManTech International Corporation Motion for a Hearing on Request for Discovery and Scheduling Order was served via the Court's CM/ECF system to all counsel of record, and a copy of the foregoing was also sent by first-class mail to the following *pro se* parties:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, Maryland 20817

William Hoge
20 Ridge Road
Westminster, Maryland 21157

/s/ D. Jack Blum
D. Jack Blum