IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff,

v.

HUNTON & WILLIAMS LLP, et al.,

    Defendants.

Case No.: GJH-15-723

## ORDER

In accordance with the corresponding Memorandum Opinion, it is this 29th day of March 2016, by the United States District Court for the District of Maryland, hereby

**ORDERED** that:

1. Defendants' Motions to Dismiss (ECF Nos. 2, 40, 49, 50, 53, 57, 58, and 64) are GRANTED;

2. Defendant Stratio Information Technology's Motion to Substitute Party and Substitute Appearance of Counsel to Correct Misnomer (ECF No. 43) is GRANTED;

3. Plaintiff Kimberlin's Motion to Find that Defendant Bill Nickless has been Served (ECF No. 68) is DENIED, as moot;

4. Plaintiff Kimberlin's Motion to Allow Discovery (ECF No. 75) is DENIED, as moot;

5. Defendants' Motions to Stay Discovery (ECF Nos. 77, 78, and 83) are DENIED, as moot;

6. Plaintiff Kimberlin's Motion for Alternative Service (ECF No. 94) is DENIED, as moot;

7. Defendant Hoge's Motion for Sanctions (ECF No. 99) is DENIED;

8. Defendant Hoge's Motion for a Hearing (ECF No. 100) is DENIED, as moot;

9. Plaintiff Kimberlin's Motion to File Discovery Documents (ECF No. 106) is DENIED, as moot;

10. Defendant Hoge's Motion to Strike (ECF No. 107) is DENIED, as moot;

11. Plaintiff Kimberlin's Motion to Amend/Correct (ECF No. 108) is DENIED;

12. Defendant Chamber of Commerce's Motion to Withdraw as Attorney (ECF No. 109) is DENIED, as moot;

13. Defendant Walker's Motion for Leave to File (ECF No. 124) is DENIED, as moot;

14. Plaintiff Kimberlin's Motion for a Hearing (ECF No. 126) is DENIED, as moot;

15. Defendants' Motion to Strike Plaintiff's Supplemental Response (ECF No. 129) is DENIED, as moot;

16. Plaintiff Kimberlin's Complaint will be DISMISSED, with prejudice; and,

17. The Clerk shall CLOSE this case.

GEORGE J. HAZEL
United States District Judge