UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.  No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
Defendants.

**PLAINTIFF'S NOTICE TO COURT**

Now comes Plaintiff Brett Kimberlin and notifies the Court that he has provided evidence/testimony in the case of *United States v. Blankenship*, No 5:14-00244 in the Southern District of Virginia.

1. The Defendants have argued in this case that this Court should dismiss Plaintiff's claim under 42 U.S.C. 1985 because Plaintiff has not proven that he was ever a witness or potential witness in *United States v. Blankenship*. Plaintiff has alleged in his Complaint that he was a potential witness and that Defendants engaged in conduct to deter him through intimidation from testifying or providing evidence in that case.

2. Massey Energy CEO and Chamber of Commerce Board Member Donald Blankenship was convicted after a jury trial in December 2015. His sentencing is set for April 6, 2016. The United States Attorneys Office contacted Plaintiff on March 30, 2016 about testifying at that sentencing hearing, and Plaintiff has agreed to do so if sentencing Judge Irene Berger will allow it.

3. After discussions with the US Attorneys Office's Victims Coordinator, Plaintiff provided a three-page letter to Judge Berger outlining his testimony. See attached.