UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.                                             No. 8:15-cv-00723 GJH

HUNTON & WILLIAMS,
Defendants.

**MOTION FOR STAY OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b)(4)**

Now comes Plaintiff Brett Kimberlin and moves this Court, pursuant to Federal Rule of Civil Procedure 62(b)(4), for a stay of this Court's March 29, 2016 judgment in this case. In support of this motion, Plaintiff states that he has filed a Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b), which, if granted, will remove the March 29, 2016 judgment.

Moreover, Plaintiff should not have to file a notice of appeal and start the appellate process before this Court rules on the 60(b) motion. Currently, Plaintiff's notice of appeal is due to be filed on April 28, 2016. Therefore, Plaintiff urges this Court to grant this motion before that time. None of the Defendants will be prejudiced by a stay to consider the 60(b) motion.

Wherefore, Plaintiff moves this Court to grant a stay of judgment in this case until there is a final ruling on Plaintiff's Motion for Relief from Judgment.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921

Certificate of Service

I certify that I served a copy of this on Defendant Hoge this 19th day of April, 2016.

Brett Kimberlin