Honorable Irene Berger  March 30, 2016
United States District Court
Southern District of West Virginia
110 N Heber St # 119
Beckley, WV 25801

Re: United States v. Blankenship, No. 5:14-00244

Dear Judge Berger:

I am writing in support of the government's request for imposition of the maximum sentence in the case Donald Blankenship ("Blankenship"). I am a victim of Blankenship's corruption and abuse of power. I have talked with the United States Attorneys Office about testifying as a victim so you can hear my story in person, but want to make sure that you have an opportunity to consider it before sentencing both overall and in support of the obstruction of justice enhancement. Please make this letter part of the record and consider it in lieu of my testimony in the event you limit the number of victims who will testify.

For the past 15 years, I have been the director of a 501c3 advocacy organization located in the Washington, DC area. One of our main missions involves exposing corruption and illegal corporate conduct. In 2010, we were leading a campaign called StopTheChamber, which was focused on nefarious conduct by the United States Chamber of Commerce and its directors, including Blankenship. Our campaign was very successful in getting large corporations to quit the Chamber over its position on global warming, and we convinced many political leaders, including President Obama and many Senators to call out the Chamber for partisanship and illegally using foreign funds to support political candidates.

When the Big Branch Mine disaster occurred in April 2010, we led the call for accountability with a massive PR campaign that included appearances on national TV and articles in national publications calling for the arrest of Blankenship, who was a key member of the Chamber's board. We offered a $50,000 reward for information leading to the arrest of Blankenship and others who engaged in criminal activity at Massey Energy. And our board attorney and I met on several occasions with FBI agents at the Washington, DC field office to provide them information about such illegal activities. I was told that I could be called to testify before a grand jury or trial involving the criminal activity we were exposing.

Blankenship's then attorney, Robert Luskin from Patton & Boggs, responded by sending a letter to the editor of the *Huffington Post* accusing us of defamation and stating that Blankenship never committed any crime. The Chamber lawyers sent letters to our two PR firms threatening them and smearing me. We replied with a point by point response laying out the long history of criminal activity by Blankenship, which convinced the *Huffington Post* editor to reject the allegations of Mr. Luskin. However, one PR firm dropped us as a client.


Ex A

The Chamber also used far right media such as FOX News and Breitbart News to publish smear pieces against my employer and me, which resulted in literally hundreds of threats of death, destruction and injury to us. We reported these to the FBI.

When Blankenship realized that we were not going to back down on holding him accountable, the Chamber of Commerce, through its attorneys at Hunton & Williams, concocted a hair raising illegal scheme to destroy my employer and me. In short, the Chamber contracted with three of the most secretive military intelligence contractors on earth to employ the tools they developed for targeting international terrorists and rogue regimes, to target opponents of the Chamber. These contractors formed "Team Themis," named after the Greek Goddess of Devine Justice. They planned a $12 million campaign against these opponents, and named my employer and me as "Tier I" targets. These plans included disinformation and smear campaigns, the use of malware, the creation of false personas and false documents to discredit us, the invasion of family privacy and the targeting of children, the scraping of social media accounts, and other illegal and nefarious conduct.

Fortunately, these sinister plans of the Chamber were exposed when the emails of Team Themis were hacked and published with great fanfare. This led to Congressional investigations, widespread indignation, and a request by us for federal criminal prosecution of Team Themis and its benefactors.

Unfortunately, however, for my employer and me, the plans of Team Themis to target us were not shelved after the exposure but rather were simply farmed out for implementation to a different group of scoundrels and criminals. As a result, over the past five years, I have been physically assaulted, smeared relentlessly by fringe right media, stalked, and falsely accused of crimes. My family has been targeted, our privacy has been invaded, and my teenage daughter has been bullied out of public schools. My employer has been attacked and threatened with ruin unless I am fired. The nightmare I have endured since calling for accountability of Donald Blankenship is never ending.

Clearly, the obstruction of justice enhancement requested by the Government should be applied to its fullest not only for the reasons requested by the Government but also because of the actions by Blankenship and the Chamber of Commerce, of which he was its most powerful board member. These actions, as described above, are those of a thug, which, according to the trial in this case, appears to be the way Blankenship has carried himself in every activity of his professional life. Civilized societies do not tolerate thugs. They hold them accountable. Blankenship has been avoiding accountability all his life by being a thug who uses his money and his powerful friends to intimidate anyone who gets in his way.

At sentencing, you are allowed to consider all relevant conduct of the defendant, not simply the conduct as proven at trial. In this case, Blankenship and the Chamber did everything possible to obstruct justice and protect Blankenship by unleashing their bully lawyers, right wing media and military intelligence contractors on us to intimidate and deter us from exposing their criminal conduct. This is the antithesis of democracy and fair play. The time for reckoning has arrived. Please impose the maximum sentence of incarceration, maximum fine and maximum restitution.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921


cc:
Steven R. Ruby
Assistant United States Attorney
300 Virginia Street, East, Room 4000
Charleston, WV 25301