Brett Kimberlin,
*Plaintiff,*

v.

Hunton & Williams LLP, *et al.*,
*Defendants.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

Case No. 15-CV-00723-GJH

### DEFENDANT HOGE'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGEMENT

COMES NOW William John Joseph Hoge and opposes Plaintiff's Motion for Relief from Judgement. In opposition Mr. Hoge states as follows:

As the Court noted in its Memorandum Opinion (ECF No. 133), Plaintiff did not present sufficient evidence within the four corners of his Complaint to state a claim upon which relief could be granted. His Motion for Relief from Judgement similarly fails to show any factual errors made by the Court. The motion also fails to raise in real issues of law that actually bear on the case.

WHEREFORE, Mr. Hoge asks the Court to deny Plaintiff's Motion for Relief from Judgement and to grant such other relief as the Court may deem just and proper.

Date: 22 April, 2016

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland 21157
(410) 596-2854
himself@wjjhoge.com

### CERTIFICATE OF SERVICE

On the 22nd day of April, 2016, I served a copy of the foregoing on all counsels to be noticed by email (with permission) and on Brett Kimberlin by First Class U. S. Mail to 8100 Beech Tree Road, Bethesda, Maryland 20817.

William John Joseph Hoge