| | |
|---|---|
| Brett Kimberlin,<br>*Plaintiff,*<br><br>v.<br><br>Hunton & Williams LLP, *et al.*,<br>*Defendants.* | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>SOUTHERN DIVISION<br><br>Case No. 15-CV-00723-GJH |

### DEFENDANT HOGE'S OPPOSITION TO PLAINTIFF'S MOTION FOR STAY OF JUDGMENT

COMES NOW William John Joseph Hoge and opposes Plaintiff's Motion for Stay of Judgement. In opposition Mr. Hoge states as follows:

This Court's Order (ECF No. 134) does not require Plaintiff or anyone else to do anything; it simply denies several of his motions and dismisses his Complaint. There is nothing to be stayed. In reality, Plaintiff's motion is pointless.

WHEREFORE, Mr. Hoge asks the Court to deny Plaintiff's Motion for Stay of Judgement and to grant such other relief as the Court may deem just and proper.

Date: 22 April, 2016

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland  21157
(410) 596-2854
himself@wjjhoge.com

CERTIFICATE OF SERVICE

On the 22nd day of April, 2016, I served a copy of the foregoing on all counsels to be noticed by email (with permission) and on Brett Kimberlin by First Class U. S. Mail to 8100 Beech Tree Road, Bethesda, Maryland  20817.

William John Joseph Hoge