UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                                                              No. GJH 15-00723

HUNTON & WILLIAMS, et al,
    Defendant.

## NOTICE OF APPEAL

Plaintiff Brett Kimberlin hereby gives notice of appeal to the Fourth Circuit Court of Appeals of this Court's March 29, 2016 dismissal of this case.

Dated this 28th day of April, 2016

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921