IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff,

v.

HUNTON & WILLIAMS LLP, et al.,

    Defendants.

Case No.: GJH-15-723

## ORDER

In accordance with the corresponding Memorandum Opinion, it is this 2nd day of May 2016, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiff's Motion for Relief from Judgment (ECF No. 137) is DENIED.
2. Plaintiff's Motion for Stay of Judgment (ECF No. 136) is DENIED, as moot.

GEORGE J. HAZEL
United States District Judge