FILED: May 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1500
(8:15-cv-00723-GJH)
_____

BRETT KIMBERLIN

       Plaintiff - Appellant

v.

HUNTON & WILLIAMS LLP; UNITED STATES CHAMBER OF COMMERCE; PALANTIR TECHNOLOGIES; BERICO TECHNOLOGIES; MANTECH INTERNATIONAL; HB GARY/FEDERAL; JOHN WOODS; RICHARD WYATT; ROBERT QUACKENBOSS; GREG HOGLUND; AARON BARR; ALEX KARP; MATT LONG; NICHOLAS HALLAM; MATTHEW STECKMAN; PAT RYAN; SAM KREMIN; JOHN DOE Chamber of Commerce Employees; PACIFIC NORTHWEST NATIONAL LABORATORY; WILLIAM HOGE; STRATIO INFORMATION TECHNOLOGY, LLC; BILL NICKLESS

       Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:15-cv-00723-GJH |
| Date notice of appeal filed in originating court: | 04/28/2016 |
| Appellant (s) | Brett Kimberlin |
| Appellate Case Number | 16-1500 |
| Case Manager | T. Fischer<br>804-916-2704 |