FILED: December 29, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1500
(8:15-cv-00723-GJH)
_____

BRETT KIMBERLIN

      Plaintiff - Appellant

v.

HUNTON & WILLIAMS LLP; UNITED STATES CHAMBER OF COMMERCE; PALANTIR TECHNOLOGIES; BERICO TECHNOLOGIES; MANTECH INTERNATIONAL; HB GARY/FEDERAL; JOHN WOODS; RICHARD WYATT; ROBERT QUACKENBOSS; GREG HOGLUND; AARON BARR; ALEX KARP; MATT LONG; NICHOLAS HALLAM; MATTHEW STECKMAN; PAT RYAN; SAM KREMIN; JOHN DOE Chamber of Commerce Employees; PACIFIC NORTHWEST NATIONAL LABORATORY; WILLIAM HOGE; STRATIO INFORMATION TECHNOLOGY, LLC; BILL NICKLESS

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered December 7, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*