FILED: January 12, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1500
(8:15-cv-00723-GJH)

_____

BRETT KIMBERLIN

       Plaintiff - Appellant

v.

HUNTON & WILLIAMS LLP; UNITED STATES CHAMBER OF COMMERCE; PALANTIR TECHNOLOGIES; BERICO TECHNOLOGIES; MANTECH INTERNATIONAL; HB GARY/FEDERAL; JOHN WOODS; RICHARD WYATT; ROBERT QUACKENBOSS; GREG HOGLUND; AARON BARR; ALEX KARP; MATT LONG; NICHOLAS HALLAM; MATTHEW STECKMAN; PAT RYAN; SAM KREMIN; JOHN DOE Chamber of Commerce Employees; PACIFIC NORTHWEST NATIONAL LABORATORY; WILLIAM HOGE; STRATIO INFORMATION TECHNOLOGY, LLC; BILL NICKLESS

       Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for sanctions, the court grants the motion. Appellant Brett C. Kimberlin is ordered to pay appellee

William J. J. Hoge, III $600.00 in sanctions for filing a frivolous appeal in violation of Federal Rule of Appellate Procedure 38.

    Entered at the dirction of the panel:  Judge Wilkinson, Judge Harris and Senior Judge Hamilton.

                                For the Court

                                <u>/s/ Patricia S. Connor, Clerk</u>